AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, and DESMOND GRANT on behalf of themselves and others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TARGET CORPORATION, MSG ENTERTAINMENT HOLDINGS, LLC, THE NEW YORK YANKEES, LP, NYU LANGONE HOSPITAL F/K/A NYU LUTHERAN MEDICAL CENTER, MOUNT SINAI HEALTH SYSTEM, INC., THE NEW YORK TIMES COMPANY, B.J.'S WHOLESALE CLUB HOLDINGS INC., RXR REALTY LLC, TISHMAN SPEYER ASSOCIATES LIMITED PARTNERSHIP D/B/A 509 W 34, LLC, BUENA VISTA THEATRICAL GROUP LTD. D/B/A DISNEY WORLDWIDE SERVICES INC., BXP, INC. F/K/A BOSTON PROPERTIES, INC., KERING AMERICAS, INC., APPLE INC., CONGREGATION RODEPH SHOLOM, 34TH STREET PARTNERSHIP, BANK OF AMERICA CORPORATION, THE TJX COMPANIES, INC., D/B/A MARSHALLS, THE GENTING GROUP D/B/A RESORTS WORLD CASINO, and DOES NOS. 1-50,<br><br>*Defendant(s)* | Civil Action No. 1:25-cv-00671 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached Schedule A


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Innessa M. Huot
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/24/2025    /s/ P. Canales
*Signature of Clerk or Deputy Clerk*

*Tammi M. Hellwig*

UNITED STATES DISTRICT COURT
STATE OF NEW YORK, COUNTY OF SOUTHERN DISTRICT

Client: FARUQI & FARUQI
Address: 685 THIRD AVE, 26TH FLR NEW YORK, NY 10017

| | |
|---|---|
| ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, ET AL | Index Number: 1:25-CV-00671 |
| *Plaintiff* | Client's File No.: piney vs city of new yor |
| vs | |
| CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, ET AL | Court Date: |
| *Defendant* | Date Filed: 01/23/2025 |

JEREMY COLEY, affirms and says:

## AFFIRMATION OF SERVICE

Affirmant is not a party herein; is over the age of 18 years and resides in the State of New York.

On 2/3/2025, at 3:14 PM at: C/O CT CORP.: 28 LIBERTY ST., NEW YORK, NY 10005 affirmant served the within SUMMONS IN a Civil Action, CLASS AND COLLECTIVE ACTION COMPLAINT (JURY TRIAL DEMANDED), CONSENT TO SUE, CIVIL COVER LETTER, EXHIBITS

On: **RXR REALTY, LLC**, Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to **VINCENZA CIPRIANO** personally. affirmant knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said individual to be Clerk authorized to accept service thereof.

☒ **#2 DESCRIPTION**

| Gender: Female | Race: White | | Color of hair: Black |
|---|---|---|---|
| Age: 50 | Height: 5ft 4in - 5ft 8in | Weight: 131-160 Lbs. | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

I affirm on 02/04/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

JEREMY COLEY
DCA License # 2112646



*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*

# SCHEDULE A

*Defendants' names and addresses*

City of New York
100 Church Street
New York, NY 10007
New York County

New York City Police Department
One Police Plaza
New York, NY 10007
New York County

Target Corporation
1010 Dale St. N.
St. Paul, MN 55117
Ramsey County

MSG Entertainment Holdings, LLC
4 Pennsylvania Plaza
New York, NY 10001
New York County

The New York Yankees, LP
161 St. River Avenue
Bronx, NY 10451
Bronx County

NYU Langone Hospital f/k/a NYU Lutheran Medical Center
150 55th Street
Brooklyn, NY 11220
Kings County

Mount Sinai Health System, Inc.
One Gustave L. Levy Place
New York, NY 10029
New York County

The New York Times Company
620 Eighth Avenue
New York, NY 10018
New York County

B.J.'s Wholesale Club Holdings Inc.
350 Campus Drive

1

Marlborough, MA 01752
Middlesex County

RXR Realty LLC
28 Liberty Street
New York, NY 10005
New York County

Tishman Speyer Associates Limited Partnership d/b/a 509 W 34, LLC
45 Rockefeller Plaza
New York, NY 100225
New York County

Buena Vista Theatrical Group Ltd. d/b/a Disney Worldwide Services Inc.
214 West 42nd Street, 8th Floor
New York, NY 10036
New York County

BXP, Inc. f/k/a Boston Properties Inc.
800 Boylston Street, Suite 1900
Boston, MA 02199
Suffolk County

Kering Americas, Inc.
65 Bleecker Street, 2nd Floor
New York, N 10012
New York County

Apple Inc.
One Apple Park Way
Cupertino, CA 95014
Santa Clara County

Congregation Rodeph Sholom
7 West 83rd Street
New York, NY 10024
New York County

34th Street Partnership
1065 Avenue of the Americas, Suite 2400
New York, NY 10018
New York County

Bank of America Corporation
100 North Tryon Street
Charlotte, NC 28255
Mecklenburg County

The TJX Companies, Inc., d/b/a/ Marshalls
770 Cochituate Road
Framingham, MA 01701
Middlesex County

The Genting Group d/b/a Resorts World Casino
110-00 Rockaway Blvd.
Jamaica, NY 11420
Queens County

3