UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
:
ALBERT PINEY, ET AL.,                          :          25 -CV- 671    (DEH)
:
       Plaintiff[s],                :
:
  v.                                       :          ORDER OF REFERENCE
:          TO A MAGISTRATE JUDGE
:
CITY OF NEW YORK, ET AL.,                      :
       Defendant[s].                :
:
-------------------------------------------------------------------X

DALE E. HO, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Habeas Corpus

☐ Social Security

☐ Settlement

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____

☐ Inquest After Default/Damages Hearing

SO ORDERED.

Dated: February 14, 2025
      New York, New York

                                                DALE E. HO
                                       United States District Judge