UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., | |
| Plaintiffs, | CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC) |
| -v- | |
| | **ORDER** |
| CITY OF NEW YORK et al., | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court are two Letter-Motions (the "Letter-Motions")—one filed by Defendant TJX Companies, Inc. ("TJX") (ECF No. 114) and a second by Defendant Target Corporation ("Target") (ECF No. 116)—seeking an extension of time to oppose Plaintiffs' pending Motion for Conditional Collective Certification (the "Collective Motion"). As TJX and Target note, by operation of Local Civil Rule 6.1(b), the deadline to oppose the Collective Motion is currently Wednesday, March 4, 2025. (ECF Nos. 114, 116). Observing that service of process is ongoing and that as of today, February 27, 2025, dozens of the approximately 90 defendants named in this action still have not yet appeared, the Court concludes that a blanket extension of the deadline to oppose the Collective Motion is warranted.[1] Accordingly, the Letter-Motions are GRANTED, and the deadline for ALL DEFENDANTS to oppose the Collective Motion is EXTENDED to **Friday, May 16, 2025.** Plaintiffs must file any reply to Defendants' anticipated oppositions by **Friday, May 30, 2025.**

---

[1] On February 21, 2025, the Court took similar action by setting an extended deadline—to April 1, 2025— to answer or oppose Plaintiff's Second Amended Complaint. (See ECF No. 87).

The Clerk of Court is respectfully directed to close ECF Nos. 114 and 116.

Dated:          New York, New York
                February 27, 2025

                                        SO ORDERED.


                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**