UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY *et al.*, individually and on behalf all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF NEW YORK, *et al.*<br><br>    Defendants. | No.: 1:25-cv-00671-DEH-SLC |
| MOHAMED MONASAR, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF NEW YORK, *et al.*<br><br>    Defendants. | No.: 1:25-cv-01337-LJL |
| SCOTT DEFALCO, *et al.*, individually and on behalf all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>    Defendants. | No.: 1:25-cv-01339-KPF |

**[PROPOSED] ORDER GRANTING CONSOLIDATION AND
<u>APPOINTMENT OF INTERIM CLASS COUNSEL</u>**

Having considered: (1) the motion of Plaintiffs Albert Piney, Roman Diaz, Jose Martinez, Freddy Suazo, Desmond Grant, M. Mostayen Faysal, Sophia Daly, Charlie Ruiz-Reyes, James Divino, Michael Kmiotek, Devon Dawkins, Alexis Yanez, Julio Rosa, Jaynel Pantoja, Claudio Diaz, Dominique Eveillard, Sudan Osorio, Randy Chow, and Jorge Zorrilla ("*Piney* Plaintiffs") for consolidation and appointment of Interim Class Counsel (the "Motion"); (2) the Memorandum of Law in support thereof; (3) the Declaration of Innessa M. Huot filed herewith and all exhibits attached thereto; and (4) all other pleadings and arguments submitted to this Court; and for good cause shown, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. The above-captioned actions are hereby **CONSOLIDATED** pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

3. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any subsequently filed, removed, or transferred actions that are related to and arise out of the subject matter of the above-captioned actions are **CONSOLIDATED** for all purposes.

4. Unless otherwise ordered by this Court, future filings in any related class action case herein consolidated shall be filed and docketed only under docket number 25-CV-00671-DEH-SLC, and the Second Amended Complaint filed therein (ECF No. 91) shall serve as the operative Complaint for the consolidated action.

5. Pursuant to Fed. R. Civ. P. 23(g)(3), counsel for *Piney* Plaintiffs, Faruqi & Faruqi, LLP, are hereby **APPOINTED** Interim Class Counsel in the consolidated action.

**IT IS SO ORDERED.**

DATE: _____

                                               THE HONORABLE DALE E. HO
                                               UNITED STATES DISTRICT JUDGE