UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK et al.,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Before the Court is a Motion for Consolidation and Appointment of Interim Class Counsel filed on behalf of Plaintiffs by Attorney Innessa Huot. (ECF No. 141 (the "Consolidation Motion")). In light of the ongoing service and appearance of the roughly 90 defendants named in this action, the Court concludes that an alteration of the Consolidation Motion's briefing schedule is appropriate. Accordingly, Defendants shall file any oppositions or responses to the Consolidation Motion by **Friday, May 16, 2025.** Plaintiffs must file any reply by **Friday, May 30, 2025.**

Dated:    New York, New York
            March 3, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**