AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ALBERT PINEY, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-00671-DEH-SLC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Innessa M. Huot
> Faruqi & Faruqi, LLP
> 685 Third Avenue, 26th Floor
> New York, NY 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/28/2025    *Tammi M. Hellwig*    /s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

**AFFIRMATION OF SERVICE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FILED ON: 2/27/2025    INDEX NO.: 1:25-CV-00671-DEH-SLC

ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO, MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, and JORGE ZORRILLA, on behalf of themselves and others similarly situated — Plaintiff(s)-Petitioner(s)

-vs-

CITY OF NEW YORK, et al.

Defendant(s)-Respondent(s)

I, JOHN A. HABERMEHL the undersigned, affirm that I was at the time of service over the age of eighteen years and not a party in this proceeding. I reside in the State of New York.

On MARCH 27, 2025 at 11:40 A.M.
Deponent served a true copy of **SUMMONS IN A CIVIL ACTION, SECOND AMENDED CLASS AND COLLECTIVE ACTION COMPLAINT JURY TRIAL DEMANDED**

bearing index number: 1:25-CV-00671-DEH-SLC and date of filing: 2/27/2025
upon **TORAH ACADEMY FOR GIRLS**
at address: **C/O SECRETARY OF STATE, 99 WASHINGTON AVENUE**
city and state: **ALBANY, NY 12231-0001**

## MANNER OF SERVICE}

*Personal*
☐ By delivering to and leaving with personally} known to the deponent to be the same person mentioned and described in the above proceeding as the person to be served.

*Suitable Age Person*
☐ By delivering and leaving with personally} at the premises which is recipient's actual place of business/usual place of abode. Such person knowing the person to be served and associated with him/her, and after conversing with him/her, deponent believes him/her to be a suitable age and discretion.

*Authorized Agent*
☒ By delivering and leaving 1 copy with} **NANCY DOUGHERTY, BUSINESS DOCUMENT SPECIALIST** the agent for service on the person in this proceeding designated under 307 BCL. Service having been made to such person at the place, date and time above and tendering the required fee.

*Affixing to Door, Etc.*
☐ By affixing a true copy of each to the door of the actual place of business, dwelling place or usual place of abode stated above. Deponent was unable with due diligence to find the proper or authorized person to be served, or a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode stated above after having called there on the following dates and times:

*Mailing*
☒ Deponent completed service by depositing a true copy of each in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Postal Service. The package was labeled "Personal & Confidential" and mailed to the person stated above at address 620 Foster Avenue, Brooklyn, NY 11230 on 3/27/2025. The envelope did not indicate on the outside that the communication was from an attorney or concerned an action against the recipient. The envelope was mailed by __first class mail __certified mail ☒registered mail ☒return receipt requested. Notice of service upon the Secretary of State was enclosed. Certified/Registered mail # RF 564 159 915 US

**DESCRIPTION}** deponent describes the person actually served as:
Perceived Gender: FEMALE    Perceived Race: WHITE    Hair Color: BROWN
Approximate Age: 65 years    Approximate Height: 5'4"    Approximate Weight: 120 pounds
Other:

I affirm on MARCH 27, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

JOHN A. HABERMEHL

Affidavit #: 302220
NLS #: 25-1991

FIRM FILE #

## **RIDER**

| | |
|---|---|
| Yeshiva Ketana of Queens<br>78-15 Parsons Blvd.<br>Fresh Meadows, NY 11366<br>Queens County | Museum of Jewish Heritage A Living<br>Memorial to the Holocaust<br>Attn: General Counsel<br>Edmond J. Safra Plaza<br>36 Battery Park<br>New York, NY 10280<br>New York County |
| Yeshiva Darchei Torah<br>257 Beach 17 Street<br>Far Rockaway, NY 11691<br>Queens County | Torah Umesorah, Inc.<br>d/b/a Torah Academy High School for Girls<br>d/b/a Torah Academy for Girls<br>Attn. General Counsel<br>1049-38 Street<br>Brooklyn, NY 11219<br>Kings County |
| Brooklyn Institute of Arts and Sciences<br>a/k/a Brooklyn Museum<br>200 Eastern Parkway<br>Brooklyn, NY 11238<br>Kings County | Omni Eye Surgery of New York, P.C.<br>c/o George A. Spadoro Esq.<br>Chiesa Shahinian & Giantomasi PC<br>One Boland Drive<br>West Orange, NJ 07052<br>Essex County |
| | Plaza Motors, LLC<br>f/k/a Plaza Motors of Brooklyn, Inc.<br>d/b/a Plaza Auto Mall d/b/a Plaza Honda<br>2740 Nostrand Avenue<br>Brooklyn, NY 11210<br>Kings County |