# EXHIBIT A

| No. | Defendant | Date of Service | Certificate of Service ECF No. |
|---|---|---|---|
| 1 | 34th Street Partnership, Inc. | 2/21/2025 | 100 |
| 2 | 99c LLC d/b/a 180 Maiden | 3/19/2025 | 276 |
| 3 | Aldi, Inc. | 3/4/2025 | 166 |
| 4 | Apple Inc. | 1/28/2025 | 16 |
| 5 | Asphalt Green, Inc. | 2/24/2025 | 117 |
| 6 | Avenues: The World School | 3/4/2025 | 167 |
| 7 | Bank of America Corporation | 1/28/2025 | 17 |
| 8 | Barclays Bank PLC | 2/14/2025 | 97 |
| 9 | Best Buy Co. Inc. | 3/4/2025 | 168 |
| 10 | BJ's Wholesale Club, Inc. | 1/27/2025 | 11 |
| 11 | Bloomingdale's LLC | 3/13/2025 | 267 |
| 12 | Bnos Bais Yaakov High School of Lakewood | 3/5/2025 | 178 |
| 13 | Brookdale Hospital Medical Center | 3/17/2025 | 230 |
| 14 | Brooklyn Institute of Arts and Sciences a/k/a Brooklyn Museum | 3/19/2025 | 277 |
| 15 | Bryant Park Corporation | 3/4/2025 | 170 |
| 16 | Buena Vista Theatrical Group Ltd. d/b/a Disney Theatrical Group | 2/21/2025 | 101 |
| 17 | Burlington Stores, Inc. | 2/13/2025 | 105 |
| 18 | BXP, Inc. f/k/a Boston Properties Inc. | 1/27/2025 | 12 |
| 19 | Century 21 USA, LLC | 3/5/2025 | 179 |
| 20 | Chelsea Piers L.P. | 3/4/2025 | 171 |
| 21 | City of New York | 1/23/2025 | 5 |
| 22 | Congregation Beth-El Sephardic Center for Jamaica Estates | 3/19/2025 | 278 |
| 23 | Congregation Rodeph Sholom | 2/3/2025 | 24 |
| 24 | Disney Entertainment LLC d/b/a American Broadcasting Company | 3/5/2025 | 197 |
| 25 | Edmond J. Safra Synagogue | 3/12/2025 | 225 |
| 26 | Empire Force Incorporated | 3/10/2025 | 203 |
| 27 | FedEx Corporation | 3/3/2025 | 165 |
| 28 | Flushing-Fresh Meadows Jewish Center Inc. | 3/17/2025 | 232 |
| 29 | Genting New York LLC d/b/a Resorts World Casino | 2/3/2025 | 34 |
| 30 | GFP Real Estate LLC | 3/12/2025 | 223 |
| 31 | Grand Central Partnership, Inc. | 3/19/2025 | 279 |
| 32 | JPMorgan Chase & Co. | 3/4/2025 | 172 |
| 33 | Kering Americas, Inc. | 2/4/2025 | 35 |
| 34 | Lepozzi Inc d/b/a Lauren B. Jewelry | 3/18/2025 | 272 |

| No. | Defendant | Date of Service | Certificate of Service ECF No. |
|---|---|---|---|
| 35 | Manhattan Beer Distributors LLC | 3/13/2025 | 226 |
| 36 | MIR Hanson Associates, LLC | 3/5/2025 | 198 |
| 37 | Montefiore Medical Center | 3/5/2025 | 199 |
| 38 | Mount Sinai Health System, Inc. | 2/4/2025 | 26 |
| 39 | MSG Entertainment Holdings, LLC | 2/26/2025 | 106 |
| 40 | Museum of Jewish Heritage A Living Memorial To The Holocaust | 3/5/2025 | 180 |
| 41 | NBCUniversal Media, LLC | 3/4/2025 | 173 |
| 42 | Neue Galerie New York | 3/17/2025 | 268 |
| 43 | New York Police Department | 1/23/2025 | 5 |
| 44 | New York Society for the Relief of the Ruptured and Crippled, maintaining the Hospital for Special Surgery d/b/a Hospital for Special Surgery | 2/26/2025 | 108 |
| 45 | New York University | 3/4/2025 | 174 |
| 46 | NewYork-Presbyterian Healthcare System IPA, LLC | 2/26/2025 | 104 |
| 47 | Northwell Health Inc. | 2/14/2025 | 103 |
| 48 | NYU Langone Hospitals | 1/31/2025 | 36 |
| 49 | Omni Eye Surgery of New York, P.C. | 3/12/2025 | 224 |
| 50 | Park Avenue Synagogue | 2/14/2025 | 99 |
| 51 | Parker Jewish Institute for Healthcare and Rehabilitation | 3/17/2025 | 233 |
| 52 | Plaza Motors, LLC f/k/a Plaza Motors of Brooklyn, Inc. d/b/a Plaza Auto Mall d/b/a Plaza Honda | 3/19/2025 | 280 |
| 53 | Primark US Corp. | 3/4/2025 | 175 |
| 54 | Queens Ballpark Company LLC | 2/26/2025 | 115 |
| 55 | RBG Management Corp. d/b/a Morton Williams Supermarket | 3/19/2025 | 281 |
| 56 | RCPI Landmark Properties L.L.C. | 2/19/2025 | 102 |
| 57 | Rochdale Village Association, Inc. | 3/19/2025 | 282 |
| 58 | Rockefeller Group International, Inc. | 3/18/2025 | 274 |
| 59 | Rosco Inc. | 3/17/2025 | 234 |
| 60 | Royal Realty LLC | 3/17/2025 | 269 |
| 61 | RXR Realty LLC | 2/3/2025 | 38 |
| 62 | Sam Ash Music Corporation | 3/5/2025 | 200 |
| 63 | SBH Health System d/b/a St. Barnabas Hospital | 3/13/2025 | 228 |
| 64 | Sephardic Lebanese Congregation Inc. | 3/17/2025 | 235 |
| 65 | SL Green Realty Corp. | 3/5/2025 | 201 |

| No. | Defendant | Date of Service | Certificate of Service ECF No. |
|---|---|---|---|
| 66 | Taino Towers Apartments LLC | 3/13/2025 | 229 |
| 67 | Target Corporation | 1/27/2025 | 14 |
| 68 | The Animal Medical Center, Inc. a/k/a Schwarzman Animal Medical Center | 3/17/2025 | 270 |
| 69 | The Bank of New York Mellon Corporation | 3/4/2025 | 169 |
| 70 | The Brooklyn Hospital Center | 3/17/2025 | 231 |
| 71 | The Goldman Sachs Group, Inc. | 3/4/2025 | 176 |
| 72 | The Museum of Modern Art | 3/18/2025 | 273 |
| 73 | The New York Botanical Garden | 3/13/2025 | 227 |
| 74 | The New York Times Company | 2/20/2025 | 98 |
| 75 | The New York Yankees, LP | 2/5/2025 | 39 |
| 76 | The TJX Companies, Inc., d/b/a Marshalls and d/b/a TJ Maxx | 1/27/2025 | 13 |
| 77 | Times Square Church, Inc. | 3/18/2025 | 275 |
| 78 | Tishman Speyer Associates Limited Partnership d/b/a 509 W 34, LLC | 1/31/2025 | 22 |
| 79 | Torah Center of Hillcrest Inc. | 3/19/2025 | 283 |
| 80 | Torah Umesorah, Inc. d/b/a Torah Academy High School for Girls d/b/a Torah Academy for Girls[1] | 3/19/2025 | 284 |
| 81 | UBS Financial Services, Inc. | 3/5/2025 | 202 |
| 82 | V&R Payroll Factors, Inc. | 3/17/2025 | 222 |
| 83 | Vornado Realty Trust a/k/a Penn District | 3/17/2025 | 271 |
| 84 | Wakefern Food Corp., d/b/a ShopRite Supermarkets, Inc. | 3/4/2025 | 177 |
| 85 | Wegmans Food Markets, Inc. | 3/3/2025 | 182 |
| 86 | Yeshiva Darchei Torah | 3/17/2025 | 236 |
| 87 | Yeshiva Ketana of Queens | 3/19/2025 | 285 |
| 88 | Yeshiva University | 3/20/2025 | 287 |
| 89 | Young Israel of Queens Valley | 3/19/2025 | 286 |
| 90 | Zara USA Inc. | 2/27/2025 | 128 |

---

[1] Out of an abundance of caution, on 3/27/2025 (ECF No. 307), Torah Academy High School for Girls d/b/a Torah Academy for Girls was also served, in addition to Torah Umesorah, Inc., which was served previously on 3/19/25 (ECF No. 284).