IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>　　　　　　　Defendants. | No.: 1:25-cv-00671-DEH-SLC |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Rockefeller Group International, Inc., by and through their respective counsel, jointly stipulate that Plaintiffs' claims against Defendant be dismissed, without prejudice, with each party to bear its own costs and attorney's fees. Defendant acknowledges and agrees that this stipulation of dismissal does not in any way count towards or trigger the "two-dismissal" rule under Fed. R. Civ. P. 41(a)(1)(B).

Dated:   April 1, 2025

**Attorneys for Plaintiffs:**

By: _____
Innessa M. Huot
FARUQI & FARUQI, LLP
685 Third Avenue
New York, New York 10017
(212) 983-9330
ihuot@faruqilaw.com

**Attorneys for Defendant**
**Rockefeller Group International, Inc.**

By: _____
Roberta E. Tarshis
Tarshis & Hammerman LLP
118-35 Queens Boulevard
Forest Hills, New York 11375
(718) 793-5000
retarshis@tarshisandhammerman.com