UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALBERT PINEY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, et al.,<br><br>Defendants. | Case No. 1:25-cv-00671-DEH-SLC<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant MSG Entertainment Holdings, LLC is a non-governmental party, and Madison Square Garden Entertainment Corp., a publicly traded company, is a parent that owns 10 percent or more of MSG Entertainment Holdings, LLC's stock.

DATED: April 16, 2025

Respectfully submitted,

*/s/ Shawn Patrick Regan*
Shawn Patrick Regan
James J. La Rocca
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, New York 10016
Tel: (212) 309-1000
Fax: (212) 309-1100
sregan@hunton.com
jlarocca@hunton.com

Christopher M. Pardo
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, Massachusetts 02109
Tel: (617) 648-2800
Fax: (617) 433-5022
cpardo@hunton.com

*Attorneys for Defendant*
*MSG Entertainment Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALBERT PINEY, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CITY OF NEW YORK, et al.,<br><br>   Defendants. | Case No. 1:25-cv-00671-DEH-SLC<br><br>CERTIFICATE OF SERVICE |

I certify that, on Wednesday, April 16, 2025, I caused the foregoing document to be e-filed with the Court via the CM/ECF system, which sent notification of such filing to the attorneys of record.

DATED: April 16, 2025

          Respectfully submitted,

          */s/ Shawn Patrick Regan*
          Shawn Patrick Regan
          HUNTON ANDREWS KURTH LLP
          200 Park Avenue
          New York, New York 10016
          Tel: (212) 309-1000
          Fax: (212) 309-1100
          sregan@hunton.com
          *Attorneys for Defendant*
          *MSG Entertainment Holdings, LLC*