IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | No.: 1:25-cv-00671-DEH-SLC |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs and Defendant Rockefeller Group International, Inc., by and through their respective counsel, jointly stipulate that Plaintiffs' claims against Defendant be dismissed, without prejudice, with each party to bear its own costs and attorney's fees. Defendant acknowledges and agrees that this stipulation of dismissal does not in any way count towards or trigger the "two dismissal" rule under Fed. R. Civ. P. 41(a)(1)(B).

Dated: April 1, 2025

| **Attorneys for Plaintiffs:** | **Attorneys for Defendant Rockefeller Group International, Inc.** |
|---|---|
| By: /s/ Innessa M. Huot<br>Innessa M. Huot<br>FARUQI & FARUQI, LLP<br>685 Third Avenue<br>New York, New York 10017<br>(212) 983-9330<br>ihuot@faruqilaw.com | By: /s/ Roberta E. Tarshis<br>Roberta E. Tarshis<br>Tarshis & Hammerman LLP<br>118-35 Queens Boulevard<br>Forest Hills, New York 11375<br>(718) 793-5000<br>retarshis@tarshisandhammerman.com |

The Court having reviewed the parties' affirmation that there is no settlement (ECF No. 406), the stipulation of dismissal without prejudice is SO ORDERED.

Dale E. Ho
United States District Judge

Dated: April 15, 2025
New York, New York