

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

May 6, 2025

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

Re:   *Piney, et al., v. City of New York, et al.,* Case No.: 1:25-cv-00671-DEH-SLC

Dear Judge Ho:

    We represent Plaintiffs and write jointly with Defendant Primark US Corp. ("Primark") to respectfully request a brief stay of this action **as to Primark** until June 14, 2025.

    The parties have been engaging in substantive settlement negotiations and are hopeful they can resolve all claims in this case against Primark in the next few weeks. To preserve resources, the parties respectfully request this brief stay so they can focus their efforts on reaching a resolution of all claims against Primark in the case.

    This stay does not affect any other deadlines in the case as the Court has not yet set a date for Defendants to answer or otherwise respond to the Second Amended Complaint.

    We thank the Court for its time and attention to this matter and are available at the Court's convenience.

Respectfully submitted,

Innessa M. Huot

cc:   All counsel of record (via ECF)

---

Plaintiffs' request for a stay of this action until 6/14/25 as to Primark is GRANTED. The parties are directed to file a joint letter by **May 28, 2025** informing the Court of the status of settlement efforts.

The Clerk of the Court is respectfully directed to close ECF No. 435.

SO ORDERED. 5/7/25

SARAH L. CAVE
United States Magistrate Judge

685 THIRD AVENUE  NEW YORK, NY 10017  PHONE: 212.983.9330  FAX: 212.983.9331  EmployeeRightsCounsel.com  FaruqiLaw.com