UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>CITY OF NEW YORK, et al.,<br><br>　　　　　Defendants. | Civil Case No.: 1:25-cv-00671 DEH-SLC |

**NOTICE OF SETTLEMENT**

　　Please be advised that Plaintiffs have reached a settlement with Defendant Lepozzi Inc. d/b/a Lauren B. Jewelry ("Lauren B.") to fully resolve, as to Lauren B, all claims of the FLSA Collective and putative class members with respect to all shifts they worked at Lauren B. in New York City. Plaintiffs respectfully request that they be given sixty (60) days to submit the finalized Settlement to the Court for approval. The parties respectfully request that the Court adjourn all deadlines concerning Plaintiffs' claims against Lauren B. in the interim.

Dated: May 8, 2025　　　　　　　　　　　　　**FARUQI & FARUQI, LLP**

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Innessa M. Huot*
　　　　　　　　　　　　　　　　　　　　　　Innessa M. Huot
　　　　　　　　　　　　　　　　　　　　　　685 Third Avenue, 26th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　　Tel: 212-983-9330
　　　　　　　　　　　　　　　　　　　　　　Fax: 212-983-9331
　　　　　　　　　　　　　　　　　　　　　　ihuot@faruqilaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs, the Proposed FLSA*
　　　　　　　　　　　　　　　　　　　　　　*Collective, and the Proposed Class*