UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | Civil Case No.: 1:25-cv-00671 DEH-SLC |

NOTICE OF SETTLEMENT

Please be advised that Plaintiffs have reached a settlement with Defendant Brooklyn Institute of Arts and Sciences a/k/a Brooklyn Museum ("Brooklyn Museum") to fully resolve, as to Brooklyn Museum, all claims of the FLSA Collective and putative class members with respect to all shifts they worked at Brooklyn Museum in New York City. Plaintiffs respectfully request that they be given sixty (60) days to submit the finalized Settlement to the Court for approval. The parties respectfully request that the Court adjourn all deadlines concerning Plaintiffs' claims against Brooklyn Museum in the interim.

Dated: May 16, 2025

FARUQI & FARUQI, LLP

By: /s/ Innessa M. Huot
Innessa M. Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the Proposed FLSA Collective, and the Proposed Class*

---

The Court is in receipt of Plaintiffs' notice at ECF No. 449 informing the Court that they have reached a settlement in principle with Defendant Brooklyn Museum. The parties are ordered to submit a stipulation of dismissal for the attention of the Honorable Dale E. Ho by **Friday, July 18, 2025**. All deadlines concerning Defendant Brooklyn Museum are held in abeyance.

SO ORDERED. 5/19/25

/s/ Sarah L. Cave
SARAH L. CAVE
United States Magistrate Judge