UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

       Plaintiffs,

  v.

CITY OF NEW YORK, et al.,

       Defendants.

CASE NO. 1:25-CV-00671-DEH-SLC

**NOTICE OF APPEARANCE**

To: The Clerk of this Court and all parties of record:

I certify that I am admitted to practice before this Court, and I appear in the above-captioned action as counsel for defendant NBCUniversal Media, LLC.

                                      Respectfully Submitted,

Dated: New York, New York
         May 19, 2025

MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Loren L. Forrest, Jr.
     Loren L. Forrest, Jr.
     437 Madison Avenue, 25th Floor
     New York, New York 10022
     Tel: (212) 509-3900
     Fax: (212) 509-7239
     llf@msk.com

*Attorneys for NBCUniversal Media, LLC*