UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK et al.,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court, having taken note that the matters Scott DeFalco v. City of New York, et al., 25-cv-1339, and Mohamed Monasar v. City of New York, et al., 25-cv-1337 have now been dismissed without prejudice (see ECF No. 100 in Monasar and ECF No. 38 in DeFalco), hereby terminates plaintiffs' Motion for Conditional Certification of a Collective Action at ECF Nos. 54–78 and Motion to Consolidate Cases at ECF No. 141–144. Plaintiffs are ORDERED to file their Third Amended Complaint by **Monday, June 30, 2025.**

    The Clerk of Court is respectfully directed to close ECF Nos. 54–78 and 141–144.

Dated:    New York, New York
            May 29, 2025

                                      SO ORDERED.

                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**