UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                Plaintiffs,

-v-                                          CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

CITY OF NEW YORK et al.,                 **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On May 29, 2025, the Court ordered Plaintiffs to file their Third Amended Complaint ("TAC") by Monday, June 30, 2025. (See ECF No. 459). For the purpose of clarification, Plaintiffs are ORDERED to file a motion for *leave* to file the TAC by **Monday, June 30, 2025**. If Defendants consent to the filing of the TAC, then the parties shall file a stipulation to that effect.

Dated:      New York, New York
             June 17, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**