UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, and JORGE ZORRILLA, on behalf of themselves and others similarly situated,

                       Plaintiffs,

    v.

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TARGET CORPORATION, MSG ENTERTAINMENT HOLDINGS, LLC, THE NEW YORK YANKEES, LP, NYU LANGONE HOSPITALS, MOUNT SINAI HEALTH SYSTEM, INC., THE NEW YORK TIMES COMPANY, BJ'S WHOLESALE CLUB, INC., RXR REALTY LLC, TISHMAN SPEYER ASSOCIATES LIMITED PARTNERSHIP D/B/A/ 509 W 34, LLC. ROCKEFELLER GROUP INTERNATIONAL, INC., RCPI LANDMARK PROPERTIES, L.L.C., BUENA VISTA THEATRICAL GROUP LTD. D/B/A DISNETY THEATRICAL GROUP, BXP, INC.  F/K/A BOSTON PROPERTIES, INC., KERING AMERICAS, INC., APPLE INC., CONGREGATION RODEPH SHOLOM, 34TH STREET PARTNERSHIP, INC., BANK OF AMERICA CORPORATION, THE TJX COMPANIES, INC., D/B/A/ MARSHALLS AND D/B/A TJ MAXX, GENTING NEW YORK LLC D/B/A RESORTS WORLD CASINO, PRIMARK US CORP., ROYAL REALTY LLC, NW YORK-PRESBYTERIAN HEALTHCARE SYSTEM IPA, LLC, 99C LLC D/B/A 180 MAIDEN , ALDI INC., BARCLAYS BANK PLC, WEGMANS FOOD MARKETS, INC., NEUE GALERIE NEW YORK, V&R PAYROLL FACTORS, INC., WAKEFERN FOOD CORP., D/B/A SHOPRITE SUPERMARKETS, INC., THE BANK OF NEW YORK MELLON CORPORATION, THE ANIMAL MEDICAL CENTER, INC. A/K/A SCHWARZMAN ANIMAL MEDICAL CENTER, YESHIVA KETANA OF QUEENS, PARKER JEWISH INSTITUTE FOR HEALTHCARE AND REHABILITATION, YOUNG ISRAEL OF QUEENS VALLEY, YESHIVA DARCHEI TORAH, TORAH CENTER OF HILLCREST INC., BURLINGTON STORES, INC., DISNEY ENTERTAINMENT LLC D/B/A  AMERICAN

Case No. 25-CV-00671-DEH-SLC

**<u>NOTICE TO WITHDRAW AS ATTORNEY</u>**

BROADCASTING COMPANY, SEPHARDIC LEBANESE CONGREGATION, INC., ROCHDALE VILLAGE ASSOCIATION, INC., NEW YORK SOCIEITY FOR THE RELEIF OF THE RUPTURED AND CRIPPLED MAINTAINING THE HOSPITAL FOR SPECIAL SURGERY D/B/A HOSPITAL FOR SPECIAL SURGERY, VORNADO REALTY TRUST A/K/A PENN DISTRICT, JPMORGAN CHASE & CO., UBS FINANCIAL SERVICES, INC., QUEENS BALLPARK COMPANY LLC, TAINO TOWERS APARTMENTS LLC, MIR HANSON ASSOCIATES, LLC, NEW YORK UNIVERSITY, SBH HEALTH SYSTEM D/B/A ST. BARNABAS HOSPITAL, MANHATTAN BEER DISTRIBUTORS, LLC, MONTEFIOR MEDICAL CENTER, NORTHWELL HEALTH INC., RBG MANAGEMENT CORP. D/B/A MORTON WILLIAMS SUPERMARKET, GFP REAL ESTATE LLC, ROSCO INC., SL GREEN REALTY CORP., GRAND CENTRAL PARTNERSHIP, INC., BLOOMINGDALE'S LLC, FLUSHING-FRESH MEADOWS JEWISH CENTER INC., THE GOLDMAN SACHS GROUP, INC., PARK AVENUE SYNAGOGUE, BNOS BAIS YAAKOV HIGH SCHOOL OF LAKEWOOD , CHELSEA PEIRS L.P. CONGREGATION BETH-EL SEPHARDIC CENTER FOR JAMAICA ESTATES, YESHIVA UNIVERSITY, EMPIRE FORCE INCORPORATED, FEDEX CORPORATION, AVENUES: THE WORLD SCHOOL, THE MUSEUM OF MODERN ART, BYRANT PARK CORPORATION, BROOKLYN INSTITUTE OF ARTS AND SCIENCES A/K/A BROOKLYN MUSEUM, EDMOND J. SAFRA SYNAGOGUE, BEST BUY CO., INC., CENTURY 21 USA, LLC, BOOKDALE HOSPITAL MEDICAL CENTER, TIMES SQUARE CHURCH, INC., ASPHALT GREEN, INC., LEPOZZI INC D/B/A LAUREN B. JEWELRY, THE NEW YORK BOTANICAL GARDEN, THE BROOKLYN HOSPITAL CENTER, NBC UNIVERSAL MEDIA, LLC, SAM ASH MUSIC CORPORATION, ZARA USA INC., MUSEUM OF JEWISH HERITAGE A LIVING MEMORIAL TO THE HOLOCAUST, TORAH UMESORAH, INC., D/B/A TORAH ACADEMY HIGH SCHOOL FOR GIRLS D/B/A TORAH ACADEMY FOR GIRLS, OMNI EYE SURGERY OF NEW YORK, P.C., PLAZA MOTORS, LLC F/K/A PLAZA MOTORS OF BROOKLYN, INC., D/B/A PLAZA AUTO MALL D/B/A PLAZA HONDA, and DOES NO. 1-100,

          Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Nicholas P. Melito, Esq., is no longer associated with Meltzer, Lippe, Goldstein & Breitstone, LLP and hereby withdraws his representation for Defendant, **RBG MANAGEMENT CORP., d/b/a Morton Williams Supermarket.**

**PLEASE TAKE FURTHER NOTICE** that Meltzer, Lippe, Goldstein & Breitstone, LLP, shall remain as counsel for the Defendant, **RBG MANAGEMENT CORP., d/b/a Morton Williams Supermarket.**

Dated: Mineola, New York
July 11, 2025

> The Court construes Defendant RBG Management Corp.'s "notice to withdraw" as counsel at ECF No. 494 as a motion to withdraw as counsel and GRANTS the motion.
>
> SO ORDERED   7/14/25
>
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully submitted,

Meltzer, Lippe, Goldstein & Breitstone, LLP

By:   */s/ Nicholas P. Melito*
Nicholas P. Melito, Esq.
190 Willis Avenue
Mineola, New York 11501
(516) 747-0300
nmelito@meltzerlippe.com

4899-9846-1269, v. 1