UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
Albert Piney, et al.,                                              :     25 -CV- 671   (DEH)
:
               Plaintiff[s],                                        :
    v.                                                           :              AMENDED
:       ORDER OF REFERENCE
:     TO A MAGISTRATE JUDGE
City of New York, et al.,                                          :
:
               Defendant[s].                                       :
:
-------------------------------------------------------------------X

DALE E. HO, United States District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

- [x] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)
- [ ] Specific Non-Dispositive Motion/Dispute: _____
- [ ] If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____
- [ ] Settlement
- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. § 636(c) for all purposes (including trial)
- [ ] Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____
- [ ] Habeas Corpus
- [ ] Social Security
- [x] Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____
  Motion(s) for Settlement Approval
  Motion(s) for *Cheeks* Approval

SO ORDERED.

Dated: July 14, 2025
       New York, New York

                                                 DALE E. HO
                                                 United States District Judge