UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., | Civil Case No. 1:25-cv-00671-DEH-SLC |
| Plaintiffs, | |
| v. | |
| CITY OF NEW YORK, et al., | |
| Defendants. | |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF PLAINTIFFS' NOTICE <u>OF SETTLEMENT AND CLAIM FORM</u>**

**PLEASE TAKE NOTICE** that Plaintiffs, on behalf of themselves and the proposed Class, respectfully move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for: (i) preliminary approval of Plaintiffs' proposed settlement with Defendant RBG Management Corp. a/k/a Morton Williams Supermarket; (ii) certification of the proposed settlement class; (iii) appointment of Faruqi & Faruqi, LLP as class counsel; (iv) approval of Plaintiffs' proposed Notice of Settlement and Claim Form; and (v) approval of Plaintiffs' proposed schedule for final settlement approval and setting a date for a Fairness Hearing.

This motion is based upon the accompanying Settlement Agreement, the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement, Certification of the Settlement Class, Appointment of Class Counsel, and Approval of Plaintiffs' Notice of Settlement and Claim Form, the Declaration of Innessa M. Huot in support hereof, and all related exhibits.

1

Dated: July 25, 2025
New York, New York

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: <u>/s/ Innessa M. Huot</u>
    Innessa Melamed Huot

685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the Proposed FLSA Collective, and the Proposed Class*