UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                Plaintiffs,

-v-

               CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

CITY OF NEW YORK et al.,

                        **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The motions for settlement approval at ECF Nos. 464, 476, 483, 488, and 501 having been referred to the undersigned (ECF No. 496), a telephonic conference is scheduled for **Monday, August 11, 2025 at 11:00 a.m. EST** on the Court's conference line. Plaintiffs and Defendants Morton Wiliams, Brooklyn Museum, Asphalt Green, Inc., Empire Force, Inc., and Lepozzi, Inc. are directed to call 1-855-244-8681; access code 2308 226 4654 at the scheduled time and should be prepared to discuss whether they agree to consent to Magistrate Judge jurisdiction for the purpose of conducting the Cheeks review.

Dated:       New York, New York
              July 28, 2025

                                            SO ORDERED.

                                            _/s/ Sarah L. Cave_
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**