UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK et al.,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

For the purpose of clarifying the Order issued earlier today at ECF No. 505, a telephonic conference is scheduled for **Monday, August 11, 2025 at 11:00 a.m. EST** on the Court's conference line to discuss whether Plaintiffs and Defendants Morton Williams, Brooklyn Museum, Asphalt Green, Inc., Empire Force, Inc., and Lepozzi, Inc. agree to consent to Magistrate Judge jurisdiction for the purpose of conducting the review of the motions for settlement approval. Plaintiffs and Defendants Morton Williams, Brooklyn Museum, Asphalt Green, Inc., Empire Force, Inc., and Lepozzi, Inc. are directed to call 1-855-244-8681; access code 2308 226 4654 at the scheduled time.

In addition, the Order at ECF No. 493 is VACATED and the parties are not required to file motions for approval under Cheeks given the already-pending motions for settlement approval.

Dated:     New York, New York
             July 28, 2025

                                              SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2