UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                          Plaintiffs,

-v-                                        CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

                                                    **ORDER**

CITY OF NEW YORK et al.,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      The Court is in receipt of Plaintiffs' letter at ECF No. 511. The parties are directed to complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at:

https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for the settling parties and file the form for the attention and signature of the Honorable Dale E. Ho.

      The telephonic conference scheduled for August 11, 2025 is ADJOURNED. The Court will undertake review of the motions for settlement approval (ECF Nos. 464; 476; 483; 488; 501) and schedule a conference if questions arise.

Dated:      New York, New York
              August 1, 2025

                                            SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**