AO 85A  (Rev. 02/17)  Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ALBERT PINEY, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:25-CV-00671-DEH-SLC |
| CITY OF NEW YORK, et al., | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability*.  A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion*.  The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:** All motions, party names, and signatures are annexed hereto as Schedule A.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| See Schedule A. | | |

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*
District Judge Dale E. Ho
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

## SCHEDULE A

**Motions**

1. Motion for Preliminary Approval of Settlement with Lepozzi Inc. d/b/a Lauren B. Jewelry (ECF No. 464)
2. Motion for Preliminary Approval of Settlement with Empire Force Incorporated (ECF No. 476)
3. Motion for Preliminary Approval of Settlement with Asphalt Green, Inc. (ECF No. 483)
4. Motion for Preliminary Approval of Settlement with Brooklyn Institute of the Arts and Sciences a/k/a Brooklyn Museum (ECF No. 488)
5. Motion for Preliminary Approval of Settlement with RBG Management Corp. a/k/a Morton Williams Supermarket (ECF No. 501)

| Printed Names of Parties and Attorneys | Signatures of Parties or Attorneys | Date |
| --- | --- | --- |
| *Piney* Plaintiffs – Innessa M. Huot | [signature] | 8/1/2025 |
| Lepozzi Inc. d/b/a Lauren B. Jewelry – Aric Behar | *Aric Behar* (Aug 5, 2025 11:50:34 EDT) | 08/05/2025 |
| Empire Force Incorporated – Jaclyn Bernstein | [signature] (Aug 5, 2025 17:25:42 EDT) | 08/05/2025 |
| Asphalt Green, Inc. – Richard I. Greenberg | [signature] | 8/1/202 |
| Brooklyn Institute of the Arts and Sciences a/k/a Brooklyn Museum – Shelby A. Silverman | [signature] | 08/5/25 |
| RBG Management Corp. a/k/a Morton Williams Supermarket – Christopher Hampton | [signature] | 8/5/25 |