## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO, MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, and JORGE ZORRILLA, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TARGET CORPORATION, MSG ENTERTAINMENT HOLDINGS, LLC, THE NEW YORK YANKEES, LP, NYU LANGONE HOSPITALS, MOUNT SINAI HEALTH SYSTEM, INC., THE NEW YORK TIMES COMPANY, BJ'S WHOLESALE CLUB, INC., RXR REALTY LLC, TISHMAN SPEYER ASSOCIATES LIMITED PARTNERSHIP D/B/A 509 W 34, LLC, ROCKEFELLER GROUP INTERNATIONAL, INC., RCPI LANDMARK PROPERTIES, L.L.C., BUENA VISTA THEATRICAL GROUP LTD. D/B/A DISNEY THEATRICAL GROUP, BXP, INC. F/K/A BOSTON PROPERTIES, INC., KERING AMERICAS, INC., APPLE INC., CONGREGATION RODEPH SHOLOM, 34TH STREET PARTNERSHIP, INC., BANK OF AMERICA CORPORATION, THE TJX COMPANIES, INC., D/B/A MARSHALLS AND D/B/A TJ MAXX, GENTING NEW YORK LLC D/B/A RESORTS WORLD CASINO, PRIMARK US CORP., ROYAL REALTY LLC, NEWYORK-PRESBYTERIAN HEALTHCARE SYSTEM IPA, LLC, 99C LLC D/B/A 180 MAIDEN, ALDI, INC., BARCLAYS BANK PLC, WEGMANS FOOD MARKETS, INC., NEUE GALERIE NEW YORK, V&R PAYROLL FACTORS, INC., WAKEFERN FOOD CORP., D/B/A SHOPRITE SUPERMARKETS, INC., THE BANK OF NEW YORK MELLON CORPORATION, THE ANIMAL MEDICAL CENTER, INC. A/K/A SCHWARZMAN ANIMAL MEDICAL CENTER, YESHIVA KETANA OF QUEENS, PARKER JEWISH INSTITUTE FOR HEALTHCARE AND REHABILITATION, YOUNG ISRAEL OF QUEENS VALLEY, YESHIVA DARCHEI TORAH, TORAH CENTER OF HILLCREST INC., BURLINGTON

No.: 1:25-cv-00671

STORES, INC., DISNEY ENTERTAINMENT LLC D/B/A
AMERICAN BROADCASTING COMPANY, SEPHARDIC
LEBANESE CONGREGATION INC., ROCHDALE
VILLAGE ASSOCIATION, INC., NEW YORK SOCIETY
FOR THE RELIEF OF THE RUPTURED AND CRIPPLED,
MAINTAINING THE HOSPITAL FOR SPECIAL SURGERY
D/B/A HOSPITAL FOR SPECIAL SURGERY, VORNADO
REALTY TRUST A/K/A PENN DISTRICT, JPMORGAN
CHASE & CO., UBS FINANCIAL SERVICES, INC.,
QUEENS BALLPARK COMPANY LLC, TAINO TOWERS
APARTMENTS LLC, MIR HANSON ASSOCIATES, LLC,
NEW YORK UNIVERSITY, SBH HEALTH SYSTEM D/B/A
ST. BARNABAS HOSPITAL, MANHATTAN BEER
DISTRIBUTORS LLC, MONTEFIORE MEDICAL CENTER,
NORTHWELL HEALTH INC., RBG MANAGEMENT
CORP. D/B/A MORTON WILLIAMS SUPERMARKET, GFP
REAL ESTATE LLC, ROSCO INC., SL GREEN REALTY
CORP., GRAND CENTRAL PARTNERSHIP, INC.,
BLOOMINGDALE'S LLC, FLUSHING-FRESH MEADOWS
JEWISH CENTER INC., THE GOLDMAN SACHS GROUP,
INC., PARK AVENUE SYNAGOGUE, BNOS BAIS
YAAKOV HIGH SCHOOL OF LAKEWOOD, CHELSEA
PIERS L.P., CONGREGATION BETH-EL SEPHARDIC
CENTER FOR JAMAICA ESTATES, YESHIVA
UNIVERSITY, EMPIRE FORCE INCORPORATED, FEDEX
CORPORATION, AVENUES: THE WORLD SCHOOL, THE
MUSEUM OF MODERN ART, BRYANT PARK
CORPORATION, BROOKLYN INSTITUTE OF ARTS AND
SCIENCES A/K/A BROOKLYN MUSEUM, EDMOND J.
SAFRA SYNAGOGUE, BEST BUY CO. INC., CENTURY 21
USA, LLC, BROOKDALE HOSPITAL MEDICAL CENTER,
TIMES SQUARE CHURCH, INC., ASPHALT GREEN, INC.,
LEPOZZI INC D/B/A LAUREN B. JEWELRY, THE NEW
YORK BOTANICAL GARDEN, THE BROOKLYN
HOSPITAL CENTER, NBCUNIVERSAL MEDIA, LLC, SAM
ASH MUSIC CORPORATION, ZARA USA INC., MUSEUM
OF JEWISH HERITAGE A LIVING MEMORIAL TO THE
HOLOCAUST, TORAH UMESORAH, INC. D/B/A TORAH
ACADEMY HIGH SCHOOL FOR GIRLS D/B/A TORAH
ACADEMY FOR GIRLS, OMNI EYE SURGERY OF NEW
YORK, P.C., PLAZA MOTORS, LLC F/K/A PLAZA
MOTORS OF BROOKLYN, INC. D/B/A PLAZA AUTO
MALL D/B/A PLAZA HONDA, and DOES NOS. 1-100,

Defendants.

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that I, Elliot Moskowitz, am admitted to practice in this Court and hereby appear as counsel for Defendant Yeshiva Darchei Torah in the above-captioned matter.

Dated:  August 6, 2025                                      Respectfully Submitted,
      New York, New York

*/s/ Elliot Moskowitz*
Elliot Moskowitz
Davis Polk & Wardwell LLP
450 Lexington Avenue
York, New York 10017
Tel: 212-450-4241
elliot.moskowitz@davispolk.com

*Attorney for Defendant Yeshiva Darchei Torah*