UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALBERT PINEY, *et al.*, on behalf of themselves
and others similar situated,

                                            *Plaintiffs,*

                        Case No. 1:25-cv-00671-DEH-SLC

   - against -

CITY OF NEW YORK, *et al.*,

                                          *Defendants*.
------------------------------------------------------------X

## NOTICE OF MOTION FOR WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Andrew L. Kincaid, Mr. Kincaid hereby respectfully requests permission to withdraw his appearance on behalf of Defendant Edmond J. Safra Synagogue (the "Synagogue") in the above-captioned action.

The Synagogue continues to be represented by Oved & Oved LLP, including Terrence A. Oved and Darren Oved, both of whom have already noticed their appearance in this action. A proposed order is attached.

Dated: New York, New York
         August 8, 2025

                                          Respectfully Submitted,

                                          Andrew L. Kincaid
                                          OVED & OVED LLP
                                          *Attorneys for Defendant*
                                          *Edmond J. Safra Synagogue*
                                          401 Greenwich Street
                                          New York, New York 10013
                                          Tel: 212.226.2700