UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALBERT PINEY, *et al.*, on behalf of themselves
and others similar situated,

                             *Plaintiffs,*

                                          Case No. 1:25-cv-00671-DEH-SLC

     - against -

CITY OF NEW YORK, *et al.*,

                             *Defendants*.
-------------------------------------------------------------X

## <u>DECLARATION OF ANDREW L. KINCAID</u>

Andrew L. Kincaid declares as follows:

       1.      I am an attorney admitted to practice in this Court, and I respectfully submit this declaration in support of the accompanying Motion to withdraw my appearance in this action on behalf of Defendant Edmond J. Safra Synagogue (the "Synagogue").

       2.      The Synagogue continues to be represented by Oved & Oved LLP, including Terrence A. Oved and Darren Oved, both of whom have already noticed their appearance in this action.

       3.      A proposed order is attached.

       4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
         August 8, 2025

                                 Respectfully Submitted,

                                 _____
                                 Andrew L. Kincaid