UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALBERT PINEY, *et al.*, on behalf of themselves and others similar situated,

                                  *Plaintiffs*,

- against -

CITY OF NEW YORK, *et al.*,

                                  *Defendants*.
------------------------------------------------------------X

Case No. 1:25-cv-00671-DEH-SLC

**[Proposed]
Order Granting Withdrawal of Appearance of Andrew L. Kincaid**

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration of Andrew L. Kincaid, the motion to withdraw is **GRANTED** and Andrew L. Kincaid is hereby withdrawn as counsel for Defendant Edmond J. Safra Synagogue.

                                    **SO ORDERED:**

                                    _____