UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK et al.,

                Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff's Notice of Settlement with Defendant Primark US Corp ("Primark") filed on July 10, 2025 wherein the parties requested 20 days to submit the finalized settlement agreement for court approval. (ECF No. 492). To date, the parties have not filed a motion for preliminary approval of that settlement. Accordingly, Plaintiffs and Primark are directed to file a joint letter by **Friday, August 22, 2025** advising the Court of the status of finalizing their settlement agreement and filing the motion for preliminary approval.

Dated:     New York, New York
            August 15, 2025

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**