

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

August 22, 2025

<u>**VIA ECF**</u>

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

      Re:    *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-DEH-SLC

Dear Judge Cave:

      We represent Plaintiffs and write jointly with Defendant Primark US Corp. in response to this Court's Order. ECF No. 522.

      The parties came to a settlement in principle and are working diligently and cooperatively to finalize the terms of their settlement. The parties are in discussions about a few final terms in dispute and anticipate coming to a finalized agreement in the next few weeks.

      As such, the parties respectfully request that they update the Court on or before September 5, 2025 regarding the status of their settlement discussions.

      We thank the Court for its time and attention to this matter and are available at the Court's convenience.

                              Respectfully submitted,

                              Innessa M. Huot

cc:    All counsel of record (via ECF)

685 THIRD AVENUE NEW YORK, NY 10017 PHONE: 212.983.9330 FAX: 212.983.9331 EmployeeRightsCounsel.com FaruqiLaw.com