UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., <br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, et al.,<br><br>            Defendants. | Civil Case No.: 1:25-cv-00671 DEH-SLC<br><br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

Plaintiffs, by and through their undersigned counsel, hereby submit nine (9) "Consent to Join" forms, attached hereto as Exhibit 1, from the following opt-in plaintiffs:

    Coca, Claudio
    Edwards, Steve
    Espaillat, Diolis Y.
    Medina, Joanna
    Pardieu, Elijah
    Ricketts, Nathanael
    Roman, Diana
    Spence, Alana
    Ullah, Asad

Dated: August 22, 2025

                                          **FARUQI & FARUQI, LLP**

                                          By: */s/ Innessa M. Huot*
                                          Innessa M. Huot
                                          685 Third Avenue, 26th Floor
                                          New York, New York 10017
                                          Tel: 212-983-9330
                                          Fax: 212-983-9331
                                          ihuot@faruqilaw.com

                                          *Attorneys for Plaintiffs, the Proposed FLSA Collective, and the Proposed Class*