# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>　　　　　Defendants. | Civil Action No.: 1: 25-cv-00671<br><br>**CONSENT TO JOIN** |

　　　　I, ___Claudio Coca___, consent to join the above-captioned lawsuit. I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants. I have been employed by Defendants within the last three years.

　　　　I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys. I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): ___Claudio Coca___

Date: ___August 22, 2025___

Signature: ___/s/ Claudio Coca___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | Civil Action No.: 1: 25-cv-00671<br><br>**CONSENT TO JOIN** |

I, <u>STEVE EDWARDS</u>, consent to join the above-captioned lawsuit. I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants. I have been employed by Defendants within the last three years.

I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys. I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): <u>STEVE EDWARDS</u>

Date: <u>08/22/2025</u>

Signature: <u>/s/ STEVE EDWARDS (Aug 22, 2025 11:46:31 EDT)</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, and DESMOND GRANT on behalf of themselves and others similarly situated,<br><br>             Plaintiffs,<br>    v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, TARGET CORPORATION, MSG ENTERTAINMENT HOLDINGS, LLC, THE NEW YORK YANKEES, LP, NYU LANGONE HOSPITAL F/K/A NYU LUTHERAN MEDICAL CENTER, MOUNT SINAI HEALTH SYSTEM, INC., THE NEW YORK TIMES COMPANY, B.J.'S WHOLESALE CLUB HOLDINGS INC., RXR REALTY LLC, TISHMAN SPEYER ASSOCIATES LIMITED PARTNERSHIP D/B/A 509 W 34, LLC, BUENA VISTA THEATRICAL GROUP LTD. D/B/A DISNEY WORLDWIDE SERVICES INC., BXP, INC. F/K/A BOSTON PROPERTIES, INC., KERING AMERICAS, INC., APPLE INC., CONGREGATION RODEPH SHOLOM, 34TH STREET PARTNERSHIP, BANK OF AMERICA CORPORATION, THE TJX COMPANIES, INC., D/B/A MARSHALLS, THE GENTING GROUP D/B/A RESORTS WORLD CASINO, and DOES NOS. 1-50,<br><br>             Defendants. | Civil Case No.: 25-cv-671<br><br>**CONSENT TO JOIN** |

    I, _DIOLIS .Y. ESPAILLAT_, consent to join the above-captioned lawsuit. I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, et seq. I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants. I have been employed by Defendants within the last three years.

I hereby appoint the law firm of Faruqi & Faruqi, LLP, located at 685 Third Avenue, 26th Floor, New York, NY 10017, telephone number (212) 983-9330, as my attorneys. I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): __DIOLIS .Y. ESPAILLAT__

Signature: _[signature]_   Date: __08/13/25__

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | Civil Action No.: 1: 25-cv-00671<br><br>**CONSENT TO JOIN** |

I, **JOANNA MEDINA**, consent to join the above-captioned lawsuit. I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants. I have been employed by Defendants within the last three years.

I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys. I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): **JOANNA MEDINA**

Date: 08/22/2025

Signature: *JOANNA MEDINA (Aug 22, 2025 16:04:58 EDT)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | Civil Action No.: 1: 25-cv-00671<br><br>**CONSENT TO JOIN** |

I, ELIJAH PARDIEU, consent to join the above-captioned lawsuit. I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants. I have been employed by Defendants within the last three years.

I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys. I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): ELIJAH PARDIEU

Signature: ELIJAH PARDIEU (Aug 22, 2025 16:25:19 EDT)

Date: 08/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | Civil Action No.: 1: 25-cv-00671<br><br>**CONSENT TO JOIN** |

I, NATHANAEL RICKETTS , consent to join the above-captioned lawsuit. I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants. I have been employed by Defendants within the last three years.

I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys. I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): NATHANAEL RICKETTS

Signature: *Nathanael Ricketts* (Aug 22, 2025 14:34:55 EDT)

Date: 08/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | Civil Action No.: 1: 25-cv-00671<br><br>**CONSENT TO JOIN** |

I, **DIANA ROMAN**, consent to join the above-captioned lawsuit. I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants. I have been employed by Defendants within the last three years.

I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys. I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): **DIANA ROMAN**

Date: **08/22/2025**

Signature: *DIANA ROMAN (Aug 22, 2025 11:07:12 EDT)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>    Defendants. | Civil Action No.: 1: 25-cv-00671<br><br>**CONSENT TO JOIN** |

  I, __ALANA SPENCE__, consent to join the above-captioned lawsuit. I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq*. I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants. I have been employed by Defendants within the last three years.

  I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys. I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): __ALANA SPENCE__

Date: __08/20/2025__

Signature: __ALANA SPENCE (Aug 20, 2025 22:22:10 EDT)__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | Civil Action No.: 1: 25-cv-00671<br><br>**CONSENT TO JOIN** |

I, ASAD ULLAH, consent to join the above-captioned lawsuit. I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq.* I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants. I have been employed by Defendants within the last three years.

I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys. I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): ASAD ULLAH

Date: 08/22/2025

Signature: *ASAD ULLAH (Aug 22, 2025 16:40:25 EDT)*