UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                Plaintiffs,

-v-                                  CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

CITY OF NEW YORK et al.,                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' letter-motion for an extension of time to seek leave to file a third amended complaint (Dkt. No. 547 (the "Extension Request")), Defendant TJX Companies, Inc.'s response (Dkt. No. 548 (the "Opposition")), Plaintiffs' response to the Opposition (Dkt. No. 549), and Defendant BJs Wholesale Club, Inc.'s joinder in the Opposition (Dkt. No. 550). Any Defendant who seeks to respond to the Extension Request is ORDERED to do so by **Tuesday, October 14, 2025**. Plaintiffs are ORDERED to file a reply, if any, by **Friday, October 17, 2025**.

Dated:      New York, New York
             October 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**