UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | Civil Case No. 1:25-cv-00671-DEH-SLC |

**NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED SETTLEMENT, CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT OF CLASS COUNSEL, AND APPROVAL OF <u>PLAINTIFFS' NOTICE OF SETTLEMENT AND CLAIM FORM</u>**

**PLEASE TAKE NOTICE** that Plaintiffs, on behalf of themselves and the proposed Class, respectfully move this Court for an Order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for: (i) preliminary approval of Plaintiffs' proposed settlement with Defendant Primark US Corp.; (ii) certification of the proposed settlement class; (iii) appointment of Faruqi & Faruqi, LLP as class counsel; (iv) approval of Plaintiffs' proposed Notice of Settlement and Claim Form; and (v) approval of Plaintiffs' proposed schedule for final settlement approval and setting a date for a Fairness Hearing.

This motion is based upon the accompanying Settlement Agreement, the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Proposed Settlement, Certification of the Settlement Class, Appointment of Class Counsel, and Approval of Plaintiffs' Notice of Settlement and Claim Form, the Declaration of Innessa M. Huot in support hereof, and all related exhibits.

1

Dated: October 8, 2025
New York, NY

                                      Respectfully submitted,

                                      **FARUQI & FARUQI, LLP**

                                      By:  */s/ Innessa M. Huot*
                                             Innessa Melamed Huot

                                      685 Third Avenue, 26th Floor
                                      New York, New York 10017
                                      Tel: 212-983-9330
                                      Fax: 212-983-9331
                                      ihuot@faruqilaw.com

                                      *Attorneys for Plaintiffs, the Proposed*
                                      *FLSA Collective, and the Proposed Class*