UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                          Plaintiffs,

-v-                                         CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

CITY OF NEW YORK et al.,                      **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion for approval of the settlement between Plaintiffs and Defendant Primark. (Dkt. No. 553 (the "MSA")). Although Plaintiffs and Defendants Lepozzi Inc., Empire Force Inc., Asphalt Green, Inc., Brooklyn Institute of the Arts and Sciences, and RBG Management Corp. previously consented to magistrate judge consideration of the motions to approve their settlement agreements (see Dkt. No. 518), Plaintiffs and Defendant Primark have not consented to magistrate judge review of the MSA. Accordingly, Plaintiffs and Defendant Primark are ORDERED, by **October 31, 2025**, to meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at:

https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Primark and file the form for the attention and signature of the Honorable Dale E. Ho.

Dated:        New York, New York
               October 23, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge