UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | Civil Case No.: 1:25-cv-00671-DEH-SLC |

## NOTICE OF SETTLEMENT

Please be advised that Plaintiffs have reached a settlement in principle with Defendant Kering Americas, Inc. ("Kering") to resolve all claims against Kering of the FLSA Collective and putative class members with respect to paid detail shifts they worked at Kering in New York City. Plaintiffs are working diligently to finalize the remaining terms of the Settlement and respectfully request that they be given sixty (60) days to submit the finalized Settlement to the Court for approval. Plaintiffs need the additional time because of the various upcoming holidays. Plaintiffs respectfully request that the Court adjourn all deadlines concerning Plaintiffs' claims against Kering in the interim.

Dated: November 25, 2025

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
Innessa M. Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the Proposed FLSA Collective, and the Proposed Class*