## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF NEW YORK, et al.,<br><br>    Defendants. | Civil Case No.: 1:25-cv-00671-DEH-SLC |

### NOTICE OF SETTLEMENT

Please be advised that Plaintiffs have reached a settlement in principle with Defendant Target Corporation ("Target") to resolve all claims against Target of the FLSA Collective and putative class members with respect to paid details they worked at Target in New York City. The parties are working diligently to finalize the remaining terms of the Settlement and respectfully request that they be given ninety (90) days to submit the finalized Settlement to the Court for approval. The parties need the additional time because of the various upcoming holidays and also because they are waiting to receive certain information from the City Defendants that is needed to finalize the Settlement. The parties also respectfully request that the Court adjourn all deadlines concerning Plaintiffs' claims against Target in the interim.

Dated: November 26, 2025

**FARUQI & FARUQI, LLP**

By: /s/ *Innessa M. Huot*
Innessa M. Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the Proposed FLSA Collective, and the Proposed Class*