

**FARUQI & FARUQI**

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

> Plaintiffs' request at Dkt. No. 589 is GRANTED and the deadline to file the motion for settlement approval with respect to Defendant Kering is EXTENDED to **Friday, January 30, 2026.**
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 589.
>
> SO ORDERED   12/23/25
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

Re:    *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-DEH-SLC

Dear Judge Cave:

We represent Plaintiffs and write jointly with Defendant Kering Americas, Inc. ("Kering") to respectfully request a one-month extension, from December 29, 2025 to January 30, 2026 for the parties to submit settlement papers to the Court for approval.

The parties came to a settlement in principle and are working diligently and cooperatively to finalize the terms of their settlement. However, with the impending holidays, the parties need additional time for their respective clients to review the papers and provide their feedback, consent, and signatures to same.

As such, the parties respectfully request that the current December 29, 2025 deadline (ECF No. 574) be extended to January 30, 2026.

We thank the Court for its time and attention to this matter and are available at the Court's convenience.

Respectfully submitted,

Innessa M. Huot

cc:    All counsel of record (*via* ECF)