UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*,<br><br>              Plaintiffs,<br><br>vs.<br><br>CITY OF NEW YORK, *et al.*,<br><br>              Defendants. | Case No.: 1:25-cv-00671-DEH-SLC<br><br><br>STIPULATION & [~~PROPOSED~~] ORDER |

      WHEREAS, Plaintiffs filed their Motion for Leave to File a Third Amended Complaint on December 15, 2025 ("Motion") [ECF No. 579] and Defendants have until January 21, 2026 to respond to the Motion [*see* ECF No. 569]; and

      WHEREAS, Plaintiffs and Defendants listed on <u>Exhibit A</u> attached hereto ("Listed Defendants") have hereby agreed and stipulated that, in the interest of judicial economy and orderly case management, Listed Defendants will not oppose the Motion so long as Listed Defendants are deemed to not waive any procedural or substantive defenses to the Third Amended Complaint (all of which Listed Defendants preserve), and that, by not opposing the Motion, Listed Defendants are not prejudiced but rather reserve their rights to file any and all motions they may elect to file challenging the Third Amended Complaint, including, but not limited to, motions to dismiss and/or sever; and

      The Court, having considered the aforementioned stipulation between Plaintiffs and Listed Defendants, and for good cause shown, ORDERS that:

      1.    Listed Defendants' election and agreement to not oppose the Motion does not operate to waive any substantive or procedural defenses to the Third Amended Complaint (all of which Defendants preserve) nor does it prejudice in any way and instead reserves the Listed

Defendants' rights to file any and all motions they may elect to file challenging the Third Amended Complaint, including, but not limited to, motions to dismiss and motions to sever, and any arguments the Listed Defendants advance therein; and

    2.       All such rights and arguments are deemed reserved by the Listed Defendants.

DATED: New York, New York
              January 20, 2026

By: _____

Innessa M. Huot
Shawn R. Clark
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
ihuot@faruqilaw.com
*Attorneys for Plaintiffs*

By: _____

Shawn Patrick Regan
James J. La Rocca
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
Tel: (212) 309-1000
Fax: (212) 309-1100
sregan@hunton.com
jlarocca@hunton.com
*Attorneys for Defendants*
*BJ's Wholesale Club, Inc. and*
*MSG Entertainment Holdings LLC*[1]

SO ORDERED.    1/21/26

_____
Sarah L. Cave
United States Magistrate Judge

---

[1] Given the difficulty coordinating among Listed Defendants, Listed Defendants have authorized the foregoing attorneys to execute this Proposed Stipulated Order in lieu of counsel for each Listed Defendant having to separately execute the Proposed Stipulated Order.

# Exhibit A

## Listed Defendants

1. 34th Street Partnership
2. 509 W34, L.L.C.
3. American Broadcasting Companies, Inc. (incorrectly named as Disney Entertainment LLC)
4. Apple Inc.
5. Avenues: The World School
6. Bank of America
7. Barclays Bank PLC
8. Best Buy
9. BJ's Wholesale Club, Inc.
10. Bloomingdale's, LLC
11. Bryant Park Corporation
12. Buena Vista Theatrical Group Ltd. d/b/a Disney Theatrical Group
13. Burlington Coat Factory Warehouse Corporation
14. BXP, Inc. f/k/a Boston Properties, Inc.
15. Chelsea Piers L.P.
16. Edmond J. Safra Synagogue
17. Federal Express Corporation
18. Genting New York, LLC
19. GFP Real Estate LLC
20. Hospital for Special Surgery
21. JPMorgan Chase & Co.
22. Kering Americas, Inc.
23. Montefiore
24. Mount Sinai Health System
25. MSG Entertainment Holdings, LLC
26. NBCUniversal Media, LLC
27. Neue Galerie New York
28. New York City Police Department
29. Northwell Health, Inc.
30. Park Avenue Synagogue
31. Plaza Motors, LLC f/k/a Plaza Motors of Brooklyn, Inc. d/b/a Plaza Auto Mall d/b/a Plaza Honda
32. Queens Ballpark Company, L.L.C.
33. RCPI Landmark Properties, L.L.C.
34. Royal Realty Corp.
35. Schwartzman Animal Medical Center
36. SL Green Realty Corp.
37. St. Barnabas Hospital, Inc.
38. Taino Towers, LLC
39. Target Corporation
40. The City of New York
41. The Bank of New York Mellon Corporation

42. The Brookdale Hospital Medical Center
43. The Brooklyn Hospital Center
44. The Goldman Sachs Group, Inc.
45. The Museum of Jewish Heritage
46. The Museum of Modern Art
47. The New York and Presbyterian Hospital
48. The New York Botanical Garden
49. The New York Times Company
50. The New York Yankees Partnership
51. The TJX Companies, Inc.
52. UBS Financial Services, Inc.
53. V & R Payroll Factors, Inc.
54. Vornado Office Management LLC
55. Wakefern Food Corp.
56. Wegmans Food Markets, Inc.
57. Yeshiva University
58. Young Israel of Queens Valley
59. Zara USA Inc.