UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                Plaintiffs,

-v-                                  CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

CITY OF NEW YORK et al.,                  **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Based on a scheduling error by the Court, the Clerk of the Court is respectfully directed to STRIKE Dkt. No. 607.

Dated:      New York, New York
              January 27, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**