

**FARUQI & FARUQI**

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

The request at Dkt. No. 609 is GRANTED and the deadline to file the motion for settlement approval between Plaintiffs and Defendant Kering Americas, Inc. is EXTENDED to **Monday, March 2, 2026.**

SO ORDERED   1/30/26

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

January 30, 2026

**Innessa M. Huot**
ihuot@faruqilaw.com

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

Re:    *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-DEH-SLC

Dear Judge Cave:

We represent Plaintiffs and write jointly with Defendant Kering Americas, Inc. to respectfully request a thirty (30) day extension, from today to March 2, 2026 for the parties to submit settlement papers to the Court for approval. This is the parties' second request for an extension of this deadline; the parties' first request was approved on December 23, 2025.  ECF Nos. 589-90.

The parties continue to work diligently and in good faith to finalize the terms of their settlement. Defendant's counsel advised that they need additional time to confer with their client regarding the agreement. As such, the parties respectfully request that they be given until March 2, 2026 to file all settlement papers for the Court's review.

We thank the Court for its time and attention to this matter and are available at the Court's convenience.

Respectfully submitted,

*Innessa M. Huot*
Innessa M. Huot

cc:    Counsel of Record (*via* ECF)