UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and others similarly situated,

Plaintiffs,

v.

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 671 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 4, 2025, the Court issued an order adopting the parties' proposed briefing schedule for anticipated motions to dismiss the operative complaint. (Dkt. No. 569 (the "Nov. 4 Order")). On February 4, 2026, the Court issued an Order granting Plaintiffs' Motion to Amend the Second Amended Complaint and ordered a schedule for the filing of, service of, and time to respond to the Third Amended Complaint (the "TAC"). (Dkt. No. 612). To clarify the deadlines to respond to the TAC to conform to the Nov. 4 Order, the Court ORDERS as follows:

(1) On or before **Monday, February 9, 2026**, Plaintiffs shall file the Proposed TAC on the public docket as the operative pleading.

(2) By **Wednesday, March 11, 2026**, Plaintiffs shall file proof of service of the TAC on the newly added defendants.

(3) By **Friday, April 10, 2026**, the parties shall file a proposed stipulation and order identifying the motions Defendants intend to file in response to the TAC, the number of briefs they intend to file, and the proposed page limits for the anticipated joint and individual moving, opposition, and reply briefs.

1

(4) By **Tuesday, June 9, 2026**, Defendants shall answer, move, or otherwise respond to the TAC.

(5) By **Wednesday, October 7, 2026**, Plaintiffs shall file their opposition to any of the motions identified above.

(6) By **Monday, December 7, 2026**, Defendants shall file their reply papers to any of the motions identified above.

Dated:    New York, New York
          February 5, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge