UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and
others similarly situated,

Plaintiffs,

v.

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 671 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' request at Dkt. No. 614.  The request is GRANTED and the dates with respect to the filing, service of, and response to the Third Amended Complaint ("TAC") are EXTENDED as follows:

(1) On or before **Wednesday, March 11, 2026**, Plaintiffs shall file the Proposed TAC on the public docket as the operative pleading.

(2) By **Friday, April 10, 2026**, Plaintiffs shall file proof of service of the TAC on the newly added defendants.

(3) By **Monday, May 11, 2026**, the parties shall file a proposed stipulation and order identifying the motions Defendants intend to file in response to the TAC, the number of briefs they intend to file, and the proposed page limits for the anticipated joint and individual moving, opposition, and reply briefs.

(4) By **Thursday, July 9, 2026**, Defendants shall answer, move, or otherwise respond to the TAC.

(5) By **Friday, November 6, 2026**, Plaintiffs shall file their opposition to any of the motions identified above.

1

(6) By **Wednesday, January 6, 2027**, Defendants shall file their reply papers to any of the

motions identified above.

Dated:          New York, New York
                February 6, 2026

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2