UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>CITY OF NEW YORK, et al.,<br><br>        Defendants. | Civil Case No.: 1:25-cv-00671-DEH-SLC |

**NOTICE OF SETTLEMENT**

Please be advised that Plaintiffs have reached a settlement in principle with Defendant Manhattan Beer Distributors LLC ("Manhattan Beer") to fully resolve, as to Manhattan Beer, all claims of the FLSA Collective and putative class members with respect to all shifts they worked at Manhattan Beer in New York City. The parties are working diligently to finalize the remaining terms of the Settlement and respectfully request that they be given sixty (60) days to submit the finalized Settlement to the Court for approval. Plaintiffs respectfully request that the Court adjourn all deadlines concerning Plaintiffs' claims against Manhattan Beer in the interim.

Dated: February 17, 2026

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
Innessa M. Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the FLSA Collective, and the Proposed Class*