UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>ALBERT PINEY, <u>et al.</u>,<br><br>                                 Plaintiffs,<br><br>   -v-<br><br><br>CITY OF NEW YORK <u>et al.</u>,<br><br>                                 Defendants.</td><td>CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)<br><br><u>**ORDER**</u></td></tr>
</table>

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the motion for approval of the settlement between Plaintiffs and Defendant Kering America's Inc. ("Kering").  (Dkt. No. 624 (the "MSA")).  Although Plaintiffs and Defendants Lepozzi Inc., Empire Force Inc., Asphalt Green, Inc., Brooklyn Institute of the Arts and Sciences, RBG Management Corp., and Primark previously consented to magistrate judge consideration of the motions to approve their settlement agreements (<u>see</u> Dkt. Nos. 518; 568), Plaintiffs and Kering have not consented to magistrate judge review of the MSA.  Accordingly, Plaintiffs and Kering are ORDERED, by **Tuesday, March 24, 2026**, to meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at:

https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Kering and file the form for the attention and signature of the Honorable Dale E. Ho.

Dated:      New York, New York
            March 17, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**