UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                        Plaintiffs,

    -v-                                              CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

                                                                    **ORDER**

CITY OF NEW YORK et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant Museum of Modern Art ("MoMA").  (Dkt. No. 638).  The request of Plaintiffs and MoMA for 30 days to finalize the motion for approval of their settlement agreement (the "MSA") is GRANTED. By **Friday, April 17, 2026,** the parties are ORDERED to:

1.  file the MSA, and

2.  meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at:

https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and MoMA and file the form for the attention and signature of the Honorable Dale E. Ho.

Dated:      New York, New York
            March 18, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**