UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                              Plaintiffs,

        -v-

                                                      CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

CITY OF NEW YORK et al.,                               **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discussion during the in-person Fairness Hearing held today, April 21, 2026, the Court ORDERS as follows:

1. Plaintiffs and Defendants RBG Management Corp., Brooklyn Institute of the Arts and Sciences, Lepozzi Inc., Empire Force Inc., and Asphalt Green, Inc. ("the Five Settling Defendants") shall re-execute the form consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf (the "Form"). The Form shall specify the parties' consent to Magistrate Judge review of the Motions for Final Settlement Approval at Dkt. Nos. 662, 656, 669, 675, and 681, and include the signatures of counsel for Plaintiffs and the Five Settling Defendants. The parties shall file the Form for the attention and signature of the Honorable Dale E. Ho.

2.  By **Friday, April 24, 2026**, Plaintiffs and the Five Settling Defendants shall order a copy of the transcript of the Fairness Hearing using the following link: https://www.sdreporters.com/.

Dated:      New York, New York
            April 21, 2026


            SO ORDERED.


            _____
            **SARAH L. CAVE**
            **United States Magistrate Judge**