UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                    Plaintiffs,

    -v-                                          CIVIL ACTION NO.: 25 Civ. 671 (DEH) (SLC)

CITY OF NEW YORK et al.,                                    **ORDER**

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' affidavits of service on the newly added Defendants. (Dkt. Nos. 693–775).  For clarification, the deadline for all Defendants, including the newly added Defendants, to answer, move, or otherwise respond to the Third Amended Complaint (Dkt. No. 631 ("TAC")) is **Thursday July 9, 2026**.  (Dkt. No. 615).  The newly added Defendants are referred to Dkt. No. 615 for other deadlines related to Defendants' responses to the TAC.

Dated:        New York, New York
              April 30, 2026

                                SO ORDERED.

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**