

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298


Lisa A. Schreter
(404) 760-3938
lschreter@littler.com

May 8, 2026

**VIA ECF**



Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    *Albert Piney, et al. v. City of New York, et al.*;**
**Case No. 1:25-cv-00671-DEH (SDNY)**

Dear Magistrate Judge Cave:

Defendant, The TJX Companies, Inc. ("TJX"), with Plaintiffs' consent, respectfully requests this Court to extend the deadline for the Parties to file the proposed stipulation and order requested by the Court's February 6, 2026 Scheduling Order (ECF No. 615) by seven days to May 18, 2026.

On February 6, 2026, the Court entered an Order requiring the Parties to "file a proposed stipulation and order identifying the motions Defendants intend to file in response to the [Third Amended Complaint], the number of briefs they intend to file, and the proposed page limits for the anticipated joint and individual moving, opposition, and reply briefs" by May 11, 2026. (ECF No. 615).

Certain Defendants, including TJX, and the Plaintiffs have exchanged several drafts of a proposed stipulation and held several meet-and-confer conferences on the same. Those Defendants and Plaintiffs, however, need additional time to finish their conferral on the proposed stipulation.

Thus, TJX, with Plaintiffs' consent, respectfully requests this Court to extend the deadline for the Parties to file the above-referenced proposed stipulation and order by seven days to May 18, 2026. This extension request will not prejudice any party, and TJX and Plaintiffs are not seeking to extend any other deadlines contained in the Court's February 6, 2026 Scheduling Order (ECF No. 615).

We thank the Court for its attention and consideration in this matter.

/s/ Lisa A. Schreter

littler.com

Magistrate Judge Sarah L. Cave
May 8, 2026
Page 2


Lisa A. Schreter

Cc:    All Counsel of Record (Via ECF)

The request at Dkt. No. 855 is GRANTED.  The deadline for ALL parties to file a proposed stipulation and order identifying the motions Defendants intend to file in response to the Third Amended Complaint, the number of briefs they intend to file, and the proposed page limits to the anticipated joint and individual moving, opposition, and reply briefs is EXTENDED to **Monday, May 18, 2026**.

The Clerk of the Court is respectfully directed to close Dkt. No. 855.

SO ORDERED   5/11/26

SARAH L. CAVE
United States Magistrate Judge