UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                Plaintiffs,

        v.

CITY OF NEW YORK, et al.,

                Defendants.

Case No. 25-cv-00671 (DEH) (SLC)

## DEFENDANT NEWSMAX MEDIA INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Newsmax Media Inc., by and through its undersigned counsel, Littler Mendelson P.C., states the following:

Newsmax Media, Inc. is a wholly owned subsidiary of Newsmax Inc., a publicly traded corporation listed on the New York Stock Exchange under the ticker symbol "NMAX." Newsmax Inc. has no parent corporation, and no publicly held corporation that owns 10% or more of its stock.

Dated: Melville, New York
       May 26, 2026

LITTLER MENDELSON P.C.


By:*/s/ Eli Freedberg*
    Eli Freedberg
    efreedberg@littler.com
    900 Third Avenue
    New York, NY  10022-3298
    Telephone: 212.583.2685
    Facsimile: 212.954.5011

*Attorneys for Defendant Newsmax Media, Inc.*

-2-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing were served on May 26, 2026

upon all counsel of record via CM/ECF.

Dated:  May 26, 2026

*/s/ Eli Freedberg*
Eli Freedberg
