UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT PINEY, *et al.*,

                Plaintiffs,

      v.

CITY OF NEW YORK, *et al.*,

                Defendants.

Case No. 1:25-cv-00671-DEH-SLC

---

## [~~PROPOSED~~]
## ORDER GRANTING WITHDRAWAL OF APPEARANCE

Before the Court is the motion of Kaveh Dabashi to withdrawal his appearance as counsel for Defendants Buena Vista Theatrical Group Ltd. d/b/a Disney Worldwide Services Inc. and Disney Entertainment LLC d/b/a American Broadcasting Company, in the above-captioned case. The Court has determined that the motion should be GRANTED.

IT IS HEREBY ORDERED that Kaveh Dabashi is withdrawn as counsel for Defendants Buena Vista Theatrical Group Ltd. d/b/a Disney Worldwide Services Inc. and Disney Entertainment LLC d/b/a American Broadcasting Company and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

IT IS SO ORDERED.   5/26/26

The Clerk of the Court is respectfully directed to close Dkt. No. 904.

Hon. Sarah L. Cave
United States Magistrate Judge