**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALBERT PINEY et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK et al.,<br><br>                    Defendants. | No. 1:25-cv-00671-DEH-SLC<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Michael C. Christman, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Macy's Retail Holdings, LLC in the above-captioned case. This Court has already granted me permission to practice Pro Hac Vice in this matter on behalf of Defendant Bloomingdale's, LLC [ECF 419]. I am a member in good standing of the bars of the states of Missouri, Texas, and California and there are no pending disciplinary proceedings against me.

Certificates of good standing from the supreme courts of Missouri, Texas, and California are attached as Exhibit 1.  The affidavit required by Local Rule 1.3 is attached as Exhibit 2.

Respectfully submitted,

Dated: May 27, 2026          By:          */s/ Michael C. Christman*
                                              Michael C. Christman
                                              MACY'S LAW DEPARTMENT
                                              11477 Olde Cabin Road, Suite 400
                                              St. Louis, MO 63141
                                              Telephone:     (314) 342-6334
                                              Fax:              (314) 342-6366
                                              E-Mail:          michael.christman@macys.com

1