**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ALBERT PINEY et al.,

                Plaintiffs,

v.

CITY OF NEW YORK et al.,

                Defendants.

No. 1:25-cv-00671-DEH-SLC

**ORDER GRANTING MOTION**
**OF MICHAEL C. CHRISTMAN TO**
**APPEAR PRO HAC VICE**

---

The motion of Michael C. Christman, Esq. for admission to practice Pro Hac Vice in the above-captioned case is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the states of Missouri, Texas, and California; and that his contact information is as follows:

> Michael C. Christman, Esq.
> Macy's Law Department
> 11477 Olde Cabin Road, Suite 400
> St. Louis, MO 63141
> Telephone:    (314) 342-6334
> Fax:           (314) 342-6366
> E-Mail:        michael.christman@macys.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Macy's Retail Holdings, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice as counsel in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: May 28, 2026

_____
Sarah L. Cave
United States Magistrate Judge

The Clerk of the Court is respectfully directed
to close Dkt. No. 911.