**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALBERT PINEY, et al., | Civil Case No.: 1:25-cv-00671 DEH-SLC |
| Plaintiffs, | |
| v. | **NOTICE OF FILING CONSENT TO JOIN FORMS** |
| CITY OF NEW YORK, et al., | |
| Defendants. | |

Plaintiffs, by and through their undersigned counsel, hereby submit four (4) "Consent to Join" forms, attached hereto as Exhibit 1, from the following opt-in plaintiffs:

Colon, Sualmin
Fischer, Robert
Isom-Jenkins, Jassiem

Dated: June 1, 2026

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
Innessa M. Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the FLSA Collective, and the Proposed Class*