UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., | |
| Plaintiffs, | |
| -v- | CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC) |
| | **ORDER** |
| CITY OF NEW YORK et al., | |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant MetLife Group, Inc. ("MetLife").  (Dkt. No. 915).  The request of Plaintiffs and MetLife for 30 days to finalize the motion for approval of their settlement agreement (the "MSA") is **GRANTED**.

By **July 2, 2026,** the parties are **ORDERED** to:

1.  File the MSA, and

2.  Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at:

    https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and MetLife

and file the form for the attention and signature of the Honorable Jesse M. Furman.

Dated:      New York, New York
            June 2, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2