UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al.,<br><br>                    Plaintiffs,<br><br>    -v-<br><br><br>CITY OF NEW YORK et al.,<br><br>                    Defendants. | CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant Bais

Yaakov Academy For Girls ("Bais Yaakov").  (Dkt. No. 919).  The request of Plaintiffs and Bais

Yaakov for 30 days to finalize the motion for approval of their settlement agreement (the "MSA")

is **GRANTED IN PART**.  By **July 2, 2026**,[1] the parties are **ORDERED** to:

1.  File the MSA, and

2.  Meet and confer and, if they agree that the undersigned may review the MSA,

    complete the form consenting to proceed before a US Magistrate Judge over a

    specific motion, available at:

    https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20

    Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20

    Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Bais

---

[1] The Court previously set a deadline of **July 2, 2026** for Plaintiffs and Defendant MetLife Group, Inc., along with Plaintiffs and Defendant Best Buy Co. Inc., to file their MSAs and consent forms.  (Dkt. Nos. 916; 918). In the interest of efficiency, and to put all three settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Bais Yaakov.

Yaakov and file the form for the attention and signature of the Honorable Jesse M.

Furman.

Dated:        New York, New York
              June 5, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2