IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CITY OF NEW YORK, et al.,<br><br>    *Defendants*. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The Jewish Museum hereby certifies as follows: The Jewish Museum is a New York 501(c)(3) nonprofit corporation, it does not have a corporate parent, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
    June 9, 2026

EPSTEIN BECKER & GREEN, P.C.

By:  __/s/ Jeffrey H. Ruzal_____
    Jeffrey H. Ruzal
    875 Third Avenue
    New York, New York 10022
    Tel: (212) 351-4500
    JRuzal@ebglaw.com

    *Attorneys for Defendant*
    *The Jewish Museum*