**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-00671-JMF-SLC |

## NOTICE OF APPEARANCE OF JAMES J. LA ROCCA

**PLEASE TAKE NOTICE** that James J. La Rocca, of the law firm Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant Brookfield Corporation in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: james.larocca@morganlewis.com.

DATED:    New York, New York
    June 10, 2026

Respectfully submitted,

By:    */s/ James J. La Rocca*
  James J. La Rocca
  MORGAN, LEWIS & BOCKIUS LLP
  101 Park Avenue
  New York, New York 10178
  Tel.: (212) 309-6000
  Fax: (212) 309-6001
  james.larocca@morganlewis.com

  *Attorneys for Defendant*
  *Brookfield Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served on June 10, 2026 upon all counsel of record via CM/ECF.


*/s/ James J. La Rocca*
James J. La Rocca