**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-00671-JMF-SLC |

**NOTICE OF APPEARANCE OF SHAWN PATRICK REGAN**

**PLEASE TAKE NOTICE** that Shawn Patrick Regan, of the law firm Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant Brookfield Corporation in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: shawn.regan@morganlewis.com.

DATED:      New York, New York
            June 10, 2026

Respectfully submitted,

By:  */s/ Shawn Patrick Regan*
     Shawn Patrick Regan
     MORGAN, LEWIS & BOCKIUS LLP
     101 Park Avenue
     New York, New York 10178
     Tel.: (212) 309-6000
     Fax: (212) 309-6001
     shawn.regan@morganlewis.com

     *Attorneys for Defendant*
     *Brookfield Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served on June 10, 2026 upon all counsel of record via CM/ECF.

*/s/ Shawn Patrick Regan*
Shawn Patrick Regan