**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-00671-JMF-SLC |

### NOTICE OF APPEARANCE OF CHRISTOPHER M. PARDO

**PLEASE TAKE NOTICE** that Christopher M. Pardo, of the law firm Morgan, Lewis &

Bockius LLP, hereby enters an appearance on behalf of Defendant Brookfield Corporation in the

above-captioned matter and requests that all Notices of Electronic Filing and other papers

required to be served in this action be served upon the undersigned at the following address:

christopher.pardo@morganlewis.com.

DATED:    New York, New York
          June 10, 2026

Respectfully submitted,

By:    */s/ Christopher M. Pardo*
       Christopher M. Pardo
       MORGAN, LEWIS & BOCKIUS LLP
       One Federal Street
       Boston, Massachusetts 02110
       Tel.: (617) 341-7727
       Fax: (617) 428-6490
       christopher.pardo@morganlewis.com

       *Attorneys for Defendant*
       *Brookfield Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing and all documents attached hereto were served on June 10, 2026 upon all counsel of record via CM/ECF.

*/s/ Christopher M. Pardo*
Christopher M. Pardo