**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALBERT PINEY, et al.,

                  Plaintiffs,

     v.                             Civil Action No. 1:25-cv-00671-JMF-SLC

CITY OF NEW YORK, et al.,

                  Defendants.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Brookfield Corporation ("Brookfield"), a non-governmental party, is a publicly traded company. Brookfield has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

DATED:    New York, New York       Respectfully submitted,
              June 10, 2026

                           By:  */s/ James J. La Rocca*
                                James J. La Rocca
                                MORGAN, LEWIS & BOCKIUS LLP
                                101 Park Avenue
                                New York, New York 10178
                                Tel.: (212) 309-6000
                                Fax: (212) 309-6001
                                james.larocca@morganlewis.com

                                *Attorneys for Defendant*
                                *Brookfield Corporation*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing and all documents attached

hereto were served on June 10, 2026 upon all counsel of record via CM/ECF.


*/s/ James J. La Rocca*
James J. La Rocca

2