UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., | |
| Plaintiffs, | |
| -v- | CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC) |
| CITY OF NEW YORK et al., | **ORDER** |
| Defendants. | |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant Mesivta Yeshiva Rabbi Chaim Berlin ("Mesivta").  (Dkt. No. 923).  The request of Plaintiffs and Mesivta for 30 days to finalize the motion for approval of their settlement agreement (the "MSA") is **GRANTED IN PART**.  By **July 2, 2026**,[1] the parties are **ORDERED** to:

1. File the MSA, and

2. Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at:

   https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Mesivta

---

[1] The Court previously set a deadline of **July 2, 2026** for Plaintiffs and Defendants MetLife Group, Inc., Best Buy Co. Inc., and Bais Yaakov Academy For Girls to file their MSAs and consent forms.  (Dkt. Nos. 916; 918; 920).  In the interest of efficiency, and to put all four settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Mesivta.

and file the form for the attention and signature of the Honorable Jesse M. Furman.

Dated:       New York, New York
             June 11, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**