IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and
others similarly situated,

        *Plaintiffs*,

     v.

CITY OF NEW YORK, et al.,

        *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

        **PLEASE TAKE NOTICE** that Adriana S. Kosovych of Epstein Becker & Green, P.C.

hereby enters an appearance as Counsel for Defendant The Brookdale Hospital Medical Center in

the above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or

other information relating to this matter should be addressed to the undersigned at the address

below.

June 12, 2026

        EPSTEIN BECKER & GREEN, P.C.

        By:   */s/ Adriana S. Kosovych*
            Adriana S. Kosovych
            875 Third Avenue
            New York, New York 10022
            Tel: (212) 351-4500
            AKosovych@ebglaw.com

            *Attorney for Defendant*
            *The Brookdale Hospital Medical Center*