IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and
others similarly situated,

   *Plaintiffs*,

  v.

CITY OF NEW YORK, et al.,

   *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

   **PLEASE TAKE NOTICE** that Adriana S. Kosovych of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant Burlington Coat Factory Warehouse Corporation in the above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

June 12, 2026

       EPSTEIN BECKER & GREEN, P.C.

      By:  */s/ Adriana S. Kosovych*
        Adriana S. Kosovych
        875 Third Avenue
        New York, NY  10022
        Tel: (212) 351-4500
        akosovych@ebglaw.com

        *Attorney for Defendant*
        *Burlington Coat Factory Warehouse*
        *Corporation*