IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and others similarly situated,

        *Plaintiffs*,

    v.

CITY OF NEW YORK, et al.,

        *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Adriana S. Kosovych of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant The New York and Presbyterian Hospital in the above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

June 12, 2026

          EPSTEIN BECKER & GREEN, P.C.

       By:   */s/ Adriana S. Kosovych*
           Adriana S. Kosovych
           875 Third Avenue
           New York, New York 10022
           Tel: (212) 351-4500
           AKosovych@ebglaw.com

           *Attorney for Defendant*
           *The New York and Presbyterian Hospital*