IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and
others similarly situated,

   *Plaintiffs*,

  v.

CITY OF NEW YORK, et al.,

   *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

   **PLEASE TAKE NOTICE** that Adriana S. Kosovych of Epstein Becker & Green, P.C.

hereby enters an appearance as Counsel for Defendant RCPI Landmark Properties, L.L.C. in the

above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or

other information relating to this matter should be addressed to the undersigned at the address

below.

June 12, 2026

       EPSTEIN BECKER & GREEN, P.C.

     By: */s/ Adriana S. Kosovych*_____
       Adriana S. Kosovych
       875 Third Avenue
       New York, New York 10022
       Tel: (212) 351-4500
       AKosovych@ebglaw.com

       *Attorney for Defendant*
       *RCPI Landmark Properties, L.L.C.*