IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and
others similarly situated,

       *Plaintiffs*,

    v.

CITY OF NEW YORK, et al.,

       *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that Adriana S. Kosovych of Epstein Becker & Green, P.C.
hereby enters an appearance as Counsel for Defendant St. Barnabas Hospital, Inc. in the above-
captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or other
information relating to this matter should be addressed to the undersigned at the address below.

June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:  __/s/ Adriana S. Kosovych_____
       Adriana S. Kosovych
       875 Third Avenue
       New York, New York 10022
       Tel: (212) 351-4500
       AKosovych@ebglaw.com

       *Attorney for Defendant*
       *St. Barnabas Hospital, Inc.*