IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>CITY OF NEW YORK, et al.,<br><br>      *Defendants*. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Adriana S. Kosovych of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant Vornado Office Management LLC in the above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

Dated: June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:  ___/s/ Adriana S. Kosovych_____
       Adriana S. Kosovych
       875 Third Avenue
       New York, New York 10022
       Tel: (212) 351-4500
       AKosovych@ebglaw.com

       *Attorney for Defendant*
       *Vornado Office Management LLC*