IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated,<br><br>     *Plaintiffs*,<br><br>     v.<br><br>CITY OF NEW YORK, et al.,<br><br>     *Defendants*. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Adriana S. Kosovych of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant RCPI Landmark Properties, L.L.C. in the above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:  ___/s/ Adriana S. Kosovych_____
     Adriana S. Kosovych
     875 Third Avenue
     New York, New York 10022
     Tel: (212) 351-4500
     AKosovych@ebglaw.com

     *Attorney for Defendant*
     *RCPI Landmark Properties, L.L.C.*