UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ALBERT PINEY et al.,

                     Plaintiff,

       -against-

CITY OF NEW YORK, et al.,

                    Defendants.

-----------------------------------------------------------X

Case No.: 25-cv-00671

**NOTICE OF CHANGE OF
ADDRESS**

TO THE CLERK OF THE COURT, ATTORNEY SERVICES CLERK, AND ALL PARTIES
OF RECORD:

        PLEASE TAKE NOTICE of the following attorney information change for:

ALISHA TALATI

New York State Bar Number: 6139547

FIRM INFORMATION

OLD FIRM NAME AND ADDRESS:     Lewis Brisbois Bisgaard & Smith, LLP
7 World Trade Center
250 Greenwich Street, 11th FL
New York, NY 10007
(212) 232-1200

NEW FIRM NAME AND ADDRESS:     Lewis Brisbois Bisgaard & Smith, LLP
140 Broadway, Suite 3100
New York, NY 10005
(212) 232-1200

 Ms. Talati will continue to be counsel of record on the above-entitled case at the new address.

Dated: New York, New York
       June 12, 2026

                          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                          By: _s/ Alisha Talati_____
                             Alisha Talati, Esq.
                             140 Broadway, Suite 3100
                             New York, NY 10005

177819545.1

(212) 232.1300
Alisha.Talati@lewisbrisbois.com
*Attorneys for Defendants, Animal Medical Center, Inc. a/k/a Schwarzman Animal Medical Center*

To:    Innessa M. Huot
FARUQI & FARUQI LLP
685 Third Avenue, 26th Floor
New York, NY 10017
*Attorneys for Plaintiff Eddie Charlery*
Tel: 212-983-9330
ihuot@faruqilaw.com

177819545.1