IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated,<br><br>       *Plaintiffs*,<br><br>     v.<br><br>CITY OF NEW YORK, et al.,<br><br>       *Defendants*. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Paul DeCamp of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant Burlington Coat Factory Warehouse Corporation in the above-captioned action. Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:   */s/ Paul DeCamp*_____
        Paul DeCamp
        1227 25th Street NW, Suite 700
        Washington, D.C. 20037
        Tel: (202) 861-1819
        pdecamp@ebglaw.com

        *Attorney for Defendant*
        *Burlington Coat Factory Warehouse*
        *Corporation*