IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and
others similarly situated,

   *Plaintiffs*,

  v.

CITY OF NEW YORK, et al.,

   *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

   **PLEASE TAKE NOTICE** that Paul DeCamp of Epstein Becker & Green, P.C. hereby

enters an appearance as Counsel for Defendant The New York and Presbyterian Hospital in the

above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or

other information relating to this matter should be addressed to the undersigned at the address

below.

June 12, 2026

       EPSTEIN BECKER & GREEN, P.C.

      By:  */s/ Paul DeCamp*_____
        Paul DeCamp
        1227 25th Street NW, Suite 700
        Washington, D.C. 20037
        Tel: (202) 861-1819
        pdecamp@ebglaw.com

        *Attorney for Defendant*
        *The New York and Presbyterian Hospital*