IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and others similarly situated,

        *Plaintiffs*,

      v.

CITY OF NEW YORK, et al.,

        *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Jeffrey H. Ruzal of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant RCPI Landmark Properties, L.L.C. in the above-captioned action. Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:   */s/ Jeffrey H. Ruzal*       
        Jeffrey H. Ruzal
        875 Third Avenue
        New York, New York 10022
        Tel: (212) 351-4500
        JRuzal@ebglaw.com

        *Attorney for Defendant*
        *RCPI Landmark Properties, L.L.C.*