IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> CITY OF NEW YORK, et al., <br><br> *Defendants*. | Case No.: 1:25-cv-00671-JMF-SLC <br><br> **NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that Christopher Coyne of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant Vornado Office Management LLC in the above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

Dated: June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:  ___*/s/ Christopher Coyne*_____
       Christopher Coyne
       875 Third Avenue
       New York, New York 10022
       Tel: (212) 351-4500
       CCoyne@ebglaw.com

       *Attorney for Defendant*
       *Vornado Office Management LLC*