IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and others similarly situated,

     *Plaintiffs*,

     v.

CITY OF NEW YORK, et al.,

     *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Victoria Sloan Lin of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant Vornado Office Management LLC in the above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

Dated: New York, New York
     June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:   */s/ Victoria Sloan Lin*
    Victoria Sloan Lin
    875 Third Avenue
    New York, New York 10022
    Tel: (212) 351-4500
    VSloan@ebglaw.com

    *Attorneys for Defendant*
    *Vornado Office Management LLC*