IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated,<br><br>       *Plaintiffs*,<br><br>    v.<br><br>CITY OF NEW YORK, et al.,<br><br>       *Defendants*. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, The Brookdale Hospital Medical Center, by its attorneys, identifies One Brooklyn Health Systems, Inc. as its parent corporation. No publicly held corporation owns 10% or more of the stock of The Brookdale Hospital Medical Center or One Brooklyn Health Systems, Inc.

Dated: June 12, 2026

.EPSTEIN BECKER & GREEN, P.C.

By:    */s/ Adriana S. Kosovych*
     Adriana S. Kosovych
875 Third Avenue
New York, New York 10022
Tel: 212.351.4500
Fax: 212 868.8600
akosovych@ebglaw.com

*Attorneys for The Brookdale Hospital Medical Center*

FIRM:67327280v2