IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated,<br><br>       *Plaintiffs*,<br><br>     v.<br><br>CITY OF NEW YORK, et al.,<br><br>       *Defendants*. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Burlington Coat Factory Warehouse Corporation, states as follows:

Burlington Coat Factory Warehouse Corporation is an indirect, wholly-owned subsidiary

of Burlington Stores, Inc., a publicly traded company.

Dated: June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:    */s/ Adriana S. Kosovych*
       Adriana S. Kosovych
875 Third Avenue
New York, New York 10022
Tel: 212.351.4500
Fax: 212 868.8600
akosovych@ebglaw.com

*Attorneys for Burlington Coat Factory*
*Warehouse Corporation*