IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated,<br><br>      *Plaintiffs*,<br><br>    v.<br><br>CITY OF NEW YORK, et al.,<br><br>      *Defendants*. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant The New York and Presbyterian Hospital, states that the Hospital is a New York not-for-profit corporation, that it does not have any publicly traded stock, and that it is engaged in providing healthcare services in New York City.

June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By: __/s/ Adriana S. Kosovych_____
      Adriana S. Kosovych
      875 Third Avenue
      New York, New York 10022
      Tel: (212) 351-4500
      AKosovych@ebglaw.com

      *Attorneys for Defendant*
      *The New York and Presbyterian Hospital*