IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>CITY OF NEW YORK, et al.,<br><br>   *Defendants*. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

RCPI Landmark Properties, L.L.C., states as follows:

RCPI Landmark Properties, L.L.C. identifies RCPI Holdco, L.L.C. as its parent company.

There are no publicly held corporations that own 10% or more of RCPI Holdco, L.L.C.'s

stock.

Dated: June 12, 2026

        EPSTEIN BECKER & GREEN, P.C.

        By:  */s/ Adriana S. Kosovych*
         Adriana S. Kosovych
        875 Third Avenue
        New York, New York 10022
        Tel: 212.351.4500
        Fax: 212 868.8600
        akosovych@ebglaw.com

        *Attorneys for RCPI Landmark Properties, L.L.C.*