IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and others similarly situated,

     *Plaintiffs*,

     v.

CITY OF NEW YORK, et al.,

     *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for St. Barnabas Hospital, Inc. states as follows:

St. Barnabas Hospital, Inc. is a New York not-for-profit corporation organized and existing under the Laws of the State of New York, with a principal place of business in Bronx County, New York. St. Barnabas Hospital, Inc. has no publicly held corporate parents, affiliates, and/or subsidiaries.

Dated: June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:    */s/ Adriana S. Kosovych*
     Adriana S. Kosovych
875 Third Avenue
New York, New York 10022
Tel: 212.351.4500
Fax: 212 868.8600
akosovych@ebglaw.com

*Attorneys for St. Barnabas Hospital, Inc.*