IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and others similarly situated,

        *Plaintiffs*,

    v.

CITY OF NEW YORK, et al.,

        *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Vornado Office Management LLC, states as follows:

Vornado Office Management LLC is a wholly owned subsidiary of Vornado Realty L.P.

Vornado Realty L.P. is a subsidiary of Vornado Realty Trust, a publicly traded company.

Vanguard Group, Inc. and Blackrock Inc. each own 10% or more of Vornado Realty Trust stock.

Dated: New York, New York
       June 12, 2026

EPSTEIN BECKER & GREEN, P.C.

By:    */s/ Victoria Sloan Lin*
      Victoria Sloan Lin
875 Third Avenue
New York, New York 10022
Tel: 212.351.4500
Fax: 212 868.8600
VSloan@ebglaw.com

*Attorneys for Defendant*
*Vornado Office Management LLC*