IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al., on behalf of themselves and others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>CITY OF NEW YORK, et al.,<br><br>   *Defendants*. | Case No.: 1:25-cv-00671-DEH-SLC<br><br>**AMENDED NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that Jeffrey H. Ruzal of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant 509 W34, L.L.C. ("incorrectly sued as Tishman Speyer Associates Limited Partnership d/b/a 509 W 34") in the above-captioned action. Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

March 25, 2025

          EPSTEIN BECKER & GREEN, P.C.

        By:  */s/ Jeffrey H. Ruzal*
           Jeffrey H. Ruzal
           875 Third Avenue
           New York, New York 10022
           Tel: (212) 351-4500
           JRuzal@ebglaw.com

           *Attorney for Defendant*
           *509 W34, L.L.C.*