

NEW YORK        CALIFORNIA        GEORGIA        PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

June 15, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

     Re:    *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-JMF-SLC

Dear Judge Cave:

    We represent Plaintiffs and respectfully request preliminary approval of five settlements entered into with Defendants: (1) FedEx Corporation and Federal Express Corporation (together, "FedEx"), (2) Museum of Jewish Heritage A Living Memorial to the Holocaust (the "Jewish Heritage Museum"), (3) Bais Yaakov Academy for Girls ("Bais Yaakov Academy"), (4) Mesivta Yeshiva Rabbi Chaim Berlin ("Mesivta"), and (5) St. Thomas Church Fifth Avenue ("St. Thomas Church").

    Each of these five Settlements represent a ***remarkable 65% recovery*** of the entirety of each Class's potential wage damages. Below is a summary of the key aspects of each of the five Settlements.

### FedEx Settlement
- Settlement of $164,595.30.
- Attorneys' fees requested are $54,865.10.
- Costs capped at $5,000.00.
- Service Payments total $7,500.00.[1]
- Administrator's Fee of $1,500.00 is paid separately by Defendant, thereby not decreasing the Net Allocation Fund.
- Settlement Class includes all current and former NYPD Officers, Detectives, Sergeants, Lieutenants, Captains, and Inspectors who performed work for FedEx through the PDP at any time from January 23, 2019 through August 30, 2024, and who do not opt out of the Settlement.

### Jewish Heritage Museum Settlement
- Settlement of $219,847.44.
- Attorneys' fees requested are $73,282.48.
- Costs capped at $5,000.00.

---

[1] FedEx Service Payments are $2,500.00 to each of Plaintiffs Devon Dawkins ("Dawkins"), Tamara Lauzier ("Lauzier"), and Michael Miron ("Miron").



- Service Payments total $8,000.00.[2]
- Administrator's Fee of $3,000.00 is paid separately by Defendant, thereby not decreasing the Net Allocation Fund.
- Settlement Class includes all current and former NYPD Officers, Detectives, Sergeants, Lieutenants, Captains, and Inspectors who performed work for the Jewish Heritage Museum through the PDP at any time from January 23, 2019 through May 29, 2025, and who do not opt out of the Settlement.

**Bais Yaakov Academy Settlement**
- Settlement of $14,117.21.
- Attorneys' fees requested are $4,705.74.
- Costs capped at $500.00.
- Service Payments total $1,500.00.[3]
  Administrator's Fee of $280.00 is paid separately by Defendant, thereby not decreasing the Net Allocation Fund.
- Settlement Class includes all current and former NYPD Officers, Detectives, Sergeants, Lieutenants, Captains, and Inspectors who performed work for Bais Yaakov Academy through the PDP at any time from January 23, 2019 through May 31, 2024, and who do not opt out of the Settlement.

**Mesivta Settlement**
- Settlement of $24,237.69.
- Attorneys' fees requested are $8,079.23.
- Costs capped at $500.00.
- Service Payments total $1,500.00.[4]
- Administrator's Fee of $500.00 is paid separately by Defendant, thereby not decreasing the Net Allocation Fund.
- Settlement Class includes all current and former NYPD Officers, Detectives, Sergeants, Lieutenants, Captains, and Inspectors who performed work for Mesivta through the PDP at any time from January 23, 2019 through May 8, 2026, and who do not opt out of the Settlement.

**St. Thomas Church Settlement**
- Settlement of $15,000.00.
- Attorneys' fees requested are $5,000.00.
- Costs capped at $500.00.
- Service Payments total $1,000.00.[5]
- Administrator's Fee of $200.00 is paid separately by Defendant, thereby not

---

[2] Jewish Heritage Museum Service Payments are $2,000.00 to each of Plaintiffs Randy Chow ("Chow"), Desmond Grant ("Grant"), Jose Martinez ("Martinez"), and Sudan Osorio ("Osorio").

[3] Bais Yaakov Academy Service Payments are $500.00 to each of Plaintiffs Sophia Daly, Miron and Osorio.

[4] Mesivta Service Payments are $500.00 to each of Plaintiffs Chow, Lauzier, and Jason Mansour.

[5] St. Thomas Church Service Payment is $1,000.00 to Plaintiff Chow.



decreasing the Net Allocation Fund.
- Settlement Class includes all current and former NYPD Officers, Detectives, Sergeants, Lieutenants, Captains, and Inspectors who performed work for St. Thomas Church through the PDP at any time from January 23, 2019 through December 29, 2024, and who do not opt out of the Settlement.

Filed in support of this motion is the Declaration of Innessa M. Huot and attached exhibits as follows:

Exhibit 1 – FedEx Settlement Agreement
Exhibit 2 – FedEx Settlement Notice and Claim Form
Exhibit 3 – FedEx Proposed Order
Exhibit 4 – Jewish Heritage Museum Settlement Agreement
Exhibit 5 – Jewish Heritage Museum Settlement Notice and Claim Form
Exhibit 6 – Jewish Heritage Museum Proposed Order
Exhibit 7 – Bais Yaakov Academy Settlement Agreement
Exhibit 8 – Bais Yaakov Academy Settlement Notice and Claim Form
Exhibit 9 – Bais Yaakov Academy Proposed Order
Exhibit 10 – Mesivta Settlement Agreement
Exhibit 11 – Mesivta Settlement Notice and Claim Form
Exhibit 12 – Mesivta Proposed Order
Exhibit 13 – St. Thomas Church Settlement Agreement
Exhibit 14 – St. Thomas Church Settlement Notice and Claim Form
Exhibit 15 – St. Thomas Church Proposed Order
Exhibit 16 – FedEx Notice, Consent and Reference of a Dispositive Motion to a Magistrate Judge form
Exhibit 17 – Jewish Heritage Museum Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form
Exhibit 18 – Bais Yaakov Academy Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form
Exhibit 19 – Mesivta Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form
Exhibit 20 – St. Thomas Church Notice, Consent, and Reference of a Dispositive Motion to a Magistrate Judge form

For a detailed recitation of case law applicable to the Court's analysis at the preliminary approval stage, Plaintiffs respectfully refer the Court to the numerous preliminary approval briefs filed in this action, most recently on April 17, 2026, in connection with Plaintiffs' settlement with Manhattan Beer. *See* ECF No. 781.[6]

---

[6] Plaintiffs respectfully request an opportunity to submit any additional briefing or information that the Court deems necessary to its evaluation of these Settlements.



We thank the Court for its time and attention to this matter.

Respectfully submitted,

Innessa M. Huot

cc:      Counsel of Record (*via* ECF)