UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALBERT PINEY, *et al.*,

                        Plaintiffs,                    Docket No.:  1:25-cv-00671
                                                           (JMF)(SLC)

       -against-

CITY OF NEW YORK, *et al.*,

                        Defendants.
-------------------------------------------------------------------X

## **NOTICE OF APPEARANCE**

Please enter my appearance as counsel for Defendant, CENTURY 21 USA, LLC, in the

above-titled action.

Dated:        Uniondale, New York
               June 15, 2026

                              RIVKIN RADLER LLP

                 By:    /s/ *Barry I Levy*

                         Barry I. Levy, Esq.
                         926 RXR Plaza
                         Uniondale, New York 11556-0926
                         RR File No.    005385.00061
                         Telephone:    (516) 357-3000
                         Facsimile:    (516) 357-3333

4906-5161-3109, v. 1