UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALBERT PINEY, *et al.*,

                            Plaintiffs,                      Docket No.:  1:25-cv-00671
                                                                   (JMF)(SLC)
       -against-

CITY OF NEW YORK, *et al.*,

                            Defendants.
------------------------------------------------------------------X

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for Defendant, CENTURY 21 USA, LLC, in the

above-titled action.

Dated:          Uniondale, New York
                 June 15, 2026

                               RIVKIN RADLER LLP

                      By:     /s/ *Kenneth A. Novikoff*
                               Kenneth A. Novikoff, Esq.
                               926 RXR Plaza
                               Uniondale, New York 11556-0926
                               RR File No.    005385.00061
                               Telephone:    (516) 357-3000
                               Facsimile:     (516) 357-3333

4923-1485-1253, v. 1