UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                             Plaintiffs,

        -v-                                        CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

                                                                    **ORDER**

CITY OF NEW YORK et al.,

                             Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant

Queens Jewish Center and Talmud Torah ("Queens Jewish Center").  (Dkt. No. 956).  The request

of Plaintiffs and Queens Jewish Center for 30 days to finalize the motion for approval of their

settlement agreement (the "MSA") is **GRANTED IN PART**.  By **July 2, 2026**,[1] the parties are

**ORDERED** to:

1.  File the MSA, and

2.  Meet and confer and, if they agree that the undersigned may review the MSA,

    complete the form consenting to proceed before a US Magistrate Judge over a

    specific motion, available at:

    https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20

    Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20

---

[1] The Court previously set a deadline of **July 2, 2026** for Plaintiffs and Defendants MetLife Group, Inc., Best Buy Co. Inc., Bais Yaakov Academy For Girls, Mesivta Yeshiva Rabbi Chaim Berlin, and St. Thomas Church Fifth Avenue to file their MSAs and consent forms.  (Dkt. Nos. 916; 918; 920; 929; 931).  In the interest of efficiency, and to put all six settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Queens Jewish Center.

Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Queens

Jewish Center and file the form for the attention and signature of the Honorable Jesse

M. Furman.

Dated:      New York, New York
            June 16, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**

2