

EPSTEIN
BECKER
GREEN

Attorneys at Law

Adriana S. Kosovych
t  212-351-4527
f  212-878-8600
AKosovych@ebglaw.com

June 17, 2026

**Via ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New Yor, NY 10007-1312

Re:    ***Piney v. City of New York,* et al., 25-Civ-00671 (JMF) (SLC)**

Dear Judge Cave:

We represent Defendants Burlington Coat Factory Warehouse Corporation, The New York and Presbyterian Hospital, RCPI Landmark Properties, L.L.C, 509 W34, L.L.C., The Brookdale Hospital Medical Center, St. Barnabas Hospital, Inc., and Vornado Office Management LLC, (collectively, "EBG Defendants"), among other defendants.  We write to respectfully bring to the Court's attention certain corrections that EBG Defendants believe are necessary on the Court's docket.  We have conferred with counsel for Plaintiffs and they consent to the below requests.

**Termination of Incorrectly Named Defendant Entities Who Are No Longer Named in the Operative Third Amended Complaint**

The Second Amended Complaint incorrectly identified certain EBG Defendants as follows:

1. Burlington Stores, Inc.
2. NewYork-Presbyterian Healthcare System IPA, LLC
3. SBH Health System
4. Vornado Realty Trust
5. Brookdale Hospital Medical Center
6. RCPI Landmark Properties L.L.C.

EBG entered appearances noting the correct entity and/or name for each of them.  *See* Dkt. 118, Dkt. 303 (indicating correct entity and name Burlington Coat Factory Warehouse Corporation); Dkt. 121, Dkt. 306 (indicating correct entity and name The New York and Presbyterian Hospital);

Hon. Sarah L. Cave
June 17, 2026
Page 2

Dkt. 316 (indicating correct entity and name St. Barnabas Hospital, Inc.); Dkt. 367, Dkt. 368 (indicating correct name The Brookdale Hospital Medical Center)[1]; Dkt. 124, Dkt. 151 (indicating correct name RCPI Landmark Properties, L.L.C.); and Dkt. 361, Dkt. 362, Dkt. 363 (indicating correct name Vornado Office Management LLC).

Plaintiffs subsequently filed the Third Amended Complaint (Dkt. 631), which is now the operative pleading.  In the Third Amended Complaint, Plaintiffs removed the incorrectly named defendants and replaced them as follows:

| Former Named Defendant Entity in SAC | Current Named Defendant Entity in TAC |
|---|---|
| Brookdale Hospital Medical Center | The Brookdale Hospital Medical Center |
| NewYork-Presbyterian Healthcare System IPA, LLC | The New York and Presbyterian Hospital |
| Burlington Stores, Inc. | Burlington Coat Factory Warehouse Corporation |
| SBH Health System | St. Barnabas Hospital, Inc. |
| Vornado Realty Trust | Vornado Office Management LLC d/b/a Penn District |
| RCPI Landmark Properties L.L.C. | RCPI Landmark Properties, L.L.C. d/b/a Rockefeller Center |

The entities that were previously named in the Second Amended Complaint—Burlington Stores, Inc., NewYork-Presbyterian Healthcare System IPA, LLC, SBH Health System, Vornado Realty Trust, Brookdale Hospital Medical Center, and RCPI Landmark Properties L.L.C.—do not appear anywhere in the Third Amended Complaint.  EBG has filed new Notices of Appearance and Rule 7.1 Corporate Disclosure Statements for the updated EBG Defendants named in the Third Amended Complaint.

Accordingly, we respectfully request that the Court dismiss the incorrectly-named entities that are no longer named defendants and direct the Clerk to mark them terminated on the docket. Plaintiffs consent to this request.

**EBG Appearances for 509 W34, L.L.C. and Tishman Speyer Associates Limited Partnership**

In the Second Amended Complaint, Plaintiffs named "Tishman Speyer Associates Limited Partnership d/b/a 509 W 34, LLC" as one of the defendants.  EBG filed Amended Notices of Appearance for "509 W34, L.L.C. (incorrectly sued as 'Tishman Speyer Associates Limited Partnership and previously identified as Tishman Speyer Properties, L.L.C.')".  *See* Dkts. 289, 290.  In the Third Amended Complaint, Plaintiffs named two separate defendants: "509 W34, L.L.C. d/b/a

---

[1]    Although Paul DeCamp's Notice of Appearance was filed on April 10, 2025 at Dkt. 368, the docket does not list him as counsel for Brookdale Hospital Medical Center.

Hon. Sarah L. Cave
June 17, 2026
Page 3

The Spiral" and "Tishman Speyer Associates Limited Partnership d/b/a LIC Site B-1 d/b/a The Spiral and d/b/a Rockefeller Center." We have re-filed Notices of Appearance for 59 W34, L.L.C. (*see* Dkts. 954, 955) and Tishman Speyer Associates Limited Partnership (*see* Dkts. 846, 848).

As a result of Plaintiffs' changes from the Second to the Third Amended Complaint, "Tishman Speyer Associates Limited Partnership d/b/a 509 W 34, LLC" is no longer a named defendant. Therefore, we respectfully request that the Court direct the Clerk to dismiss that entity, mark it terminated on the docket, and terminate the associated appearances at filed Docket Nos. 289 and 290.

Very truly yours,

*/s/ Adriana S. Kosovych*

Adriana S. Kosovych