**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALBERT PINEY, et al., | Civil Case No.: 1:25-cv-00671-JMF-SLC |
| Plaintiffs, | |
| v. | |
| CITY OF NEW YORK, et al., | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

Please be advised that Plaintiffs have reached a settlement in principle with Defendant Rego Park Jewish Center ("Rego Park") to fully resolve, as to Rego Park, all claims of the FLSA Collective and putative class members with respect to paid detail shifts they worked for Rego Park in New York City. The parties are working diligently to finalize the remaining terms of the Settlement and respectfully request that they be given thirty (30) days to submit the finalized Settlement to the Court for approval. The parties respectfully request that the Court adjourn all deadlines concerning Plaintiffs' claims against Rego Park in the interim.

Dated: June 18, 2026

**FARUQI & FARUQI, LLP**

By: */s/ Innessa M. Huot*
Innessa M. Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the FLSA Collective, and the Proposed Class*