UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
ALBERT PITNEY, ET AL.,

                            Plaintiffs,

                -against-

CITY OF NEW YORK, ET AL.,

                            Defendants.
----------------------------------------------------------------------------X

Case No.: 1:25-cv-00671-DEH-SLC

**NOTICE OF APPEARANCE**

To the Clerk of Court and All Parties:

Please enter my appearance as counsel in this case for Defendant **BREEZY POINT**

**CONDOMINIUM, INC.**  I certify that I am admitted to practice in this Court.

Dated: Garden City, New York
        June 18, 2026

                Yours, etc.,

                KAUFMAN BORGEEST & RYAN LLP

                By: _____
                    Cara O'Sullivan
                    1205 Franklin Ave
                    Garden City, NY 11530
                    Direct: 516.248.6000
                    Facsimile: 516-248-0677
                    Email: cosullivan@kbrlaw.com
                    *Attorneys for Defendant* - **BREEZY POINT**
                    **CONDOMINIUM, INC.**

**TO:**
Innessa M. Huot
Faruqi & Faruqi, LLP
685 Third Avenue, 26th Floor
New York, NY 10017