UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

ALBERT PINEY, *et al.*,                                     Case No.: 25-cv-00671 (JMF)(SLC)


                                        Plaintiffs,


CITY OF NEW YORK, *et al.*,


                                        Defendants.
-------------------------------------------------------------------------X

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Rule 1.4(b) of the Local Rules of the U.S. District Court for the Southern District of New York, the undersigned attorney, Matthew A. Brown, moves for an order permitting his withdrawal as counsel for Defendant Plaza Motors LLC ("Plaza Motors") in the above-captioned matter due to his departure from Milman Labuda Law Group PLLC on June 26, 2026.

Withdrawal of Mr. Brown as counsel will not prejudice any party and he is not asserting any retaining or charging liens. Jamie S. Felsen of Milman Labuda Law Group PLLC will remain as counsel and will continue to represent Plaza Motors in this matter.

WHEREFORE, the undersigned respectfully requests an order permitting the withdrawal of his appearance in this case.

Dated: June 18, 2026                    **MILMAN LABUDA LAW GROUP PLLC**

                                        By: /s/ Matthew A. Brown
                                        Matthew A. Brown, Esq.
                                        3000 Marcus Ave., Suite 3W8
                                        Lake Success, NY 11042
                                        matt@mllaborlaw.com
                                        Tel: (516) 328-8899
                                        Fax: (516) 328-0082