AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN                    **District of**    NEW YORK

Albert Piney, et al.

                    Plaintiff (s),

      V.

City of New York, et al.

               Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:    1:25-cv-00671-DEH-SLC

Notice is hereby given that, subject to approval by the court,    Manhattan High School for Girls    substitutes
(Party (s) Name)

John J. Byrnes, Esq., Milber Makris Plousadis & Seiden, LLP  , State Bar No.    5471016    as counsel of record in

place of    Jeffrey Ephraim Glatt, Esq.,  McGrail & Bensinger, LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Milber Makris Plousadis & Seiden, LLP

Address:    1000 Woodbury Road, Suite 402, Woodbury, New York 11797

Telephone:    (516) 712-4000    Facsimile

E-Mail (Optional):    JByrnes@milbermakris.com

I consent to the above substitution.

Date:    Jun 18 2020

                                      (Signature of Party (s))

I consent to being substituted.

Date:    6/18/2026

        /s/ Jeffrey Ephraim Glatt

                               (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    6/18/2026

                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                            Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**