AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN _____ **District of** _____ NEW YORK _____

Albert Piney, et al.

                    Plaintiff (s),

              V.

City of New York, et al.

                    Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:25-cv-00671-DEH-SLC _____

Notice is hereby given that, subject to approval by the court, _____ Manhattan High School for Girls _____ substitutes
                                                                          (Party (s) Name)

John J. Byrnes, Esq., Milber Makris Plousadis & Seiden, LLP , State Bar No. _____ 5471016 _____ as counsel of record in

place of _____ Jeffrey Ephraim Glatt, Esq.,  McGrail & Bensinger, LLP _____
                          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name:       Milber Makris Plousadis & Seiden, LLP
   Address:         1000 Woodbury Road, Suite 402, Woodbury, New York 11797
   Telephone:       (516) 712-4000         Facsimile _____
   E-Mail (Optional): JByrnes@milbermakris.com

I consent to the above substitution.

Date: _____ Jun 18 2020 _____

_____ /s/ _____
                                    (Signature of Party (s))

I consent to being substituted.

Date:   6/18/2026

/s/ Jeffrey Ephraim Glatt
                                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:   6/18/2026

_____
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                          _____
                                         Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

The substitution of counsel at Dkt. No. 967 is **APPROVED**.  The Clerk of
Court is respectfully directed to replace Jeffrey Ephraim Glatt, Esq. with
John J. Byrnes, Esq. as counsel of record for Defendant Manhattan High
School for Girls.

SO ORDERED.   June 22, 2026
                                    SARAH L. CAVE
                                    United States Magistrate Judge