UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ALBERT PINEY, *et al.*,                                    Case No.: 25-cv-00671 (JMF)(SLC)


                                   Plaintiffs,


CITY OF NEW YORK, *et al.*,


                                   Defendants.
------------------------------------------------------------------------X

## ~~[PROPOSED]~~
## ORDER GRANTING WITHDRAWAL OF APPEARANCE

Before the Court is the motion of Matthew A. Brown to withdrawal his appearance as counsel for Defendant Plaza Motors LLC, in the above-captioned case. The Court has determined that the motion should be GRANTED.

IT IS HEREBY ORDERED that Matthew A. Brown is withdrawn as counsel for Defendant Plaza Motors LLC and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned matter.

The Clerk of Court is respectfully directed to close Dkt. No. 965.


                        SO ORDERED.     June 22, 2026

                        _____
                        Hon. Sarah L. Cave
                        United States Magistrate Judge