**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ALBERT PINEY, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 25-cv-00671-DEH-SLC |
| | ) | |
| CITY OF NEW YORK, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Seth D. Kaufman of the law firm Fisher & Phillips LLP,

7 Times Square, Suite 4300, New York, New York 10036, hereby enters his appearance as counsel

for Defendant LEVY PREMIUM FOODSERVICE LIMITED PARTNERSHIP, in the above-

captioned matter.

Dated: New York, New York
      June 23, 2026

**FISHER & PHILLIPS LLP**

By:    *s/ Seth D. Kaufman*
       Seth D. Kaufman
       Times Square Tower
       7 Times Square, Suite 4300
       New York, New York 10036
       Tel.: (212) 899-9975
       Fax: (212) 956-1971
       skaufman@fisherphillips.com

       *Attorneys for Defendant Levy*
       *Premium Foodservice Limited*
       *Partnership*

1

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on June 23, 2026, a true and correct copy of the foregoing Notice of Appearance was served by electronic case filing on all parties of record in this action.

*s/ Seth D. Kaufman*
Seth D. Kaufman