UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                              Plaintiffs,

        -v-

CITY OF NEW YORK et al.,

                              Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiffs' motion for preliminary approval of three settlements entered into with Defendants (i) Trinity Tabernacle d/b/a Trinity Tabernacle of Gravesend ("Trinity Tabernacle), (ii) Queens Yeshiva Ketana, Inc. ("Queens Yeshiva"), and (iii) The Museum of Modern Art ("MoMA").  (Dkt. No. 905–06 (the "MSA")).  In the MSA, however, while Plaintiffs state that "[h]undreds of Officers working for these Defendants have affirmatively filed consent to join forms to be included in the case as opt-in plaintiffs," (Dkt. No. 906 at 5 ¶ 11), Plaintiffs do not identify the number of members in each of the settlement classes, information that the Court requires to determine whether the numerosity requirement under Federal Rule of Civil Procedure 23(a) is satisfied.  See Piney v. City of New York, 25 Civ. 671 (DEH) (SLC), 2026 WL 937059, at *7 (S.D.N.Y. Apr. 7, 2026).

By **June 30, 2026**, Plaintiffs shall file a supplemental declaration in further support of the MSA setting forth the estimated number of members in each class under each of the three

settlement agreements.

Dated:      New York, New York
            June 25, 2026                      SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2