

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

June 25, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

      Re:    *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-JMF-SLC

Dear Judge Cave:

    We represent Plaintiffs and write in response to the Court's Order dated June 25, 2026, requesting information about the number of class members in each of the three settlements: (1) Trinity Tabernacle; (2) Queens Yeshiva; and (3) MoMA. ECF No. 982. Specifically, Your Honor stated that "Plaintiffs do not identify the number of members in each of the settlement classes, information that the Court requires to determine whether the numerosity requirement under Federal Rule of Civil Procedure 23(a) is satisfied." *Id.*

    Plaintiffs respectfully refer the Court to paragraph 8 of the Declaration of Innessa M. Huot, previously filed in support of Plaintiffs' motion for preliminary approval of the above-referenced settlements. ECF No. 906 ¶ 8 ("Among these private businesses are Trinity Tabernacle, Queens Yeshiva Ketana, and MoMA, who Plaintiffs allege engaged in a common policy and practice of denying 25, 35, and 1,194 Officers, respectively, timely payment of wages in violation of the FLSA and NYLL.").

    As noted in the above-referenced declaration, the number of members for each of the Settlement Classes are as follows:

- Trinity Tabernacle = 25 settlement class members.
- Queens Yeshiva = 35 settlement class members.
- MoMA = 1,194 settlement class members.

    Plaintiffs apologize that this critical information was not prominently presented in the declaration. Plaintiffs will ensure this information is explicitly clear in their subsequent filings.

    We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                Innessa M. Huot

cc:    Counsel of Record (*via* ECF)