AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| ALBERT PINEY, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00671-DEH-SLC |
| CITY OF NEW YORK, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Buena Vista Theatrical Group Ltd. d/b/a Disney Worldwide Services Inc. and Disney Entertainment LLC d/b/a American Broadcasting Company                                                                                              .

Date:    06/26/2026

*Allison Talker*
*Attorney's signature*

Allison Talker
*Printed name and bar number*

Paul Hastings LLP
200 Park Avenue
New York, NY 10166

*Address*

allisonbeseda@paulhastings.com
*E-mail address*

(212) 318-6000
*Telephone number*

(212) 319-4090
*FAX number*