

NEW YORK        CALIFORNIA        GEORGIA        PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

June 26, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

      Re:    *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-JMF-SLC

Dear Judge Cave:

    We represent Plaintiffs and write jointly with Defendant Best Buy Co. Inc. to respectfully request a twenty-one (21) day extension of the deadline to submit settlement papers to the Court for review, from July 2, 2026 to July 23, 2026. *See* ECF No. 918.

    The parties are working diligently and cooperatively to finalize the terms of their settlement and anticipate coming to a finalized agreement in the next few weeks. As such, the parties respectfully request that they be given until July 23, 2026, to file all settlement papers for the Court's review. This is the parties' first request for an extension of this deadline.

    We thank the Court for its time and attention to this matter and are available at the Court's convenience.

                Respectfully submitted,

                Innessa M. Huot

cc:    Counsel of Record (*via* ECF)