

**FARUQI & FARUQI**

NEW YORK      CALIFORNIA      GEORGIA      PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

June 26, 2026

**<u>VIA ECF</u>**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

      Re:     <u>*Piney, et al. v. City of New York, et al.*</u>, No. 1:25-cv-00671-JMF-SLC

Dear Judge Cave:

      We represent Plaintiffs and write jointly with Defendant Queens Jewish Center and Talmud Torah to respectfully request a twenty-one (21) day extension of the deadline to submit settlement papers to the Court for review, from July 2, 2026 to July 23, 2026. *See* ECF No. 961.

      The parties are working diligently and cooperatively to finalize the terms of their settlement. However, counsel for Defendant will be out of the office for previously scheduled travel plans which results in the parties needing additional time to finalize the settlement.

      As such, the parties respectfully request that they be given until July 23, 2026, to file all settlement papers for the Court's review. This is the parties' first request for an extension of this deadline.

      We thank the Court for its time and attention to this matter and are available at the Court's convenience.

            Respectfully submitted,

            Innessa M. Huot

cc:     Counsel of Record (*via* ECF)