

NEW YORK        CALIFORNIA        GEORGIA        PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

June 26, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

     Re:    *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-JMF-SLC

Dear Judge Cave:

    We represent Plaintiffs and write to respectfully request a 60-day extension of time for Plaintiffs to file their motion for settlement approval with Defendant Target Corporation from June 29, 2026 to August 28, 2026. *See* ECF No. 809.

    As previously relayed to the Court on April 24, 2026 (ECF No. 808), Plaintiffs required additional time to review the voluminous materials then produced by the City Defendants, which were critical to finalizing the settlement. Plaintiffs have since completed that review, and the parties have made substantial progress while working diligently and cooperatively to finalize the terms of the settlement. Although the parties have reached agreement on the majority of terms, they continue to negotiate certain remaining issues.

    Accordingly, Plaintiffs respectfully request that they be given until August 28, 2026, to file all settlement papers for the Court's review. This is Plaintiffs' fourth request for an extension of this deadline.

    We thank the Court for its time and attention to this matter and are available at the Court's convenience.

             Respectfully submitted,

             Innessa M. Huot

cc:    Counsel of Record (*via* ECF)