# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated, | Civil Action No.: 1: 25-cv-00671 |
| Plaintiffs, | **CONSENT TO JOIN** |
| v. | |
| CITY OF NEW YORK, *et al.*, | |
| Defendants. | |

I, __Alix Blot__, consent to join the above-captioned lawsuit.  I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants.  I have been employed by Defendants within the last three years.

I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys.  I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print): __Alix Blot__

Date: __06/22/2026__

Signature: __Alix Blot__
Alix Blot (Jun 22, 2026 10:37:49 EDT)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, *et al.*, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | Civil Action No.: 1: 25-cv-00671<br><br>**CONSENT TO JOIN** |

I, ANDRE JEANPIERRE , consent to join the above-captioned lawsuit.  I understand this lawsuit is brought under the Fair Labor Standards Act, pursuant to 29 U.S.C. §§ 201, *et seq.*  I hereby consent, agree, and opt in to become a plaintiff in this action and to be bound by any judgment of the Court, or settlement reached by the named Plaintiffs and Defendants, concerning unpaid and untimely paid wages, liquidated damages, attorneys' fees, costs, and other relief arising out of my employment with the Defendants.  I have been employed by Defendants within the last three years.

I hereby appoint Faruqi & Faruqi, LLP, located at 685 Third Ave., 26th Fl., New York, NY 10017, telephone number (212) 983-9330 as my attorneys.  I authorize the named Plaintiffs and Faruqi & Faruqi, LLP to represent me in this action and to litigate this matter on my behalf.

Name (Print):  ANDRE JEANPIERRE

Date: 06/22/2026

Signature: ANDRE JEANPIERRE (Jun 22, 2026 10:54:12 EDT)