UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT PINEY, et al.,

                                Plaintiffs,

        -v-

CITY OF NEW YORK et al.,

                                Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

---

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the requests to extend the deadlines to submit settlement papers from July 2, 2026 to July 23, 2026 filed by: (i) Plaintiffs and Defendant Best Buy Co. Inc. ("Best Buy") (Dkt. No. 985 (the "First Request")); and (ii) Plaintiffs and Defendant Queens Jewish Center and Talmud Torah ("Queens Jewish Center") (Dkt. No. 986 (the "Second Request")). The First and Second Requests are **GRANTED**. The deadline of July 2, 2026 for Plaintiffs and Best Buy (Dkt. No. 918), and Plaintiffs and Queens Jewish Center (Dkt. No. 961), to submit their motions for approval of their settlement agreements and consent forms is **EXTENDED** to **July 23, 2026**. In the interest of efficiency, the Court also sua sponte extends the deadline for Plaintiffs and Defendant MetLife Group, Inc. ("MetLife") to submit their motion for approval of their settlement agreement and consent form from July 2, 2026 (Dkt. No. 916) to **July 23, 2026**.

The Court is also in receipt of the request to extend the deadline to submit settlement papers from June 29, 2026 to August 28, 2026 filed by Plaintiffs and Defendant Target Corporation ("Target"). (Dkt. No. 987 (the "Third Request")). The Third Request is also **GRANTED**.

The deadline of June 29, 2026 for Plaintiffs and Target (Dkt. No. 987) to submit their motion for approval of their settlement agreement is **EXTENDED** to **August 28, 2026**.

Finally, the Court is in receipt of the notices of settlement between:  (i) Plaintiffs and Defendant Rego Park Jewish Center ("Rego Park") (Dkt. No. 963); (ii) Plaintiffs and Defendant Taino Towers Apartments LLC ("Taino Towers") (Dkt. No. 968); and Plaintiffs and Defendant Manhattan High School for Girls ("Manhattan HS") (Dkt. No. 981).  The requests of Plaintiffs and Rego Park, Taino Towers, and Manhattan HS for 30 days to finalize their motions for approval of their settlement agreements (the "MSAs") are **GRANTED IN PART**.  By **July 23, 2026**,[1] the parties are **ORDERED** to:

1. File the MSAs, and

2. Meet and confer and, if they agree that the undersigned may review the MSAs, complete the forms consenting to proceed before a US Magistrate Judge over a specific motion, available at:

   https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Rego Park, Plaintiffs and Taino Towers, and Plaintiffs and Manhattan HS, and file the forms for the attention and signature of the Honorable Jesse M. Furman.

---

[1] In the interest of efficiency, the Court puts the anticipated MSAs from Plaintiffs and Defendants Rego Park, Taino Towers, and Manhattan HS on the same schedule as Plaintiffs and Defendants Best Buy, Queens Jewish Center, and MetLife.

The Clerk of Court is respectfully directed to close Dkt. Nos. 985, 986, and 987.

Dated:        New York, New York
              June 29, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

3