UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al.<br><br><br>Plaintiffs,<br><br>-against-<br><br>CITY OF NEW YORK, et al.<br><br>Defendants. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of record:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of

Rudin Management Co. Inc. in the above-captioned action.


Dated:  June 30, 2026                                      DAVIS + GILBERT LLP
        New York, New York

                                                          By: */s/ Daniel R. Friel*
                                                              Daniel R. Friel
                                                              1675 Broadway
                                                              New York, New York 10019
                                                              Tel: (212) 237-1509
                                                              dfriel@dglaw.com

                                                          *Attorneys for Rudin Management*
                                                          *Co. Inc.*