

NEW YORK        CALIFORNIA        GEORGIA        PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

June 30, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

   Re: *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-JMF-SLC

Dear Judge Cave:

   We represent Plaintiffs and write jointly with Defendant BlackRock Inc. ("BlackRock") to respectfully request a brief stay as to **BlackRock**, such that BlackRock's deadline to respond to the Third Amended Complaint (TAC) would be October 9, 2026.

   The parties are hopeful that they can resolve all claims in this case against BlackRock prior to Plaintiffs' November 6, 2026 deadline to oppose the motions Defendants intend to file in response to the TAC. *See* ECF No. 901 ("May 19, 2026 Order"). The parties respectfully request this brief stay so they can preserve resources and focus their efforts on reaching a resolution of all claims in this case against BlackRock.

   In the event the parties are unable to reach a resolution by September 25, 2026, the parties propose that BlackRock would then have until October 9, 2026 to either answer the TAC or identify the motion(s) filed by Defendants in response to the TAC into which it joins by filing supplemental letter briefs,[1] limited to non-duplicative arguments and factual circumstances specific to BlackRock, and subject to the applicable page limits as detailed in the May 19, 2026 Order.

   The stay would not affect any other deadlines in this case. We thank the Court for its time and attention to this matter and are available to discuss this proposal at the Court's convenience.

     Respectfully submitted,

     Innessa M. Huot

cc: Counsel of Record (*via* ECF)

---

[1] As well as a declaration with respect to any motion to sever, as detailed in the May 19, 2026 Order.