UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.

Plaintiffs,

-against-

CITY OF NEW YORK, et al.

Defendants.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all Parties of record:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of

Rudin Management Co. Inc. in the above-captioned action.

Dated:  June 30, 2026
       New York, New York

DAVIS + GILBERT LLP

By: */s/ Gregg A. Gilman*
    Gregg A. Gilman
    1675 Broadway
    New York, New York 10019
    Tel: (212) 468-4840
    ggilman@dglaw.com

*Attorneys for Rudin Management Co.
Inc.*