UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.

                    Plaintiffs,

    -against-

CITY OF NEW YORK, et al.

                    Defendants.

Case No.: 1:25-cv-00671-JMF-SLC

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Rudin Management Co. Inc., by and through its undersigned counsel, hereby certifies that Rudin Management Co. Inc. is a privately held entity with no parent corporation, and no publicly-held corporation owns 10% or more of Rudin Management Co. Inc.'s stock.

Dated:  June 30, 2026
            New York, New York

DAVIS + GILBERT LLP

By: */s/ Gregg A. Gilman*
    Gregg A. Gilman
    Jason Pruzansky
    Daniel R. Friel
    1675 Broadway
    New York, New York 10019
    Tel: (212) 468-4880
    ggilman@dglaw.com
    jpruzansky@dglaw.com
    dfriel@dglaw.com

*Attorneys for Rudin Management Co. Inc.*