UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, et al.<br><br>               Plaintiffs,<br><br>   -against-<br><br>CITY OF NEW YORK, et al.<br><br>               Defendants. | Case No.: 1:25-cv-00671-JMF-SLC<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all Parties of record:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of

Rudin Management Co. Inc. in the above-captioned action.

Dated:  June 30, 2026
       New York, New York

DAVIS + GILBERT LLP

By: */s/ Jason Pruzansky*
    Jason Pruzansky
    1675 Broadway
    New York, New York 10019
    Tel: (212) 468-4935
    jpruzansky@dglaw.com

*Attorneys for Rudin Management
Co. Inc.*