

# Kehila Kedosha Janina
### Synagogue and Museum
280 Broome Street, New York, NY 10002

FOUNDER*
Joseph I. Josephs

LIFE PRESIDENT*
Hyman Genee

LIFE MEMBERS*
Michael Aronesty
Morris L. Cohen
Morris David
Morris Eskononts
Joseph Kassorla
Sol Matsil
Max Nachmias
Sam Nahoum
Solomon Schinasi

TRUSTEES
Marvin Marcus
    President
Marcia Haddad
    Ikonomopoulos
    Museum Director
Chaim Kofinas
    Treasurer
Solomon Kofinas
    Financial Secretary
Jesse Colchamiro
    Recording Secretary
Marc Winthrop
    Second Vice President
Martin Genee
    Vice President
Lois Genee Ledner
    Vice President
Andrew Marcus
    Director of Community
    Development
Elliot Colchamiro
Rose Eskononts
Holly Kaye
Renee Motola
Maurice Negrin
Jerry Pardo
Paul Solomon

June 27, 2026

Dear Judge Jesse M. Furman,

RE: <u>Docket</u>: **CASE 1:25-cv-00671-DEH-SLC**
<u>Case Name</u>: **Albert Piney** et al v. City of New York et al, including
**KEHILA KEDOSHA JANINA PERESERVATION AND CULTURAL FUND INC. D/B/A KEHILA KEDOSHA JANINA SYNAGOGUE**

I am the President of Kehila Kedosha Janina Synagogue, one of the many Defendants in the above referenced Civil Action. The Synagogue is a very tiny house of worship and as such, we have limited funds by which to hire counsel. We have been trying to secure counsel and clearly need one to represent our interests in this lawsuit. The July 9th, 2026 Answer date is upon us, and we are respectfully requesting a 60 day adjournment to continue in our search for counsel, which hopefully will result in retention of such.

Thank you for your kind consideration.

Marvin Marcus
President
Kehila Kedosha Janina

*Deceased