

NEW YORK        CALIFORNIA        DELAWARE        GEORGIA        PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

June 30, 2026

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl St., Courtroom 24B
New York, NY 10007

     Re:    *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-JMF-SLC

Dear Judge Furman:

    We represent Plaintiffs and write in response to the letter submitted by Defendant Kehila Kedosha Janina Preservation and Cultural Fund Inc. d/b/a Kehila Kedosha Janina Synagogue ("Kehila Kedosha Janina") (ECF No. 996) requesting an extension of time to respond to the third amended complaint ("TAC").

    Undersigned counsel has been conferring with this Defendant for close to two months and has repeatedly alerted them about the impending deadlines to respond to the TAC, as well as their need to hire counsel. Not one time has this Defendant requested an extension of time to respond to the TAC or conferred with me about needing more time to hire counsel.

    Had Defendant raised any such issues, we would have advised that Plaintiffs would consent to a one-month extension – until **August 10, 2026** – for Kehila Kedosha Janina to file either an Answer to the TAC or their supplemental letter briefs, as specified in the May 19, 2026 Orders (ECF Nos. 901 & 903).

    We thank the Court for its time and attention to this matter.

                  Respectfully Submitted,

                  Innessa M. Huot