

# Kehila Kedosha Janina
### Synagogue and Museum
280 Broome Street, New York, NY 10002

**FOUNDER** *
Joseph I. Josephs

**LIFE PRESIDENT** *
Hyman Genee

**LIFE MEMBERS** *
Michael Aronesty
Morris L. Cohen
Morris David
Morris Eskononts
Joseph Kassorla
Sol Matsil
Max Nachmias
Sam Nahoum
Solomon Schinasi

**TRUSTEES**
Marvin Marcus
  President
Marcia Haddad
  Ikonomopoulos
  Museum Director
Chaim Kofinas
  Treasurer
Solomon Kofinas
  Financial Secretary
Jesse Colchamiro
  Recording Secretary
Marc Winthrop
  Second Vice President
Martin Genee
  Vice President
Lois Genee Ledner
  Vice President
Andrew Marcus
  Director of Community
  Development
Elliot Colchamiro
Rose Eskononts
Holly Kaye
Renee Motola
Maurice Negrin
Jerry Pardo
Paul Solomon

*Deceased

June 27, 2026

Dear Judge Jesse M. Furman,

RE: <u>Docket</u>: **CASE 1:25-cv-00671-DEH-SLC**
<u>Case Name</u>: **Albert Piney** et al v. City of New York et al, including
**KEHILA KEDOSHA JANINA PERESERVATION AND CULTURAL FUND INC. D/B/A KEHILA KEDOSHA JANINA SYNAGOGUE**

I am the President of Kehila Kedosha Janina Synagogue, one of the many Defendants in the above referenced Civil Action. The Synagogue is a very tiny house of worship and as such, we have limited funds by which to hire counsel. We have been trying to secure counsel and clearly need one to represent our interests in this lawsuit. The July 9th, 2026 Answer date is upon us, and we are respectfully requesting a 60 day adjournment to continue in our search for counsel, which hopefully will result in retention of such.

Thank you for your kind consideration.

Marvin Marcus
President
Kehila Kedosha Janina

The Court is in receipt of the request at Dkt. No. 996 filed by Defendant Kehila Kedosha Janina Preservation and Cultural Fund Inc. d/b/a Kehila Kedosha Janina Synagogue ("Kehila").  (Dkt. No. 996 (the "Request")).  The Court is also in receipt of Plaintiffs' opposition to the Request.  (Dkt. No. 997).

The Court reminds Kehila that, as a corporate entity, it must appear through counsel in this action, and cannot proceed <u>pro</u> <u>se</u>.  See <u>Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council</u>, 506 U.S. 194, 202 (1993) ("a corporation may appear in the federal courts only through licensed counsel."); <u>accord</u> <u>Kenyatta v. City of New York</u>, No. 25 Civ. 2868 (KMW), 2025 WL 1984391, at *2 (S.D.N.Y. July 16, 2025).

Given that Kehila is still "search[ing] for counsel," (Dkt. No. 996), the Request is **GRANTED**.  The deadline for Kehila to either file an answer to the Third Amended Complaint or a supplemental letter brief, as specified in the Court's Orders at Dkt. Nos. 901 and 903, is **EXTENDED** to **September 7, 2026**.

SO ORDERED.    July 1, 2026

SARAH L. CAVE
United States Magistrate Judge

www.kkjsm.org
Email: info@kkjsm.org