UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

                          Plaintiffs,

        -v-

                                                    CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

CITY OF NEW YORK et al.,                            **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant Color Image Apparel, Inc. d/b/a/ Alo Yoga ("Alo Yoga").  (Dkt. No. 998).  The request of Plaintiffs and Alo Yoga for 30 days to finalize the motion for approval of their settlement agreement (the "MSA") is **GRANTED IN PART**.  By **July 23, 2026**,[1] the parties are **ORDERED** to:

1.  File the MSA, and

2.  Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at:

    https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20

    Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20

---

[1] The Court previously set a deadline of **July 23, 2026** for Plaintiffs and Defendants: (i) Best Buy Co. Inc.; (ii) Queens Jewish Center and Talmud Torah; (iii) MetLife Group, Inc.; (iv) Rego Park Jewish Center; (v) Taino Towers Apartments LLC; and (vi) Manhattan High School for Girls to file their MSAs and consent forms.  (Dkt. No. 989).  In the interest of efficiency, and to put all seven settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Alo Yoga.

Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Alo Yoga

and file the form for the attention and signature of the Honorable Jesse M. Furman.

Dated:        New York, New York
              July 1, 2026

                              SO ORDERED.

                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge

2