# Morgan Lewis

The Court is in receipt of the request at Dkt. No. 990 filed jointly by Plaintiffs and Defendant Target Corporation ("Target") requesting that the Court stay all deadlines as to Target.  (Dkt. No. 990 (the "Request")).  As explained below, the Request is **GRANTED IN PART** and **DENIED IN PART**.

The Court notes that it already extended the deadline for Plaintiffs and Target to file their motion for settlement approval ("MSA") and consent form to **August 28, 2026**. (Dkt. No. 989 at 1-2).  Given that the deadline for Plaintiffs and Target to file their MSA and consent form is nearly two months from now, to the extent the Request seeks a stay of that deadline, the Request is **DENIED**.

To the extent the Request seeks a stay of all other deadlines as to Target, including Target's deadline of July 9, 2026 to respond to the Third Amended Complaint, (Dkt. Nos. 901; 903), the Request is **GRANTED**.

The Clerk of Court is respectfully directed to close Dkt. No. 990.

SO ORDERED.    July 1, 2026

SARAH L. CAVE
United States Magistrate Judge

**Lincoln O. Bisbee**
Partner
+1.212.309.6104
lincoln.bisbee@morganlewis.com

June 30, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, NY 10007

Re:    _Piney, et al. v. City of New York, et al.,_ No. 1:25-cv-00671

Dear Judge Cave:

This Firm represents Defendant Target Corporation ("Target") in the above matter and writes jointly with Plaintiffs to respectfully request that the Court stay all deadlines in this matter as to Target pending finalization of Target's settlement agreement with Plaintiffs.

On November 26, 2025, Plaintiffs filed a Notice of Settlement ("Notice") with Target. Dkt. 575. Therein, the parties requested that the Court adjourn all deadlines concerning Plaintiffs' claims against Target pending finalization of their settlement agreement. _Id._ On December 1, 2025, the Court acknowledged the Notice and ordered the parties to file a motion for approval of the settlement by January 15, 2026. Dkt. 577. The Court subsequently granted extensions of the parties' deadline as the parties awaited critical records from City Defendants and worked to finalize the terms of their settlement. Dkts. 597, 622, 809, 989.

The parties continue to work diligently and cooperatively to finalize their settlement agreement. Accordingly, the parties respectfully request that the Court continue to stay all deadlines in this matter as to Target pending finalization of Target's settlement agreement with Plaintiffs. This stay would not affect any deadlines in this case for other parties.

We thank the Court for its attention to this matter and are available at the Court's convenience.

Sincerely,

/s/ Lincoln O. Bisbee

Lincoln O. Bisbee

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States

☎ +1.212.309.6000
🖷 +1.212.309.6001