

**EPSTEIN**
**BECKER**
**GREEN**

Attorneys at Law

Adriana S. Kosovych
t  212-351-4527
f  212-878-8600
AKosovych@ebglaw.com

July 1, 2026

> The request at Dkt. No. 999 is **GRANTED**.  The deadline for the EBG Defendants (defined in Dkt. No. 999) to file their answer to the Third Amended Complaint is **EXTENDED** to **August 10, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 999.
>
> SO ORDERED.    July 2, 2026
>
> _____
> SARAH L. CAVE
> United States Magistrate Judge

**By ECF**

Hon. Sarah L. Cave
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    ***Piney, et al. v. City of New York, et al.***, **1:25-CV-00671-JMF-SLC**

Dear Judge Cave:

We represent Defendants 509 W34, L.L.C., RCPI Landmark Properties, L.L.C., LIC Site-B-1 Owner, L.L.C., Tishman Speyer Associates Limited Partnership, Burlington Coat Factory Warehouse Corporation, Park Avenue Synagogue, Northwell Health, Inc., Queens Ballpark Company, L.L.C., The New York and Presbyterian Hospital, Mount Sinai Health System, St. Barnabas Hospital, Inc., The Brookdale Hospital Medical Center, The Young Men's and Young Women's Hebrew Association d/b/a The 92nd Street Y, American Express Travel Related Services Company, Inc., Congregation Baith Israel Anshei Emes d/b/a Kane Street Synagogue, The Jewish Museum, Vornado Office Management LLC, Barclays Bank PLC, UBS Financial Services, Inc. (collectively, "EBG Defendants") in the above-referenced matter.  We write, pursuant to Rule I.D of the Court's Individual Practices, to respectfully request an extension of time to answer the operative Third Amended Class and Collective Action Complaint ("TAC") from July 9, 2026 to August 10, 2026.  This is the first request for an extension of time to respond to the TAC and Plaintiffs consent to this request.

As the Court is aware, Plaintiffs have filed this case against more than 170 separate defendants and the operative pleading consists of 2,856 paragraphs and is more than 400 pages long.  On February 6, 2026, the Court issued an Order setting July 9, 2026 as the deadline for Defendants to answer, move, or otherwise respond to the TAC, and ordered Plaintiffs and all Defendants to file a "proposed stipulation and order identifying the motions Defendants intend to file in response to the [TAC], the number of briefs they intend to file, and the proposed page limits" for that briefing.  (ECF No. 615).  The EBG Defendants identified above joined a Proposed Stipulation and Order, filed on May 18, 2026, regarding potential motion practice against the TAC. (ECF No. 897).  The Stipulation stated in footnote 3: "By joining in this Stipulation and Proposed Order, a Listed Defendant does not waive its right to decline to join in the listed motions."  The Court so ordered the Stipulation on May 19, 2026.  (ECF No. 901).

Hon. Sarah L. Cave
July 1, 2026
Page 2

Upon consideration, the above-listed EBG Defendants do not intend to join in any of the motions contemplated in the Stipulation at this time and, instead, they intend to file an Answer to the TAC and request an additional , through August 10, 2026 to do so. As noted above, the TAC is extraordinarily long, and the additional time is requested to allow each of EBG's clients sufficient time to review their respective responsive pleading prior to filing. In addition, the undersigned counsel, primary drafter of the responsive pleadings, has been unexpectedly required to travel to attend a Court-hosted conference in the Middle District of North Carolina this week, immediately preceding the holiday. The extension sought will not impact any other deadlines, particularly as briefing of the motions challenging the TAC filed by other Defendants is not set to conclude until January 6, 2027. We have conferred with counsel for Plaintiffs, and they consent to this request.

For all of these reasons, the EBG Defendants respectfully request this one-month extension of time to answer to the TAC, to August 10, 2026.

Thank you for Your Honor's consideration of this matter.

Very truly yours,

*/s/ Adriana S. Kosovych*

Adriana S. Kosovych

cc:     Counsel for all parties (via ECF)