UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALBERT PINEY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00671-JMF-SLC<br><br><br>STIPULATION AND [PROPOSED] ORDER |

WHEREAS, on May 19, 2026, the Court approved a Stipulation and Proposed Order identifying the motions Defendants intend to file in response to the Third Amended Complaint, the number of briefs they intend to file, and the proposed page limits for the anticipated joint and individual moving, opposition, and reply briefs (the "May 19 Stipulation and Order") (ECF No. 901); and

WHEREAS, several of the Listed Defendants identified in the May 19 Stipulation and Order and involved in coordinating the briefing among the Defendants, seek a seven-day extension of the July 9, 2026, date for the filing of the briefs in chief. While these Defendants have not communicated with every Defendant about the requested extension, they have communicated with a substantial number of Defendants and none oppose this request; and

WHEREAS, extending that date necessitates a slight modification of the dates for responsive briefing; and

WHEREAS, Plaintiffs have consented to modification of the briefing schedule.

NOW THEREFORE, the Court having considered this application, and for good cause shown, ORDERS that:

1

1.  All briefs in chief shall be filed on or before July 16, 2026.

2.  All supplemental letter briefs by individual defendants joining in any motion shall be filed on or before July 23, 2026.

3.  Plaintiffs' oppositions to all briefs in chief and all supplemental letter briefs shall be filed on or before November 20, 2026.

4.  All reply briefs in chief and all supplemental reply letter briefs shall be filed on or before January 20, 2027.

5.  All other terms and conditions in the May 19 Stipulation and Order as well as ECF No. 903 shall remain in full force and effect.

DATED: July 1, 2026

FARUQI & FARUQI, LLP                    LITTLER MENDELSON, P.C.

By:  *Innessa M. Huot*          By:  *Lisa A. Schreter*
     Innessa M. Huot                   Lisa A. Schreter*
     Shawn R. Clark                    Richard W. Black*

     685 Third Avenue, 26th Floor       3424 Peachtree Road NE, Suite 1200
     New York, New York 10017           Atlanta, Georgia 30326
     Tel: (212) 983-9330                Tel: (212) 983-9330
     Fax: (212) 983-9331                Fax: (212) 983-9331
     ihuot@faruqilaw.com                lschreter@littler.com
     *Attorneys for Plaintiffs,*        rblack@littler.com
     *the FLSA Collective and the*      *Attorneys for Defendant The TJX*
     *Proposed Class*                   *Companies, Inc.*

                                        *admitted pro hac

SO ORDERED.    July 2, 2026

_SARAH L. CAVE_
United States Magistrate Judge

2