AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| Albert Piney, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-cv-00671-JMF-SLC |
| City of New York, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sholom Sholom, Inc.                                                                                      .

Date:      07/06/2026

/s/ Jack Babchik
*Attorney's signature*

Jack Babchik
*Printed name and bar number*
Kaufman Dolowich, LLP
245 Main Street, Suite 330
White Plains, NY 10601

*Address*

jbabchik@kaufmandolowich.com
*E-mail address*

(914) 470-0001
*Telephone number*

(914) 470-0007
*FAX number*