UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X   Case No.: 1:25-cv-00671-JMF-SLC
ALBERT PINEY, et al.,

                         Plaintiffs,

                                                            **RULE 7.1 STATEMENT**

        -against-

CITY OF NEW YORK, et al.,

                         Defendants.
--------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant SHOLOM SHOLOM, INC., certifies upon information and belief that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.


Dated:   White Plains, New York
          July 6, 2026


                                      KAUFMAN DOLOWICH, LLP
                                      *Attorneys for Defendant*
                                      SHOLOM SHOLOM, INC.


          By:     /s/ *Jack Babchik*_____
                    Jack Babchik
                    245 Main Street, Suite 330
                    White Plains, New York 10601
                    (914) 470-0001
                    jbabchik@kaufmandolowich.com


TO: All Counsel of Record via ECF