**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ALBERT PINEY, ROMAN DIAZ, JOSE
MARTINEZ, FREDDY SUAZO, DESMOND
GRANT, M. MOSTAYEN FAYSAL, SOPHIA
DALY, CHARLIE RUIZ-REYES, JAMES
DIVINO, MICHAEL KMIOTEK, DEVON
DAWKINS, ALEXIS YANEZ, JULIO ROSA,
JAYNEL PANTOJA, CLAUDIO DIAZ,
DOMINIQUE EVEILLARD, SUDAN OSORIO,
RANDY CHOW, and JORGE ZORRILLA, on
behalf of himself and all others similarly
situated,

       Plaintiffs,

   v.

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, et al

       Defendants.

Case No. 1:25-cv-00671-DEH-SLC

**DEFENDANT ALDI, INC.'S**
**RULE 7.1 CORPORATE**
**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel for Defendant ALDI, Inc., states the following: Defendant ALDI, Inc., ("ALDI") is owned by ALDI SÜD Kommanditgesellschaft, a privately held corporation with no corporate parent owning 10% or more of its stock.

Dated: New York, New York
     July 6, 2026

                          Respectfully Submitted,

                          JACKSON LEWIS P.C.
                          666 Third Avenue, 29th Floor
                          New York, New York 10017
                          Tel.: (212) 545-4000
                          Fax: (212) 972-3213
                          evan.citron@jacksonlewis.com

           By:    /s/ *Evan Citron*
                          Evan Citron, Esq.

                          *Attorneys for Defendant*
                          *ALDI, Inc.*
                          4901-3478-9304, v. 1