**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO, MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, and JORGE ZORRILLA, on behalf of himself and all others similarly situated, | Case No. 1:25-cv-00671-DEH-SLC |

Plaintiffs,

v.

**DEFENDANT CONGREGATION OHAV SHOLOV'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, et al

Defendants.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel for Defendant Congregation Ohav Sholom, states the following: Defendant Congregation Ohav Sholom ("Congregation Ohav") is a nonprofit corporation, with no corporate parent and no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
      July 6, 2026

Respectfully Submitted,

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
Tel.: (212) 545-4000
Fax: (212) 972-3213
evan.citron@jacksonlewis.com

By:    */s/ Evan Citron*
      Evan Citron, Esq.

*Attorneys for Defendant*
*Congregation Ohav Shalom*
4914-4624-1977, v. 1