**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO, MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, and JORGE ZORRILLA, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, et al<br><br>       Defendants. | Case No. 1:25-cv-00671-DEH-SLC<br><br>**DEFENDANT NEW YORK UNIVERSITY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel for Defendant New York University, states the following: Defendant New York University ("NYU") is a nonprofit institution, with no corporate parent and no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
      July 6, 2026

Respectfully Submitted,

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
Tel.: (212) 545-4000
Fax: (212) 972-3213
evan.citron@jacksonlewis.com


By:    */s/ Evan Citron*
        Evan Citron, Esq.

*Attorneys for Defendant*
*New York University*
4900-3419-1544, v. 1