**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO, MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, and JORGE ZORRILLA, on behalf of himself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, et al<br><br>                              Defendants. | Case No. 1:25-cv-00671-DEH-SLC<br><br>**DEFENDANT PARKER JEWISH INSTITUTE FOR HEALTHCARE AND REHABILITATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel for Defendant Parker Jewish Institute for Healthcare and Rehabilitation, states the following: Defendant Parker Jewish for Healthcare and Rehabilitation ("Parker Jewish"), is a nonprofit corporation with no parent corporation and no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
July 6, 2026

Respectfully Submitted,

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
Tel.: (212) 545-4000
Fax: (212) 972-3213
evan.citron@jacksonlewis.com


By:   */s/ Evan Citron*
Evan Citron, Esq.

*Attorneys for Defendant*
*Parker Jewish Institute for Health and*
*Rehabilitation*
4909-9049-2856, v. 1

- 2 -