**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO, MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, and JORGE ZORRILLA, on behalf of himself and all others similarly situated,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, et al<br><br>                              Defendants. | Case No. 1:25-cv-00671-DEH-SLC<br><br>**DEFENDANT THE NEW YORK YANKEES, LP'S**<br>**RULE 7.1 CORPORATE**<br>**DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel for Defendant The New York Yankees, LP, states the following: Defendant New York Yankees Partnership ("New York Yankees") is not a publicly held corporation whose stock is traded in a public exchange. It has a non-public parent entity named YGE Holdings, LLC, a Delaware LLC and has no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
      July 6, 2026

Respectfully Submitted,

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
Tel.: (212) 545-4000
Fax: (212) 972-3213
dan.shudroff@jacksonlewis.com
evan.citron@jacksonlewis.com

By:    */s/ Daniel Schudroff*
       Daniel D. Schudroff, Esq.

*Attorneys for Defendant*
*The New York Yankees, LP*
4916-7829-3176, v. 1