**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO, MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, and JORGE ZORRILLA, on behalf of himself and all others similarly situated, | Case No. 1:25-cv-00671-DEH-SLC |

Plaintiffs,

v.

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, et al

Defendants.

**DEFENDANT NYU LANGONE HOSPITALS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel for Defendant NYU Langone Hospitals states the following: Defendant NYU Langone Hospitals ("NYU Langone") is a nonprofit corporation, with no corporate parent and no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
July 6, 2026

Respectfully Submitted,

JACKSON LEWIS P.C.
58 South Service Road, Suite 250
Melville, NY 11747
Tel: (631) 247-0404
Fax: (631) 247-0417

By: */s/ Noel P. Tripp*
Noel P. Tripp, Esq.

*Attorneys for Defendant*
*NYU Langone Hospitals*