UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
ALBERT PINNEY et al. on behalf of
themselves and others similarly situated,                    Case No.: 1:25-cv-00671-DEH-SLC

                                Plaintiffs,

             -against-

CITY OF NEW YORK, et al.,

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)(1)

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel for

Defendant, Century 21 USA, LLC ("Century 21"), hereby certifies that Century 21 has no parent

corporation and that no publicly held corporation owns any of its stock.

Dated: July 7, 2026

                                RIVKIN RADLER LLP


                                By:    /s/ *Barry I. Levy*
                                       Barry I. Levy, Esq.
                                       Kenneth A. Novikoff, Esq.
                                926 RXR Plaza
                                Uniondale, New York 11556
                                (516) 357-3000

                                *Counsel for Defendant, Century 21 USA, LLC*

4900-8976-0443, v. 1