UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ALBERT PINEY, et al.,

                  Plaintiffs,

   -against-

CITY OF NEW YORK, et al.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>NOTICE OF APPEARANCE</u>**

Case No. 1:25-cv-00671-JMF-SLC

       PLEASE TAKE NOTICE that, on behalf of Defendant Richmond Medical Center in the above-captioned lawsuit, the undersigned attorney will also appear as counsel of record, and all pleadings, papers, and documents required to be served in this action upon Defendant Richmond Medical Center should also be served upon the undersigned.

Dated:  Garden City, New York
        July 7, 2026

GARFUNKEL WILD, P.C.
*Attorneys for Defendant Richmond Medical Center*

By:   */s/ Vasilios D. Lolis*
          Vasilios D. Lolis

900 Stewart Avenue, 4th Floor
Garden City, NY 11530
(516) 393-2200

TO:   All Counsel of Record (*Via ECF)*

4905-6866-3223v.1