IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves
and others similarly situated,

     *Plaintiffs,*

    v.

CITY OF NEW YORK, et al.,

     *Defendants.*

Case No.: 1:25-cv-00671-DEH-SLC

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Avenues: The World School states as follows:

1. Nord Anglia Education Limited, registered in England and Wales, is the parent company of Avenues: The World School.

2. No publicly held corporation owns 10% or more of its stock.

Dated: July 7, 2026

VARNUM LLP

By: _____*/s/ John J. Rolecki*_____
    John J. Rolecki
    333 Bridge St. NW, 17th Fl
    Grand Rapids, MI 49504
    Tel: 616.336.6398
    Fax: 616.336.7000
    jjrolecki@varnumlaw.com

*Attorneys for Avenues: The World School*