UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------X

ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ,
FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN
FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES,
JAMES DIVINO, MICHAEL KMIOTEK, DEVON
DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL
PANTOJA, CLAUDIO DIAZ, DOMINIQUE
EVEILLARD, SUDAN OSORIO, RANDY CHOW,
JORGE ZORRILLA, WANG TING, JUSTIN SENESE,
TUHIN KHAN, TAMARA LAUZIER, JOHN RONDON,
BRAYAN ANTONIO, ANNA GARLINSKA, JASON
MANSOUR, ARTURO DELGADO, JOHN CANNON,
MICHAEL MIRON and WADIH ABOUABDALLAH on
behalf of themselves and others similarly situated,

No.: 1:25-cv-00671-DEH-SLC

**RULE 7.1 CORPORATE
DISCLOSURE STATEMENT**

Plaintiffs,

-against-

CITY OF NEW YORK, et al.,

Defendants.
--------------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Fancy Farms NY, LLC D/B/A OKKA Foods Market hereby certifies that Fancy Farms NY, LLC

D/B/A OKKA Foods Market has no parent corporation and that no publicly held corporation

owns any of its stock.

Dated: Brooklyn, New York
        July 7, 2026

Yours, etc.

RACHEL L. KAYLIE, ESQ.
LAW OFFICES OF RACHEL L. KAYLIE, P.C.
Attorneys for Defendant
FANCY FARMS NY, LLC D/B/A OKKA FOODS
MARKET
1702 Avenue Z, Suite 205

Brooklyn, NY 11235
718-615-9000
rachel@kaylielaw.com

TO:    Innessa M. Huot, Esq.
       FARUQI & FARUQI, LLP
       685 Third Avenue, 26th Floor
       New York, New York 10017
       212-983-9330

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK, COUNTY OF KINGS ss.:

Avita Rakov, being duly sworn, affirms and says:

 I am over 18 years of age, I am not a party to the action, and I reside in Kings County in the State of New York.  I served a true copy of the annexed

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

on July 7, 2026 by ECF and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

TO: Innessa M. Huot, Esq.
  FARUQI & FARUQI, LLP
  685 Third Avenue, 26th Floor
  New York, New York 10017
  212-983-9330

_____
Avita Rakov

Sworn to before me this
7 day of July, 2026

_____
Notary Public

RACHEL L. KAYLIE
NOTARY PUBLIC, State of New York
No. 02KA6162465
Qualified in Kings County
Commission Expires March 12, 2027