UNITED STATES SDISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREEDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO, MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, and JOARGE ZORRILLA, on behalf of himself and all others similarly situated,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT**, *et al.*,<br><br>**Defendants.** | **Case NO 1:25-cv-00671-DEH-SLC**<br><br><br>**DEFENDANT THE BROOKLYN TABERNACLE'S RULE 7.1 CORPORATE <u>DISCLOSURE STATEMENT</u>** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, as counsel for Defendant The Brooklyn Tabernacle, states the following:  Defendant The Brooklyn Tabernacle is a nonprofit corporation, with no corporate parent and no publicly held corporation owning 10% or more of its stock.

Dated:  New York, New York
      July 7, 2026

Respectfully Submitted,


**THOMAS, THOMAS & HAFER, LLP**
260 Madison Avenue, 8th Floor
New York, New York 10016
646-298-3630
mgiacopelli@tthlaw.com

By:      _____
        Michael N. Giacopelli, Esq.


*Attorney for Defendant*
THE BROOKLYN TABERNACLE