**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X:

ALBERT PINEY, et al.,

    Plaintiff,

  v.

CITY OF NEW YORK, et al.

    Defendants.

-------------------------------------------------------- X

Civil Action No. 1:25-cv-00671-DEH-SLC

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that David J. Kass of the law firm Fisher & Phillips LLP, hereby enters his appearance as counsel for Defendant Hines Interests Limited Partnership in the above-captioned matter.

Dated: July 8, 2026
New York, NY

                **FISHER & PHILLIPS, LLP**

By  _____
          David J. Kass, Esq.
          400 Connell Drive, Suite 4000
          Berkeley Heights, NJ  07922
          Tel: (908) 516-1050
          Fax: (908) 516-1051

          7 Times Square, Suite 4300
          New York, NY 10036
          Tel.: (212) 899-9960
          dkass@fisherphillips.com

          *Attorneys for Defendant*
          *Hines Interests Limited Partnership*

FP 64896151.1