

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Eric Arbizo**
*Assistant Corporation Counsel*
Telephone: (212) 356-3580
E-mail: earbizo@law.nyc.gov
*Email not for service*

July 7, 2026

**VIA ECF**

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square

---

The request at Dkt. No. 1026 is **GRANTED**.  The deadline for Defendant The City of New York to file its answer to the Third Amended Complaint is **EXTENDED** to **August 10, 2026**.

The Clerk of Court is respectfully directed to close Dkt. No. 1026.

SO ORDERED.    July 8, 2026

SARAH L. CAVE
United States Magistrate Judge

---

**Re:** Piney, et al. v. City of New York, et al., 1:25-CV-00671 (JMF)(SLC)

Dear Judge Cave:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, attorney for The City of New York. I write, in accordance with Your Honor's Individual Rules, to respectfully request that the Court grant the City an extension of time, from July 9, 2026 to August 10, 2026, to file its answer to the Third Amended Complaint ("TAC") in this matter. By order dated February 6, 2026, (ECF No. 615), the Court ordered all defendants to answer or otherwise respond to the TAC by July 9, 2026. In advance of the deadline, many of the 181 defendants in this matter sought production of information or records from the City to settle, answer, or move. The City has diligently produced the information which has allowed numerous defendants to reach settlement, and the City requests the extension to allow it to produce all the information that it needs to prepare an answer to the Plaintiff's 400-page Complaint. Counsel for the Plaintiffs consents to this request for an extension of time. This is the City's first request for an extension of time to answer the TAC.

I thank the Court for considering this request.

Respectfully submitted,

___/s/__Eric Arbizo_____
Eric Arbizo
Assistant Corporation Counsel

cc:     Counsel for all parties (via ECF)