IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and
others similarly situated,

        *Plaintiffs*,

    v.

CITY OF NEW YORK, et al.,

        *Defendants*.

Case No.: 1:25-cv-00671-JMF-SLC

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Adriana S. Kosovych of Epstein Becker & Green, P.C.

hereby enters an appearance as Counsel for Defendant 47th Street Business Improvement District,

Inc. in the above-captioned action.   Accordingly, all future correspondence, filings, ECF

notifications, or other information relating to this matter should be addressed to the undersigned

at the address below.

July 9, 2026

                EPSTEIN BECKER & GREEN, P.C.

                By:  _/s/ Adriana S. Kosovych_____
                       Adriana S. Kosovych
                       875 Third Avenue
                       New York, New York 10022
                       Tel: (212) 351-4500
                       AKosovych@ebglaw.com

                       *Attorneys for Defendant*
                       *47th Street Business Improvement*
                       *District, Inc.*