IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al., on behalf of themselves and others similarly situated,

        *Plaintiffs*,

       v.

CITY OF NEW YORK, et al.,

        *Defendants*.

Case No.: 1:25-cv-00671-DEH-SLC

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that Jeffrey H. Ruzal of Epstein Becker & Green, P.C. hereby enters an appearance as Counsel for Defendant 47th Street Business Improvement District, Inc. in the above-captioned action.  Accordingly, all future correspondence, filings, ECF notifications, or other information relating to this matter should be addressed to the undersigned at the address below.

July 9, 2026

        EPSTEIN BECKER & GREEN, P.C.

        By:   */s/ Jeffrey H. Ruzal*_____
            Jeffrey H. Ruzal
            875 Third Avenue
            New York, New York 10022
            Tel: (212) 351-4500
            JRuzal@ebglaw.com

            *Attorneys for Defendant*
            *47th Street Business Improvement*
            *District, Inc.*