**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, *on behalf of themselves and others similarly situated* et al.<br><br>                  Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK, et al.<br><br>                  Defendant. | Case No.: 1:25-cv-00671-JMF-SLC |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

Kindly enter the appearance of John P. Stadler, Esq., associate with the law firm of Gottlieb and Greenspan, LLC, as counsel for Defendant Young Isreal of Forest Hills, in the above-captioned matter. I certify that I am admitted to practice in this Court. The undersigned requests notice of all pleadings, hearings and other matters that pertain to this case.

Dated: July 9, 2026
      Fair Lawn, NJ

                                GOTTLIEB AND GREENSPAN, LLC
                                *Attorneys for Plaintiffs*

                                By: */s/ John P. Stadler*
                                John P. Stadler, Esq.
                                17-17 Route 208, Suite 250
                                Fair Lawn, New Jersey 07410
                                (201) 644-0890
                                jstadler@gottliebandgreenspan.com
                                **New York Office:**
                                99 Wall Street, Suite 1139
                                New York, NY 10005
                                (Please respond to our NJ office.)

1

## CERTIFICATION OF SERVICE

I hereby certify that on the 9th day of July, 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court for the Southern District of New York using the CM/ECF system and served a copy of same via ECF to all counsel of record.

*/s/ John P. Stadler*
John P. Stadler, Esq.

2