**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALBERT PINEY, *on behalf of themselves and others similarly situated* et al.<br><br>                    Plaintiff,<br><br>        -against-<br><br>CITY OF NEW YORK, et al.<br><br>                  Defendant. | Case No.: 1:25-cv-00671-JMF-SLC |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

To the Clerk of this Court and all parties of record:

Kindly enter the appearance of John P. Stadler, Esq., associate with the law firm of Gottlieb and Greenspan, LLC, as counsel for Defendant, Rabbinical Seminary of America in the above-captioned matter. I certify that I am admitted to practice in this Court. The undersigned requests notice of all pleadings, hearings and other matters that pertain to this case.

Dated: July 9, 2026
      Fair Lawn, NJ

GOTTLIEB AND GREENSPAN, LLC
*Attorneys for Plaintiffs*

By: */s/ John P. Stadler*
John P. Stadler, Esq.
17-17 Route 208, Suite 250
Fair Lawn, New Jersey 07410
(201) 644-0890
jstadler@gottliebandgreenspan.com
**New York Office:**
99 Wall Street, Suite 1139
New York, NY 10005
(Please respond to our NJ office.)

1

## CERTIFICATION OF SERVICE

I hereby certify that on the 9th day of July 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court for the Southern District of New York using the CM/ECF system and served a copy of same via ECF to all counsel of record.

*/s/ John P. Stadler*
John P. Stadler, Esq.

2