UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
ALBERT PINEY, ROMAN DIAZ, JOSE MARTINEZ, FREDDY SUAZO, DESMOND GRANT, M. MOSTAYEN FAYSAL, SOPHIA DALY, CHARLIE RUIZ-REYES, JAMES DIVINO, MICHAEL KMIOTEK, DEVON DAWKINS, ALEXIS YANEZ, JULIO ROSA, JAYNEL PANTOJA, CLAUDIO DIAZ, DOMINIQUE EVEILLARD, SUDAN OSORIO, RANDY CHOW, JORGE ZORRILLA, WANG TING, JUSTIN SENESE, TUHIN KHAN, TAMARA LAUZIER, JOHN RONDON, BRAYAN ANTONIO, ANNA GARLINSKA, JASON MANSOUR, ARTURO DELGADO, JOHN CANNON, MICHAEL MIRON and WADIH ABOUABDALLAH, on behalf of themselves and others similarly situated,

         Plaintiffs,

   -against-

CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT, et al., including ISRAEL CENTER OF CONSERVATIVE JUDAISM, INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Civil Action No.
1:25-cv-00671-JMF-SLC

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT ISRAEL CENTER OF CONSERVATIVE JUDAISM, INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Israel Center of Conservative Judaism, Inc., by and through its undersigned counsel, hereby submits the following corporate disclosure statement:

Israel Center of Conservative Judaism, Inc., a New York religious corporation, has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: July 9, 2026

Respectfully submitted,

**CAPELL BARNETT MATALON  
& SCHOENFELD LLP**

By: _____

Travis Tatko (TT7349)  
14 Penn Plaza, Suite 814  
New York, New York 10122  
212-661-1144  
TTatko@cbmslaw.com

Attorneys for Defendant  
Israel Center of Conservative Judaism, Inc.