UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

     Plaintiffs,

        -against-

CITY OF NEW YORK, et al.,

     Defendants.

Case No. 25-cv-00671

**NOTICE OF APPEARANCE**

     **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel on behalf of Defendant Grand Central Partnership ("Defendant") in the above-captioned action. I am admitted to practice in this court, registered for electronic filing with the Southern District of New York, and request that copies of all papers in this action be served upon the undersigned at the address set forth below.

Dated:  July 9, 2026
     Melville, New York

LITTLER MENDELSON, P.C.


By: /s/ *Joseph A. Gusmano*
     Joseph A. Gusmano
     290 Broadhollow Road, Suite 305
     Melville, New York 11747
     Telephone:    631.247.4700
     Facsimile:    631.293.4526
     jgusmano@littler.com


Attorneys for Defendant Grand Central
Partnership