UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT PINEY, et al.,

      Plaintiffs,

          -against-

CITY OF NEW YORK, et al.,

      Defendants.

Case No. 25-cv-00671

**NOTICE OF APPEARANCE**

---

      **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as counsel on behalf of Defendant Grand Central Partnership ("Defendant") in the above-captioned action. I am admitted to practice in this court, registered for electronic filing with the Southern District of New York, and request that copies of all papers in this action be served upon the undersigned at the address set forth below.

Dated:  July 9, 2026
      New York, New York

LITTLER MENDELSON, P.C.


By: /s/ *Paul R. Piccigallo*
     Paul R. Piccigallo
     900 Third Avenue
     New York, New York 10022.3298
     Telephone:     212.583.9600
     Facsimile:      212.832.2719
     ppiccigallo@littler.com

Attorneys for Defendant Grand Central
Partnership