UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ALBERT PINEY, et al.,<br><br>    Plaintiffs,<br><br>        -against-<br><br>CITY OF NEW YORK, et al.,<br><br>    Defendants. | Case No. 25-cv-00671<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Grand Central Partnership, through its counsel Littler Mendelson, P.C., states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated:  July 9, 2026
      New York, New York               LITTLER MENDELSON, P.C.


                              By: /s/ *Paul R. Piccigallo*         
                                Paul R. Piccigallo
                                900 Third Avenue
                                New York, New York 10022.3298
                                Telephone:     212.583.9600
                                Facsimile:     212.832.2719
                                ppiccigallo@littler.com

                                Attorneys for Defendant Grand Central Partnership