UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALBERT PINEY, et al.,

      Plaintiffs,

         -against-

CITY OF NEW YORK, et al.,

      Defendants.

Case No. 25-cv-00671

**DEFENDANT GRAND CENTRAL PARTNERSHIP'S NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying Declaration of Marc Wurzel, Esq., dated July 6, 2026, and the Memorandum of Law in Support of Defendant Grand Central Partnership's Motion to Dismiss, and all other pleadings and filings in this action, Defendant Grand Central Partnership ("Defendant"), by its attorneys, Littler Mendelson, P.C., will move this Court, at a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(5) dismissing the claims against Defendant set forth in the Complaint, and granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs will be required to respond pursuant to a briefing schedule to be set by the Court (or, in the absence of a specific order, by Local Rule 6.1(b)).

Dated:  July 9, 2026
      Melville, New York              LITTLER MENDELSON, P.C.


By: /s/ *Paul R. Piccigallo*
     Paul R. Piccigallo
     900 Third Avenue
     New York, New York 10022.3298
     Telephone:     212.583.9600
     Facsimile:     212.832.2719
     ppiccigallo@littler.com

     Joseph A. Gusmano
     290 Broadhollow Road, Suite 305
     Melville, New York 11747
     Telephone:     631.247.4700
     Facsimile:     631.293.4526
     jgusmano@littler.com

     Attorneys for Defendant Grand Central
     Partnership