UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

      Plaintiffs,

      -against-

CITY OF NEW YORK, et al.,

      Defendants.

Case No. 25-cv-00671

**DECLARATION OF MARC WURZEL IN SUPPORT OF DEFENDANT GRAND CENTRAL PARTNERSHIP'S MOTION TO DISMISS**

I, Marc Wurzel, Esq., declare pursuant to 28 U.S.C. § 1746 that the following is true and correct under the penalty of perjury.

1.      I make this declaration in support of Grand Central Partnership's ("GCP") motion to dismiss for insufficient service of process. This declaration is based upon my personal knowledge as well as information contained within GCP's business records.

2.      I am the General Counsel of GCP, and I have served in this role since February 1999.

## I.    ABOUT GRAND CENTRAL PARTNERSHIP

3.      Founded in 1985, GCP is a not-for-profit corporation organized under the laws of the State of New York that currently delivers year-round supplemental public safety, sanitation, horticulture, community programming, and capital improvement and maintenance services within the Grand Central Business Improvement District in Midtown Manhattan.

4.      GCP's corporate office location is located at 122 East 42nd Street, Suite 601, New York, NY 10168.

## II.    GRAND CENTRAL PARTNERSHIP DOES NOT HAVE A REGISTERED AGENT

5.      GCP does not have a registered agent for accepting service of process.

6.      Indeed, GCP's lone agent for accepting service of process is the New York

Secretary of State.

7.      Annexed hereto as **Exhibit A** is a copy of the New York Secretary of State, Department of State, Division of Corporation's website reflecting the fact that GCP does not have a registered agent for service of process.

8.      GCP never received service of process of the instant action from the New York Secretary of State.

## III.    PLAINTIFFS' ATTEMPTED SERVICE AT 28 LIBERTY STREET

9.      According to the docket, Plaintiffs attempted to serve GCP on March 19, 2025, by serving an "Intake Specialist" named Joseph McCabe at 28 Libert Street, New York, NY 10004. *See* ECF Dkt. No. 279.

10.     GCP has never had any authorized or registered agent located at 28 Liberty Street.

11.     GCP has also never had any authorized or registered agent by the name of Joseph McCabe.

12.     CT Corporation, who I understand to be Mr. McCabe's employer, has never been an authorized or registered agent of GCP.

13.     Neither CT Corp., Mr. McCabe, nor any other person or business located at 28 Liberty Street has ever had the authority to accept service of process on behalf of GCP.

14.     GCP never received the documents that were allegedly served upon Mr. McCabe.

## IV.    PLAINTIFFS' ATTEMPTED SERVICE VIA CERTIFIED MAIL

15.     The first time GCP received notice of this lawsuit was on March 30, 2026, when GCP received a copy of Plaintiffs' Third Amended Complaint ("TAC") via United States Postal Service Certified Mail.

16.    Annexed hereto as **Exhibit B** is a true and correct copy of the envelope that contained the TAC.[1]

17.    The envelope contained no content other than the TAC.

18.    Other than the certified mailing, none of GCP's officers, directors, or agents have received or been served with any documents concerning this action.

## V.    CONCLUSION

19.    To date, GCP has not been adequately served in accordance with federal or state law.

20.    Accordingly, GCP respectfully requests that the Court dismiss the action against GCP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 6, 2026

_____
Marc Wurzel, Esq.
General Counsel
Grand Central Partnership

---

[1] Due to the size of the TAC, a copy is not included herewith. However, GCP is willing and able to produce the copy of the TAC that was contained in the envelope if the Court so requires.