# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Matthew Cohen, Esq.
mcohen@kaufmandolowich.com

Shiddhartha Uddin, Esq.
shiddhartha.uddin@kaufmandolowich.com

July 9, 2026

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

> Re:    **Albert Piney, et. al. v. City of New York, et. al.**
>        **Case No.: 25-cv-00671 (JMF)(SLC)**

Dear Magistrate Judge Cave:

We represent Defendant Congregation Bnai Jeshurun Starafroler Hebria in the above-referenced matter. In the Stipulation and Order, So Ordered by Your Honor on July 2, 2026, the deadline for Defendants to file motions in response to the Third Amended Complaint was extended until July 16, 2026 and the deadline for individual Defendants to join in any motion by filing a supplemental letter brief was extended until July 23, 2026. As such, we write to confirm that it is our understanding that the deadline to file an Answer to the Third Amended Complaint is also extended until July 23, 2026 so that Defendants have an opportunity to review any motions filed by Co-Defendants and determine if they wish to join in on any such motion before filing an Answer. Plaintiffs take no position on this request.

We thank the Court for its time and consideration.

Respectfully submitted,
Kaufman Dolowich LLP

Matthew Cohen
Shiddhartha Uddin

cc:    All Counsel of Record (via ECF)