

## GOTTLIEB & GREENSPAN

| | |
|---|---|
| John P. Stadler, Esq. | Anna Picinic - Paralegal |
| Phone: (201) 839-2621 | Phone: (201) 644-0897 |
| eFax: (201) 839-2621 | Fax: (201) 644-0897 |
| jstadler@gottliebandgreenspan.com | apicinic@gottliebandgreenspan.com |

July 9, 2026

**Via ECF**

Honorable Jesse M. Furman, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> **RE:  Piney et al v. City Of New York et al**
> **Case No. 1:25-cv-00671-JMF-SLC**

Dear Judge Furman:

This firm represents two Defendants, (1) Rabbinical Seminary of America, and (2) Young Israel of Forest Hills ("Defendants"), in the above-captioned matter. The deadline for Defendants to respond to Plaintiffs' Third Amended Complaint is today, July 9, 2026 (Dkt. No. 903). We respectfully request that the Court adjourn Defendants' deadline to file their Answers to Plaintiffs' Third Amended Complaint to August 10, 2026.

This is Defendants' first request for an adjournment of their deadline to file Answers to Plaintiffs' Third Amended Complaint. Defendants make this request because this law firm was only retained to represent Defendants in this matter yesterday. Plaintiffs' counsel, Innessa M. Huot, has consented to this request. The only upcoming deadline in this matter is on July 23, 2026, the date by which individual defendants joining in any motion are to file supplemental letter briefs. (Dkt. No. 1010). This request does not interfere with or affect the July 23, 2026 deadline or any other scheduled dates or deadlines.

As always, we thank the Court for its courtesies and attention to this matter.

Respectfully submitted,

*/s/ John P. Stadler*
John P. Stadler, Esq,
Gottlieb & Greenspan, LLC
17-17 Route 208, Suite 250
cc:      All Counsel of Record                          Fair Lawn, New Jersey 07410

---

17-17 Route 208, Suite 250, Fair Lawn, New Jersey 07410