**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ALBERT PINEY, et al., | |
| Plaintiffs, | Case No. 1:25-cv-00671-JMF-SLC |
| -against- | |
| CITY OF NEW YORK, et al., | **NOTICE OF APPEARANCE** |
| Defendants. | |

        **PLEASE TAKE NOTICE** that the undersigned, admitted to practice before this

Court, hereby appears as counsel for defendant Yavneh Minyan of Flatbush in this action.

Dated: New York, Yew York
       July 9, 2026

                    BORIS KOGAN & ASSOCIATES, P.C.

                    /s/ Boris Kogan
                    Boris Kogan, Esq.
                    11 Broadway, Suite 615
                    New York, NY 10004
                    (212) 625-8910
                    bk@boriskogan.com

                    *Attorney for Defendant*
                    *Yavneh Minyan of Flatbush*

To:   All Counsel of Record via ECF