# BORIS KOGAN & ASSOCIATES

ATTORNEYS AND COUNSELORS AT LAW
11 BROADWAY, SUITE 615
NEW YORK, NY 10004
TEL: (212) 625-8910
FAX: (212) 219-2728

July 9, 2026

*VIA ECF*

Hon. Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Piney, et al. v. City of New York, et al., 1:25-cv-00671-JMF-SLC**

Dear Judge Cave:

I represent Defendant Yavneh Minyan of Flatbush in the above-referenced matter. I write, pursuant to Rule I.D of Your Honor's Individual Practices, to respectfully request a 60-day extension of time, from July 9, 2026 to September 8, 2026, for Yavneh Minyan of Flatbush to answer, move, or otherwise respond to the Third Amended Complaint.

The reason for this request is that Yavneh Minyan of Flatbush has only recently retained me in this matter, and I need additional time to review the relevant allegations, facts, and documents.

This is Yavneh Minyan of Flatbush's first request for an extension of time to respond to the complaint. I have reached out to Plaintiffs' counsel and have not yet received a response to this request.

Thank you for your consideration.

Respectfully,

*/s/ Boris Kogan*
Boris Kogan

cc: Counsel for all parties via ECF