

NEW YORK        CALIFORNIA        GEORGIA        PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

July 9, 2026

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

   Re: *Piney, et al. v. City of New York, et al.,* Case No.: 1:25-cv-00671-JMF-SLC

Dear Judge Cave:

   We represent Plaintiffs and write concerning the request by Defendant Yavneh Minyan of Flatbush ("Defendant Yavneh Minyan") for "a 60-day extension of time, from July 9, 2026 to September 8, 2026, for Yavneh Minyan of Flatbush to answer, move, or otherwise respond to the Third Amended Complaint." *See* ECF at 1047. Defendant Minyan's request was made prior to conferring with Plaintiffs' counsel, and having had the opportunity to confer the parties have agreed to amend Defendant's previous request to a joint request for an extension of time for Defendant Yavneh Minyan to Answer to August 10, 2026. To the extent that Defendant Yavneh Minyan seeks to otherwise respond, Defendant Yavneh Minyan shall comply with the date set by the Court to submit a supplemental letter brief in the event they seek to join Defendants' briefs in chief. *See* ECF at 1010.

   The parties thank the Court for its time and attention to this matter.

       Respectfully submitted,

       Innessa M. Huot

cc:  All counsel of record (via ECF)

685 THIRD AVENUE NEW YORK, NY 10017 PHONE: 212.983.9330 FAX: 212.983.9331 EMPLOYEERIGHTSCOUNSEL.COM FARUQILAW.COM