

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Adriana S. Kosovych
t 212-351-4527
f 212-878-8600
AKosovych@ebglaw.com

July 9, 2026

**By ECF**

Hon. Sarah L. Cave
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The request at Dkt. No. 1031 is **GRANTED**. The deadline for Defendant 47th Street Business Improvement District, Inc. to respond to the Third Amended Complaint is **EXTENDED** to **August 10, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 1031.
>
> SO ORDERED.    July 9, 2026
>
> _SARAH L. CAVE_
> United States Magistrate Judge

Re:     ***Piney, et al. v. City of New York, et al.*, 1:25-CV-00671-JMF-SLC**

Dear Judge Cave:

We represent Defendant 47th Street Business Improvement District, Inc. ("47 BID"), along with other defendants, in the above-referenced matter. We write, pursuant to Rule I.D of the Court's Individual Practices, to respectfully request an extension of time for 47 BID to respond to the operative Third Amended Class and Collective Action Complaint ("TAC") from July 9, 2026 to August 10, 2026. *See* Dkt. 1009. The reason for this request is straightforward: 47 BID has only recently retained counsel in this matter, and requires the additional time to review the 400-page Third Amended Complaint and formulate a response. This is the first request for an extension of time on behalf of 47 BID and Plaintiffs consent to this request.

Thank you for Your Honor's consideration of this matter.

Very truly yours,

*/s/ Adriana S. Kosovych*

Adriana S. Kosovych

cc:     Counsel for all parties (via ECF)