# KAUFMAN | DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

Matthew Cohen, Esq.
mcohen@kaufmandolowich.com

Shiddhartha Uddin, Esq.
shiddhartha.uddin@kaufmandolowich.com

July 9, 2026

**VIA ECF**
Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

> On May 19, 2026, the Court endorsed a stipulation setting a briefing schedule on the motions Defendants intend to file in response to the Third Amended Complaint. (Dkt. No. 901). On July 2, 2026, the Court endorsed another stipulation that extended the deadlines for the filing of all briefs in chief to **July 16, 2026**; all supplemental letter briefs by individual defendants joining in any motion to **July 23, 2026**; Plaintiffs' oppositions to all briefs in chief and all supplemental letter briefs to **November 20, 2026**; and all reply briefs in chief and all supplemental reply letter briefs to **January 20, 2027**. (Dkt. No. 1010).
>
> The Court is in receipt of the request at Dkt. No. 1043 in which Defendant Congregation Bnai Jeshurun Starafroler Hebria seeks confirmation that the individual defendants' deadline of July 23, 2026 to file supplemental letter briefs joining in any motion means that the deadline to file an answer to the Third Amended Complaint is also July 23, 2026 so that the individual defendants may have an opportunity to review any motions filed on July 16, 2026 and determine if they wish to join in on any such motion before filing an answer. The Court confirms that unless otherwise ordered, the deadline for any individual defendant to either file a supplemental letter brief joining in any motion filed on July 16, 2026, or to file an answer to the Third Amended Complaint, is **July 23, 2026**. (See Dkt. No. 1010).
>
> SO ORDERED.    July 9, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:    **Albert Piney, et. al. v. City of New York, et. al.**
       **Case No.: 25-cv-00671 (JMF)(SLC)**

Dear Magistrate Judge Cave:

We represent Defendant Congregation Bnai Jeshurun Starafroler Hebria in the above-referenced matter. In the Stipulation and Order, So Ordered by Your Honor on July 2, 2026, the deadline for Defendants to file motions in response to the Third Amended Complaint was extended until July 16, 2026 and the deadline for individual Defendants to join in any motion by filing a supplemental letter brief was extended until July 23, 2026. As such, we write to confirm that it is our understanding that the deadline to file an Answer to the Third Amended Complaint is also extended until July 23, 2026 so that Defendants have an opportunity to review any motions filed by Co-Defendants and determine if they wish to join in on any such motion before filing an Answer. Plaintiffs take no position on this request.

We thank the Court for its time and consideration.

Respectfully submitted,
Kaufman Dolowich LLP

Matthew Cohen
Shiddhartha Uddin

cc:    All Counsel of Record (via ECF)