**FRANCIS GIAMBALVO**
FGiambalvo@grsm.com
Tel. (212) 269-5500



1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

July 9, 2026

> The request at Dkt. No. 1037 is **GRANTED**. The deadline for Defendant Rochdale Village, Inc., incorrectly sued as Rochdale Village Association, Inc., to respond to the Third Amended Complaint is **EXTENDED** to **August 10, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 1037.
>
> SO ORDERED.    July 9, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**

Honorable Sarah L. Cave, U.S.M.J.
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

> Re:    *Piney, et at v. City of New York, et al.*
>    Civil Action No.: 1:25-cv-0671-JMF-SLC

Dear Judge Cave:

This firm represents defendant Rochdale Village, Inc., i/s/a Rochdale Village Association, Inc. ("Defendant") in the above-referenced matter. Pursuant to Rule I.D of Your Honor's Individual Practices, Defendant, with Plaintiff's consent, requests an extension of time to answer, move, or otherwise respond to the Thid Amended Complaint ("TAC") from July 9, 2026 to August 10, 2026.

The parties are engaged in settlement discussions with a realistic prospect of resolving this matter without the need for Defendant to interpose a response to the Third Amended Complaint or further protracted litigation. To avoid the unnecessary costs associated with drafting and filing a response to the Complaint, and in the interest of judicial economy, Defendant respectfully requests an extension of time until August 10, 2026 to file its responsive pleading. This request is made in good faith, for proper purposes, and not for delay. No prior extensions have been granted. This is Defendant's first request for an extension of time to respond to the Third Amended Complaint. As noted above, Plaintiffs have consented to this request. Granting this extension will not prejudice Plaintiffs given the number of other defendants in this case and may facilitate a full resolution of the case. The requested extension of time will not affect any other deadlines in this matter.

Defendant thanks the Court for its consideration of this request.

Respectfully submitted,

*/s/ Francis J. Giambalvo*
FRANCIS J. GIAMBALVO

cc:    All Counsel of Record (VIA ECF)