UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 19, 2026, the Court endorsed a stipulation setting a briefing schedule on the motions Defendants intend to file in response to the Third Amended Complaint. (Dkt. No. 901). On July 2, 2026, the Court endorsed another stipulation that extended the deadlines for the filing of all briefs in chief to **July 16, 2026**; all supplemental letter briefs by individual defendants joining in any motion to **July 23, 2026**;[1] Plaintiffs' oppositions to all briefs in chief and all supplemental letter briefs to **November 20, 2026**; and all reply briefs in chief and all supplemental reply letter briefs to **January 20, 2027**. (Dkt. No. 1010).

On July 9, 2026, Defendant Grand Central Partnership, Inc. ("Grand Central") filed a motion to dismiss the Third Amended Complaint. (Dkt. Nos. 1040–42 (the "Grand Central MTD")). To promote efficiency, the Court puts the Grand Central MTD on the same briefing schedule as set forth above. Specifically, by **July 23, 2026**, if any other defendant wishes to join in

[1] On July 9, 2026, the Court confirmed that in order for "the individual defendants [to] have an opportunity to review any motions filed on July 16, 2026 and determine if they wish to join in on any such motion before filing an answer[,]" unless otherwise ordered, "the deadline for any individual defendant to either file a supplemental letter brief joining in any motion filed on July 16, 2026, or to file an answer to the Third Amended Complaint, is **July 23, 2026**." (Dkt. No. 1051).

the Grand Central MTD, that defendant may file a supplemental letter brief; by **November 20, 2026**, Plaintiffs shall respond to the Grand Central MTD and any supplemental letter briefs; and by **January 20, 2027**, all reply briefs and supplemental reply letter briefs shall be due.

Dated: New York, New York
July 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**