UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant Brooklyn Heights Synagogue ("Brooklyn Heights"). (Dkt. No. 1053). The request of Plaintiffs and Brooklyn Heights for 30 days to finalize the motion for approval of their settlement agreement (the "MSA") is **GRANTED**. By **August 12, 2026**, the parties are **ORDERED** to:

1. File the MSA, and
2. Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Brooklyn Heights and file the form for the attention and signature of the Honorable Jesse M.

Furman.

Dated: New York, New York
July 13, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**