UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On July 16, 2026, the Movants[1] filed a motion to dismiss the third amended complaint (Dkt. No. 631 (the "TAC")). (Dkt. Nos. 1072–74 (the "MTD")).[2] On the same day, some of the Movants (the "MTS Movants")[3] also filed a motion to sever. (Dkt. Nos. 1075–76 (the "MTS")). The MTS Movants request that "the Court first rule on the pending [MTD]" before ruling on the MTS because the Court's decision on the MTD might moot the MTS. (Dkt. No. 1076 at 10–11

[1] The Movants are Defendants B.J.'s Wholesale Club Holdings Inc.; MSG Entertainment Holdings, LLC; the Bank of New York Mellon Corporation; Citigroup, Inc.; JPMorgan Chase & Co.; Morgan Stanley; the TJX Companies, Inc., d/b/a Marshalls and d/b/a TJ Maxx; Tashkent Supermarket LLC; American Broadcasting Companies, Inc.; Buena Vista Theatrical Group Ltd. d/b/a Disney Theatrical Group; the New York Yankees Partnership; Brooklyn Botanic Garden Corporation; New York Botanical Garden; and BXP, Inc. (Dkt. No. 1072).

[2] On July 9, 2026, Defendant Grand Central Partnership, Inc. ("Grand Central") also filed a motion to dismiss the TAC. (Dkt. Nos. 1040–42 (the "Grand Central MTD," together with the MTD, the "MTDs")). To promote efficiency, the Court put the Grand Central MTD on the same briefing schedule as the MTD, such that the deadline for any other defendant to file a supplemental letter brief joining in the Grand Central MTD is July 23, 2026; Plaintiffs' deadline to respond to the Grand Central MTD and any supplemental letter briefs is November 20, 2026; and all reply briefs and supplemental reply letter briefs are due by January 20, 2027. (Dkt. No. 1056).

[3] The MTS Movants are Defendants B.J.'s Wholesale Club Holdings Inc.; MSG Entertainment Holdings, LLC; the Bank of New York Mellon Corporation; Citigroup, Inc.; JPMorgan Chase & Co.; Morgan Stanley; the TJX Companies, Inc., d/b/a Marshalls and d/b/a TJ Maxx; Tashkent Supermarket LLC; the New York Yankees Partnership; Brooklyn Botanic Garden Corporation; and New York Botanical Garden. (Dkt. No. 1075).

n.2). Accordingly, in the interest of efficiency and pursuant to the MTS Movants' request, the MTS is **DENIED WITHOUT PREJUDICE**. Following the Court's decision on the MTD, the MTS Movants may refile the MTS should they deem necessary.

Further, the briefing schedule set forth at Dkt. No. 1010 (the "Briefing Schedule"), as it pertains to the MTS only, is **REVISED**. The Briefing Schedule shall remain in effect as it pertains to the MTDs, meaning that all supplemental letter briefs by any other defendants joining in the MTDs are due by **July 23, 2026**;[4] Plaintiffs' oppositions to the MTDs and all supplemental letter briefs joining in the MTDs are due by **November 20, 2026**; and all replies in further support of the MTDs and all supplemental reply letter briefs are due by **January 20, 2027**. (Dkt. No. 1010; see Dkt. No. 1056).

The Clerk of Court is respectfully directed to close Dkt. No. 1075.

Dated: New York, New York
July 20, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

[4] As stated in the Court's Order at Dkt. No. 1051, unless otherwise ordered, if the other defendants choose not to join in the MTDs, they may instead file an answer to the TAC by **July 23, 2026**. (Dkt. No. 1051).