UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant Breezy Point Cooperative, Inc. ("Breezy Point"). (Dkt. No. 1100). The request of Plaintiffs and Breezy Point for 30 days to finalize the motion for approval of their settlement agreement (the "MSA") is **GRANTED IN PART**. By **August 12, 2026**,[1] the parties are **ORDERED** to:

1. File the MSA, and
2. Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Breezy

[1] The Court previously set a deadline of **August 12, 2026** for Plaintiffs and Defendants Brooklyn Heights Synagogue and School of Visual Arts to file their MSAs and consent forms. (Dkt. Nos. 1060; 1097). In the interest of efficiency, and to put all three settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Breezy Point.

Point and file the form for the attention and signature of the Honorable Jesse M. Furman.

Dated: New York, New York
July 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**