UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

ALBERT PINEY et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-671 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On July 23, 2026, the Motion for Settlement filed at ECF No. 1180 was terminated and counsel for Plaintiffs was directed to refile the open motion and accompanying declaration as a letter, which they subsequently did at ECF Nos. 1208 and 1210. That was in error. The Clerk of Court is directed to reinstate the motion at ECF No. 1180 and strike the new filings at ECF Nos. 1208 and 1210.

SO ORDERED.

Dated: July 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge