UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant Congregation Ner Mitzvah, Inc. ("Ner Mitzvah"). (Dkt. No. 1221). Plaintiffs and Ner Mitzvah request until August 12, 2026 to finalize the motion for approval of their settlement agreement (the "MSA"). Their request is **GRANTED**. By **August 12, 2026**,[1] the parties are **ORDERED** to:

1. File the MSA, and
2. Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Ner

[1] The Court previously set a deadline of **August 12, 2026** for Plaintiffs and Defendants Brooklyn Heights Synagogue, School of Visual Arts, Breezy Point Cooperative, Inc., Burlington Coat Factory Warehouse Corporation, and Manhattan High School for Girls to file their MSAs and consent forms. (Dkt. Nos. 1060; 1097; 1103; 1160; 1209). In the interest of efficiency, and to put all six settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Ner Mitzvah.

Mitzvah and file the form for the attention and signature of the Honorable Jesse M. Furman.

Dated: New York, New York
July 28, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**