**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, et al.,<br>Plaintiffs,<br>v.<br>CITY OF NEW YORK, et al.,<br>Defendants. | Civil Case No.: 1:25-cv-00671-JMF-SLC<br>**NOTICE OF FILING CONSENT TO JOIN FORM** |

Plaintiffs, by and through their undersigned counsel, hereby submit one (1) "Consent to Join" form, attached hereto as Exhibit 1, from the following opt-in plaintiffs:

Mays, Tonvia

Dated: August 7, 2026

**FARUQI & FARUQI, LLP**

By: *<u>/s/ Innessa M. Huot</u>*
Innessa M. Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the FLSA Collective, and the Proposed Class*