UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notices of settlement between Plaintiffs and Defendant 34th Street Partnership, Inc. ("34th Street"), (Dkt. No. 1226), and Plaintiffs and Defendant Bryant Park Corporation ("Bryant Park"). (Dkt. No. 1227). The requests of Plaintiffs and 34th Street, and Plaintiffs and Bryant Park, for 30 days to finalize their motions for approval of their settlement agreements (the "MSAs") are **GRANTED**. By **September 9, 2026**, the parties are **ORDERED** to:

1. File the MSAs, and
2. Meet and confer and, if they agree that the undersigned may review the MSAs, complete the forms consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and 34th Street, and Plaintiffs and Bryant Park, and file the forms for the attention and

signature of the Honorable Jesse M. Furman.

Dated: New York, New York
August 10, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**