UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant MIR Hanson Associates, LLC ("MIR Hanson"). (Dkt. No. 1257). Plaintiffs and MIR Hanson request until September 9, 2026 to finalize the motion for approval of their settlement agreement (the "MSA"). Their request is **GRANTED**. By **September 9, 2026**,[1] the parties are **ORDERED** to:

1. File the MSA, and
2. Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and MIR

[1] The Court previously set a deadline of **September 9, 2026** for Plaintiffs and Defendants (1) 34th Street Partnership, Inc., (2) Bryant Park Corporation, (3) Burlington Coat Factory Warehouse Corporation, and (4) Target Corporation. (Dkt. Nos. 1239; 1258). In the interest of efficiency, and to put all five settlements on the same schedule, the Court sets the same deadline for Plaintiffs and MIR Hanson.

Hanson and file the form for the attention and signature of the Honorable Jesse M. Furman.

Dated: New York, New York
August 13, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**