UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notices of settlement between Plaintiffs and Defendant Yavneh Minyan of Flatbush ("Yavneh Minyan") (Dkt. No. 1281), and Plaintiffs Defendant Rabbinical Seminary of America ("Rabbinical Seminary") (Dkt. No. 1282). The parties request that they be given until October 5, 2026 to finalize their motions for approval of their settlement agreements (the "MSAs"). Their request is **GRANTED**. By **October 5, 2026**,[1] the parties are **ORDERED** to:

1. File the MSAs, and
2. Meet and confer and, if they agree that the undersigned may review the MSAs, complete the forms consenting to proceed before a US Magistrate Judge over a specific motion, available at:

[1] The Court previously set a deadline of **October 5, 2026** for Plaintiffs and Defendant Levy Premium Foodservice Limited Partnership to file their MSA. (Dkt. No. 1278). In the interest of efficiency, and to put all three settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Defendants Yavneh Minyan and Rabbinical Seminary.

https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Yavneh Minyan, and Plaintiffs and Rabbinical Seminary, and file the forms for the attention and signature of the Honorable Jesse M. Furman.

Dated: New York, New York
September 8, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**