**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALBERT PINEY, et al.,<br>Plaintiffs,<br>v.<br>CITY OF NEW YORK, et al.,<br>Defendants. | Civil Case No.: 1:25-cv-00671-JMF-SLC<br>**NOTICE OF FILING CONSENT TO JOIN FORMS** |

Plaintiffs, by and through their undersigned counsel, hereby submit two (2) "Consent to Join" forms, attached hereto as Exhibit 1, from the following opt-in plaintiffs:

McGinn, Michael
Washington, Andre

Dated: September 18, 2026

**FARUQI & FARUQI, LLP**

By: _/s/ Innessa M. Huot_
Innessa M. Huot
685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
ihuot@faruqilaw.com

*Attorneys for Plaintiffs, the FLSA Collective, and the Proposed Class*