UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant Church of the City New York ("COTC"). (Dkt. No. 1308). The parties request that they be given until October 5, 2026 to finalize their motion for approval of their settlement agreement (the "MSA"). Their request is **GRANTED**. By **October 5, 2026**,[1] the parties are **ORDERED** to:

1. File the MSA, and
2. Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20

[1] The Court previously set a deadline of **October 5, 2026** for Plaintiffs and Defendants: (1) Levy Premium Foodservice Limited Partnership; (2) Yavneh Minyan of Flatbush; (3) Rabbinical Seminary of America; (4) 34th Street Partnership, Inc.; (5) Bryant Park Corporation; (6) Burlington Coat Factory Warehouse Corporation; (7) Target Corporation; (8) MIR Hanson Associates, and (9) Young Israel of Forest Hills to file their MSAs. (Dkt. Nos. 1278; 1285; 1289; 2194). In the interest of efficiency, and to put all ten settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Defendant COTC.

Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and COTC and file the form for the attention and signature of the Honorable Jesse M. Furman.

Dated: New York, New York
September 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**