UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant Wegmans Food Markets, Inc. ("Wegmans"). (Dkt. No. 1311). The parties request that they be given until October 23, 2026 to finalize their motion for approval of their settlement agreement (the "MSA"). Their request is **GRANTED**. By **October 23, 2026**, the parties are **ORDERED** to:

1. File the MSA, and
2. Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Wegmans

and file the form for the attention and signature of the Honorable Jesse M. Furman.

Dated: New York, New York
September 29, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**