UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notice of settlement between Plaintiffs and Defendant FSP 787 Seventh, LLC ("FSP787"). (Dkt. No. 1347). The parties request that they be given until November 13, 2026 to finalize their motion for approval of their settlement agreement (the "MSA"). Their request is **GRANTED**. By **November 13, 2026**,[1] the parties are **ORDERED** to:

1. File the MSA, and
2. Meet and confer and, if they agree that the undersigned may review the MSA, complete the form consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and FSP787

[1] The Court previously set a deadline of **November 13, 2026** for Plaintiffs and Defendants (1) Wegmans Food Markets, Inc.; (2) Barclays Bank PLC; and (3) Kehila Kedosha Janina Preservation and Cultural Fund Inc. d/b/a Kehila Kedosha Janina Synagogue to file their MSAs. (Dkt. Nos. 1343–44). In the interest of efficiency, and to put all four settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Defendant FSP787.

and file the form for the attention and signature of the Honorable Jesse M. Furman.

Dated: New York, New York
October 29, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**