UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notices of settlement between Plaintiffs and Defendant Yeshiva Har Torah ("Har Torah") (Dkt. No. 1352), and Plaintiffs and Defendant Israel Center of Conservative Judaism, Inc. ("Israel Center"). (Dkt. No. 1353). The parties request that they be given until November 13, 2026 to finalize their motions for approval of their settlement agreement (the "MSAs"). Their request is **GRANTED**. By **November 13, 2026**,[1] the parties are **ORDERED** to:

1. File the MSAs, and
2. Meet and confer and, if they agree that the undersigned may review the MSAs, complete the forms consenting to proceed before a US Magistrate Judge over a specific motion, available at:

[1] The Court previously set a deadline of **November 13, 2026** for Plaintiffs and Defendants (1) Wegmans Food Markets, Inc.; (2) Barclays Bank PLC; (3) Kehila Kedosha Janina Preservation and Cultural Fund Inc. d/b/a Kehila Kedosha Janina Synagogue; (4) FSP 787 Seventh, LLC; and (5) Rochdale Village Association, Inc. to file their MSAs. (Dkt. Nos. 1343–44; 1348; 1351). In the interest of efficiency, and to put all seven settlements on the same schedule, the Court sets the same deadline for Plaintiffs and Defendants Har Torah and Israel Center.

https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Har Torah, and Plaintiffs and Israel Center, and file the forms for the attention and signature of the Honorable Jesse M. Furman.

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**