FARUQI & FARUQI LLP

NEW YORK CALIFORNIA GEORGIA PENNSYLVANIA

**Innessa M. Huot**
ihuot@faruqilaw.com

November 6, 2026

**VIA ECF**

The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18A
New York, New York 10007

Re: *Piney, et al. v. City of New York, et al.*, No. 1:25-cv-00671-JMF-SLC

Dear Judge Cave:

We represent Plaintiffs in the above-referenced case. Earlier today, my office erroneously filed a Notice of Filing Consent to Join Forms for a different case, *Jackson v. City of New York*, No. 1:26-cv-02320-AT. ECF No. 1360 (in the instant docket). I apologize for the mistake and ask the Court to disregard and strike this filing.

Respectfully submitted,

Innessa M. Huot

cc: Counsel of Record (*via* ECF)