UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERT PINEY, et al.,

Plaintiffs,

-v-

CITY OF NEW YORK et al.,

Defendants.

CIVIL ACTION NO.: 25 Civ. 671 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the notices of settlement between (1) Plaintiffs and Defendant Brookfield Corporation ("Brookfield") (Dkt. No. 1356); (2) Plaintiffs and Defendant Chabad Lubavitch of West Brighton d/b/a Sea Breeze Jewish Center ("Chabad Sea Breeze") (Dkt. No. 1357); and (3) Plaintiffs and Defendant Fancy Farms NY, LLC d/b/a Okka Foods Market ("Okka") (Dkt. No. 1358). The parties request that they be given until December 4, 2026 to finalize their motions for approval of their settlement agreement (the "MSAs"). Their request is **GRANTED**. By **December 4, 2026**, the parties are **ORDERED** to:

1. File the MSAs, and
2. Meet and confer and, if they agree that the undersigned may review the MSAs, complete the forms consenting to proceed before a US Magistrate Judge over a specific motion, available at: https://nysd.uscourts.gov/sites/default/files/practice_documents/AO%20085A%20Consent%20to%20Proceed%20Before%20a%20US%20Magistrate%20Over%20a%20Specific%20Motion_5.pdf, with the signatures of counsel for Plaintiffs and Brookfield,

Plaintiffs and Chabad Sea Breeze, and Plaintiffs and Okka, and file the forms for the attention and signature of the Honorable Jesse M. Furman.

Dated: New York, New York
November 9, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**